# Exhibit No. 1

 

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## REPORT FORM
04/29/04
*HINE JUNIOR HIGH SCHOOL*
REPORT TO PARENTS ON STUDENT PROGRESS

```
STUDENT ID: 9004261    STUDENT NAME: DAVIS, DELONTE'
GRADE:      07         HOMEROOM:     7401                         6
```

| COURSE SEC TEACHER | SUBJECT / COMMENTS | ADV 1 | ADV 2 | ADV 3 | ADV 4 | FINAL | EARN CRED | CLASS ABSENCE ADV YTD |
|---|---|---|---|---|---|---|---|---|
| A8 04 JACKSON | CITIZENSHIP | U | S | U | | | | 0 |
| E01 04 JACKSON | ENGLISH 7 | F | D | D | | | | 6 |
| H11 04 MCKENZIE | WESTERN HEM GEO<br>POOR BEHAVIOR<br>DOES NOT BRING MATERIALS | F | C- | D | | | 1 | 2 |
| M07 04 BOOTS | MATHEMATICS 7<br>LACKS INITIATIVE | F | D | F | | | | 10 |
| N42 04 GORDON | COM DEVELOPMENT<br>POOR BEHAVIOR<br>NEEDS MORE STUDY | | | D- | | | 7 | 7 |
| P11 04 BOWIE | HEALTH & PHY 7 | C+ | B+ | | | B- | | 0 |
| S01 04 JACKSON | LIFE SCIENCE<br>POOR BEHAVIOR | F | C | C | | | | 0 |
| U21 04 ANDERSON | BEG BAND | A- | B- | A- | | | | 0 |

```
HOMEROOM ABSENCES: 8.0    EXCUSED: 0.0    UNEXCUSED: 8.0    TARDY: 9
```

DELONTE' DAVIS
2701 LANGSTON PL.S.E.
WASHINGTON, DC 20020

05 2176

**FILED**

NOV - 4 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

HINE JUNIOR HIGH SCHOOL
PROGRESS REPORT
SY 2003-2004

NAME: Davis, Delonte   SECTION: 7-401          ADVISORY: 1 2 3 4

HOMEROOM TEACHER: Mr. Jackson                  DATE: 12/12/03

GRADING SCALE:
A 100-94          C 84-75          F 64 and below
B 93-85           D 74-65

| Subject | Grade | Code | Teacher | Conference Requested | Tutoring Required | Comments |
|---|---|---|---|---|---|---|
| ENGLISH | D | | C. Ren | Yes | | |
| Pre-ALGEBRA | | | | | | |
| Res Math/Read | | | | | | |
| Math | C- | | Batz | | | |
| Spanish | | | | | | |
| DC.Hist/West Hem/Geo | B/C | | McKree | | | Improvement |
| Computer/ Keyboarding | | | | | | |
| Read.Com | | | | | | |
| Cloth/Wood | | | | | | |
| Science/Biology | C+ | | | | | |
| Music/ Art | | | | | | |
| Beg/Adv. Band | C+ | | | | | |
| P.E./Health | C- | | | | | |
| Journalism | | | | | | |
| Technology | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |