# Exhibit No. 2

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill*<br>Brenda McAllister*<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098 | Juan J. Fernandez!<br>Christina R. Busso<br>Tilman L. Gerald<br>Roxanne D. Neloms<br>John A. Straus* |
| \* Admitted in Maryland Only<br>Admitted in New York Only | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only<br>Δ Member of the DC Federal Bar |

May 26, 2004

**Via Facsimile Only**
Hine Junior High School
335 8th Street, SE
Washington, DC 20037        Re:    **Request for Evaluations**
                                                     **Delonte Davis, DOB 8/18/90**

Attention Principal:

On behalf of **Delonte Davis** and his mother, **Ms. Christine Davis**, this letter is to request that **Delonte** be evaluated for special education services pursuant to the Individuals with Disabilities Education Act, 34 C.F.R. §300.320, §300.531 and §300.532. Ms. Davis is concerned about Delonte's lack of educational progress while at Hine JHS. Ms. Davis is especially concerned about Delonte's performance resulting in his need to attend summer school. Based on these and other concerns, Ms. Davis requests that comprehensive evaluations be completed for Delonte in all areas including, but not limited to the following testing areas: 1) **Psycho-Educational**; 2) **Speech and Language**; 3) **Social History**; 4) **Classroom Observation**; and 5) **Hearing and Vision Screening.**

This request is made pursuant to the DCPS Special Education Reference Guide at page 27, 5 DCMR 3005.2 (2003) and D.C. Code §38-2501(a) stating that the District of Columbia Public Schools is obligated to conduct the evaluations within the time frame DCPS has designed and published therein. At this time, the guardian requests comprehensive reevaluations for the student. The guardian further requests pursuant to 34 CFR 300.502(a)(2) information regarding where an independent educational evaluation may be obtained. Please be advised that this request for evaluations is NOT to re-set any timelines that were set in motion by oral or written parent requests for assistance made by Ms. Davis to school staff at Hine JHS or any DCPS representatives. If Ms. Davis is not contacted by DCPS with respect to this matter, she may take appropriate steps to secure independent evaluations at public expense or may seek this remedy through administrative hearing. I also request that proper notice of all proposed tests, observations, and evaluations be provided to me pursuant to 34 C.F.R. §300.505. Should you have any questions or concerns about this matter, I may be reached at 202-742-2018.

Sincerely,

Christina Busso, Esq.

Attachment: Consent for Evaluation – Initial or Reevaluation
cc:    Office of Mediation and Compliance
         Office of Special Education

**FILED**
05 2176   NOV - 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

"Practice is limited solely to matters before the District of Columbia Public Schools' Office of Student Hearings under the District of Columbia Court of Appeals Rule 49(c)(5)."

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill*<br>Brenda McAllister*<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098 | Juan J. Fernandez!<br>Christina R. Busso<br>Tilman L. Gerald<br>Roxanne D. Neloms<br>John A. Straus* |
| * Admitted in Maryland Only<br>Admitted in New York Only | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only<br>Δ Member of the DC Federal Bar |

May 26, 2004

**<u>Via Facsimile Only</u>**

Hine Junior High School
335 8th Street, SE
Washington, DC 20037

   ***Re:  Request for Access to and copy of Student's Educational Records***
      ***Student: Delonte Davis, DOB 8/18/90***

Attention Principal:

  On behalf of my client, **Ms. Christine Davis**, and her son, **Delonte Davis**, this letter is to request a copy of the cumulative education records for the above-named student pursuant to 34 C.F.R. Sec. 300.562 and 5 DCMR 3021.1 (2003) entitling the parent to a copy of all the child's records at no cost. If you are unable to provide the requested copy, please provide in writing at least three (3) different dates on which the parent's representative may review the student's file. Additionally, pursuant to 34 C.F.R. Sec. 300.565, the parent further requests that a list of the types and locations of all education records collected, maintained, or used by the District of Columbia Public Schools accompany the copy of the student's file. If no copy will be provided, please forward the list to counsel at least five (5) school days before the first available date for the file review.

  This records request includes any and all records or writings in the possession of the District of Columbia Public Schools, which includes, but is not limited to, the following documents:

1. All Attendance Records
2. Progress Reports and Report Cards
3. Standardized Test Scores
4. Class Schedules
5. Individualized Education Programs
6. Evaluations and Assessments
7. Multidisciplinary Team Meeting Notes
8. Portfolios
9. Related Service Provider Logs
10. Charts and Observations
11. Reports, Letters, Memos, Notes, Emails
12. Forms and Data Compilations
13. Letters of Understanding
14. Disciplinary Records

---

*"Practice is limited solely to matters before the District of Columbia Public Schools' Office of Student Hearings under the District of Columbia Court of Appeals Rule 49(c)(5)."*

A general authorization release form signed by the parent is attached.

Please call me at 202-742-2018 if you have any questions regarding this request.

Sincerely,

Christina Busso, Esq.

Attachment: General Authorization
cc:   Office of Special Education
        Office of Mediation and Compliance

```
          ***********************
          ***    TX REPORT    ***
          ***********************

TRANSMISSION OK

TX/RX NO              2075
CONNECTION TEL                        96983350
CONNECTION ID
ST. TIME              05/26 16:28
USAGE T               01'10
PGS. SENT             6
RESULT                OK
```

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill*<br>Brenda McAllister*<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098 | Juan J. Fernandez!<br>Christina R. Busso<br>Tilman L. Gerald<br>Roxanne D. Neloms<br>John A. Straus* |
| * Admitted in Maryland Only<br>  Admitted in New York Only | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only<br>△ Member of the DC Federal Bar |

# FAX COVER SHEET

DATE:       May 26, 2004

TO:         Hine JHS

            ATTN. Principal

FAX NO.:    202-698-3350

FROM:       Christina Busso, Esq.

SUBJECT:    **Delonte Davis, DOB 8/18/90**

NUMBER OF PAGES INCLUDING COVER SHEET: **6**

COMMENTS:   Request for Evaluations and Request for Student Records

```
***********************
***   TX REPORT    ***
***********************

TRANSMISSION OK

TX/RX NO              2076
CONNECTION TEL                    94425517
CONNECTION ID         DCPS SPECIAL EDU
ST. TIME              05/26 16:29
USAGE T               01'15
PGS. SENT             6
RESULT                OK
```

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez! |
| Domiento C.R. Hill* | 1220 L Street, NW | Christina R. Busso |
| Brenda McAllister*+ | Suite 700 | Tilman L. Gerald |
| Roberta Gambale | Washington, DC 20005 | Roxanne D. Neloms |
| Miguel A. Hull | Telephone: (202) 742-2000 | John A. Straus† |
| Christopher L. West | Facsimile: (202) 742-2098 | |

\* Admitted in Maryland Only
+ Admitted in New York Only

e-mail: Admin@Jeblaw.biz

! Admitted in Bolivia Only
△ Member of the DC Federal Bar

## FAX COVER SHEET

**DATE:** May 26, 2004

**TO:** Office of Special Education

ATTN. Monitor for Hine JHS

**FAX NO.:** 202-442-5517

**FROM:** Christina Busso, Esq.

**SUBJECT:** **Delonte Davis, DOB 8/18/90**

**NUMBER OF PAGES INCLUDING COVER SHEET: 6**

**COMMENTS:** Request for Evaluations and Request for Student Records