# Exhibit No. 3

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez!◊ |
| Domiento C.R. Hill*◊∆ | 1220 L Street, NW | Christina R. Busso♦◊ |
| Brenda McAllister*◊∆ | Suite 700 | Tilman L. Gerald∆ |
| Roberta Gambale | Washington, DC 20005 | Roxanne D. Neloms |
| Miguel A. Hull | Telephone: (202) 742-2000 | John A. Straus*◊ |
| Christopher L. West♦◊ | Facsimile: (202) 742-2098 | |

\* Admitted in Maryland Only
♦ Admitted in New York Only

e-mail: Admin@Jeblaw.biz

! Admitted in Bolivia Only
∆ Member of the DC Federal Bar

August 5, 2004

**Via Facsimile Only**
Hine Junior High School
335 8th Street, SE
Washington, DC 20037

Re:   *Request for Status of Testing for Delonte Davis, DOB 8/18/90*

Attention Special Education Coordinator:

This is to follow up on my previous letter sent on May 26, 2004 where I requested that **Delonte** be evaluated for special education services pursuant to the Individuals with Disabilities Education Act, 34 C.F.R. §300.320, §300.531 and §300.532. In that letter, I noted that Ms. Davis is concerned about Delonte's lack of educational progress while at Hine JHS and specifically requested that comprehensive evaluations be completed for Delonte in all areas including, but not limited to the following testing areas: 1) **Psycho-Educational;** 2) **Speech and Language;** 3) **Social History;** 4) **Classroom Observation;** and 5) **Hearing and Vision Screening.**

I am writing at this time to request the status of these requested evaluations. I appreciate you contacting me with an update at 202-742-2018, or you may send documents by fax to my attention at (202) 742-2098. Thank you for your attention to this matter!

Sincerely,

Christina Busso, Esq.

05 2176

cc:   Office of Mediation and Compliance
      Office of Special Education

**FILED**

NOV - 4 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

◊ *"Practice is limited solely to matters before the District of Columbia Public Schools' Office of Student Hearings under the District of Columbia Court of Appeals Rule 49(c)(5)."*

```
***********************
***   TX REPORT    ***
***********************

TRANSMISSION OK

TX/RX NO                1307
CONNECTION TEL                    94425517
SUBADDRESS
CONNECTION ID           DCPS SPECIAL EDU
ST. TIME                08/05 14:44
USAGE T                 00'23
PGS. SENT               2
RESULT                  OK
```

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill*◊∆<br>Brenda McAllister*◊∆<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West♦◊ | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098 | Juan J. Fernandez!◊<br>Christina R. Busso♦◊<br>Tilman L. Gerald∆<br>Roxanne D. Neloms<br>John A. Straus*◊ |
| * Admitted in Maryland Only<br>♦ Admitted in New York Only | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only<br>∆ Member of the DC Federal Bar |

# FAX COVER SHEET

**DATE:** August 5, 2004

**TO:** Office of Special Education

ATTN: Monitor for Hine Junior High School

**FAX NO.:** 202-442-5517

**FROM:** Christina Busso, Esq.

**SUBJECT:** **Delonte Davis, DOB 8/18/90**

**NUMBER OF PAGES INCLUDING COVER SHEET:** **2**

**COMMENTS:** Request for Status of Evaluations

```
*********************
***  TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                    1305
CONNECTION TEL                         94425524
SUBADDRESS
CONNECTION ID               MEDIATION & COMP
ST. TIME                    08/05 14:42
USAGE T                     00'24
PGS. SENT                   2
RESULT                      OK
```

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill*◊Δ<br>Brenda McAllister*◊Δ<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West♦◊ | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098 | Juan J. Fernandez!◊<br>Christina R. Busso♦◊<br>Tilman L. GeraldΔ<br>Roxanne D. Neloms<br>John A. Straus*◊ |
| * Admitted in Maryland Only<br>♦ Admitted in New York Only | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only<br>Δ Member of the DC Federal Bar |

# FAX COVER SHEET

DATE:           August 5, 2004

TO:             Office of Mediation and Compliance

                ATTN: Monitor for Hine Junior High School

FAX NO.:        202-442-5524

FROM:           Christina Busso, Esq.

SUBJECT:        **Delonte Davis, DOB 8/18/90**

NUMBER OF PAGES INCLUDING COVER SHEET:   **2**

COMMENTS:       Request for Status of Evaluations

```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO                    1306
CONNECTION TEL                           96983350
SUBADDRESS
CONNECTION ID
ST. TIME                    08/05 14:43
USAGE T                     00'28
PGS. SENT                   2
RESULT                      OK
```

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill*◊Δ<br>Brenda McAllister*◊Δ<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West♦◊ | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098 | Juan J. Fernandez!◊<br>Christina R. Busso♦◊<br>Tilman L. GeraldΔ<br>Roxanne D. Neloms<br>John A. Straus*◊ |
| * Admitted in Maryland Only<br>♦ Admitted in New York Only | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only<br>Δ Member of the DC Federal Bar |

# FAX COVER SHEET

**DATE:** August 5, 2004

**TO:** Hine Junior High School

ATTN: Special Education Coordinator

**FAX NO.:** 202-698-3350

**FROM:** Christina Busso, Esq.

**SUBJECT:** **Delonte Davis, DOB 8/18/90**

**NUMBER OF PAGES INCLUDING COVER SHEET: 2**

**COMMENTS:** Request for Status of Evaluations