# Exhibit No. 4

**James E. Brown & Associates, PLLC**
*A Professional limited Liability Company*

1220 L Street, N.W.  
Suite 700  
Washington, D.C. 20005

Voice:     (202) 742-2000  
Facsimile (202) 742-2098  
email: cdsutton1@cox.net

# FAX COVER SHEET

DATE:             September 21, 2004

TO:               Ms. Gloria Bell, Special Ed Coordinator, Hine JHS

FAX NO:           202-698-3350

SUBJECT:          **Delonte Davis**

FROM:             Cheron Sutton-Brock, Educational Advocate

NUMBER OF PAGES INCLUDING COVER SHEET:      **1**

COMMENTS: Dear Ms. Bell, I am the Educational Advocate for Delonte, an 8th grade student at your school. I am informing you of my intent to conduct an observation of Delonte for his mother, Christine Davis. I am prepared to conduct my observation on Tuesday, September 28th from 1pm until approximately 3pm.

If this day and time conflicts with an activity that would hamper the observation (such as assembly, field trip, etc) please do not hesitate to contact me. If I do not hear from you, I will arrive at Hine JHS on the 28th of September at 1pm. *Please note, I am scheduling through you and not the Guidance Counselor because Delonte was referred for Special Education testing.*

05 2176

**FILED**

NOV - 4 2005

NANCY MAYER WHITTINGTON, CLERK  
U.S. DISTRICT COURT

The attached information is CONFIDENTIAL and is intended only for the use of the addressee(s) named above. If the reader of this message is not the intended recipient(s) or the employee or agent responsible for delivering the message to the intended recipient (s). Please note that any dissemination, distributions or copying of this communication is strictly prohibited. Anyone who receives this communication in error should notify us immediately by telephone and return the original message to us at the above address via the U.S. Mail.

```
                    ***********************
                    ***   TX REPORT     ***
                    ***********************

    TRANSMISSION OK

    TX/RX NO                2603
    CONNECTION TEL                    92026983350
    SUBADDRESS
    CONNECTION ID
    ST. TIME                09/21 12:21
    USAGE T                 00'19
    PGS. SENT               1
    RESULT                  OK
```

# James E. Brown & Associates, PLLC
*A Professional limited Liability Company*

1220 L Street, N.W.  
Suite 700  
Washington, D.C. 20005

Voice:   (202) 742-2000  
Facsimile (202) 742-2098  
email: cdsutton1@cox.net

# FAX COVER SHEET

DATE:    September 21, 2004

TO:      Ms. Gloria Bell, Special Ed Coordinator, Hine JHS

FAX NO:  202-698-3350

SUBJECT: **Delonte Davis**

FROM:    Cheron Sutton-Brock, Educational Advocate

NUMBER OF PAGES INCLUDING COVER SHEET:    **1**

COMMENTS: Dear Ms. Bell, I am the Educational Advocate for Delonte, an 8th grade student at your school. I am informing you of my intent to conduct an observation of Delonte for his mother, Christine Davis. I am prepared to conduct my observation on Tuesday, September 28th from 1pm until approximately 3pm.

If this day and time conflicts with an activity that would hamper the observation (such as assembly, field trip, etc) please do not hesitate to contact me. If I do not hear from you, I will arrive at Hine JHS on the 28th of September at 1pm. *Please note, I am scheduling through you and not the Guidance Counselor because Delonte was referred for Special Education testing.*