**Exhibit No. 5**

*DcPS notes pg 1 of 3*

MDT

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

MDT REFERRAL DATE: _____

STUDENT: Delonta Davis          SCHOOL: SouthEast Academy PCS     DATE: 5/17/05

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| Dwight Thomas | *(signature)* | DcPS / LEA |
| MaryEllen Gates di Jesus PhD | *(signature)* | Psychologist DCPS/SPGI. |
| Theodore Adams | *(signature)* | Sp Ed / SouthEast Academy |
| Kristina M. Vaughn-Ranson | Km Vaughn-Ranson | Teacher - Math |
| Cherrin Sutton-Brock | Cherrin Sutton Brock | Advocate |
| Hallums Benson | Hallums Benson, MSW, LICSW | Social Worker |
| Sabrina Pinnock | Sal Pinnock | Speech Path. |
| Juanishia Lee | Juanishia Lee | Sped Aide |

After introductions of the MDT and signing of the procedural safeguards by the parent's advocate, the purpose of the mtg. was discussed. Parent's advocate has asked the team to proceed without the presence of the parent.

Also, the purpose is to review outstanding evaluations (Sp-long Psycho-ed, and social history/work). DcPS notes that all evals are Independent Educational Evaluations (IEE's)

Dr. de Jesus reviewed the psycho-ed evaluation concluded that she agrees with the Independent Educational Evaluation in the areas recommendation of the student in need of special educations services in the academic areas of writing, and math. Dr. de Jesus stated that there is insufficient

05 2176

FILED

NOV - 4 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## WASHINGTON, DC

DCPS notes

.OT REFERRAL DATE: _____

Page: 2 of 3

### CONTINUATION MEETING NOTES (IEP)
MEETING TYPE: MDT

STUDENT: Delonte Davis          SCHOOL: South East Academy PCS DATE: 5/17/05

evidence to diagnose depression but stated that the student could benefit from some social emotional counseling. Dr. deJesus concluded that the student, based on the IEE, has a learning disability.

Mrs. Sabrina Pinnock reviewed the speech language evaluation (Independent Ed. Eval) IEE. Mrs. Pinnock stated that she agrees with the report, that the student is eligible to receive speech lang therapy. Mrs. Pinnock stated that she recommends for the student to receive speech lang therapy 1 hour per week in a group setting. Members of the MDT agrees with the recommendations of speech lang review and pathologist in regards to the 1 hour of services.

Mrs. Benson, social worker, reviewed the social work evaluation (IEE) In conclusion, Mrs. Benson and members of the team agrees with the findings of Social History Report. DCPS notes that the parent is not present to dispute or add-on to any of Social History.

Mrs. Ransom, gen. ed. teacher, gave a brief overview of the student's academics. Mrs. Ransom stated that she has noticed deficits within the student's reading and language Arts skills but seems to be on average an average level within mathematics.

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## WASHINGTON, DC

*DcPS notes*

Page: 3 of 3

.DT REFERRAL DATE:_____

### CONTINUATION MEETING NOTES (IEP)
### MEETING TYPE: MDT

STUDENT: Delonte Davis    SCHOOL: South East Academy PCS    DATE: 5/17/05

The sped. teacher Mr. Adams added that he ~~concurs~~ agrees with the findings of the team.

In conclusion of the eligibility mtg, the MDT has found the student eligible to receive services as a student ~~is~~ with a ~~learning~~ Specific Learning Disability. The student, per the team's decision, will receive 15 hours of specialized instruction, 1 hour of speech lang therapy, and psycho-social counseling for 1 hour. The student will receive a total of 17 hours of services. Services will be provided in a ~~Combic~~ Combination (gen.ed./res.rm.) least restrictive environment. Although, after discussion of ESY, the student is not eligible for ESY services, ~~and~~ the student attending Summer School is ~~recommended~~ The team will reconvene to develop an I.E.P. at a later date.

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, D.C.**
**INDIVIDUALIZED EDUCATIONAL PROGRAM**

DCPS - IEP  Page 1 of 4

Additional Comments: ☐

## I. IDENTIFICATION INFORMATION

Student Name: Last **Davis**    First **Delonte**    MI

Student ID **9004261**    Soc. Sec. No.    Age: **14**    Grade **8**

Gender ☒ M ☐ F    Date of Birth **8/18/1990**    Ethnic Group **African-American**

Address **2701 Langston Place**    **SE**
House No.    Street Name    Quadrant    Apartment #

☐ Non-attending    **Washington**    **DC**    **20020**
City    State    Zip Code

Attending School **South East Academy**    Home School

☐ Elem. ☐ Mid/JHS ☐ SHS ☐ CWS /

Parent **Christine Davis**

Address of (if different from student):    ☒ Parent ☐ Guardian ☐ Surrogate

House No.    Street Name    Quad.    Apt. No.    City    State    Zip Code

Telephone: Home **202-678-5666**    Work **202-679-0401**

### II. CURRENT INFORMATION

Date of IEP Meeting: ~~5/24/2005~~ 5/27/05

Date of Last IEP Meeting:

Date of Most Recent Eligibility Decision: **5/17/2005**

Purpose of IEP Conference:
☒ Initial IEP    ☐ Review of IEP
☐ Requested Eval.    ☐ 3yr ReEval.

Indicate Level of Standardized Assessment: **III**

ADDENDA TO BE ATTACHED AS NEEDED
Check the appropriate box(es)

| BEHAVIOR | TRANSPORTATION |
|---|---|
| ESY | ☒ TRANSITION |

### III. LANGUAGE

| | Language | Language Used for Evaluation | Language Used In Conference | Communication Requirements | To be completed by Office of Bilingual Education English and Math Proficiency Assessment |
|---|---|---|---|---|---|
| Student | English | English | English | N/A | Oral |
| Parent | English | | English | | Rdg. / Written |
| Home | English | | | | Instrument: |
| | | | | | Date: |

### IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | SETTING GenEd | SpEd | Total | FREQUENCY Hr./ Min | D/W/M. | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # | wks./mos |
|---|---|---|---|---|---|---|---|---|---|
| Specialized Instruction | | 15.0 | 15.0 | Hours | Week | Special Education Teacher | 05/25/2005 | 10 | months |
| Speech Language Therapy | | 1.0 | 1.0 | Hours | Week | Speech Pathologist | 05/25/2005 | 10 | months |
| Psycho-Social Counseling | | 1.0 | 1.0 | Hours | Week | School Social Worker | 05/25/2005 | 10 | months |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| TOTAL | | 17.0 | 17.0 | Hours Per Week | | | | | |

### V. Disability(ies)

Learning    Disabled

☒ (Check if setting is general Ed.)

Percent of time in Specialized Instruction and Related Services
☐ 0-20%    ☒ 21-60%    ☐ 61-100%

Percent of time NOT in a Regular Education Setting **52%**

### VI. IEP TEAM (Participants in the development of the IEP)

Print and sign your name below.

Sp Ed. Coord.

Theodore W Adams    Tuttlers    SpEd Teacher    JoAnne Anthony    JoAnne Anthony
Harums Benson    Harums Benson    Social W Phd    Cheron Sutton-Brock    Advocate
Kristinn M. Vaughn-Ransom    Vaughn Ransom    Teacher (Math)
Dwight Thomas    M    DCPS, SLEA
Warishia Lee    Warishia Lee    sped aide
Christine Davis    Christine Davis (mother)

☒ I AGREE with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.

Parent/Guardian Signature **Christine Davis**    Date **5/27/05**

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 1 of 4

Student Name    Delonte Davis

Student ID Number  9064261    DOB  8/18/90    Managing School

Attending School  South East Academy

DCPS - IEP
Page 2 of 4

## VII. Present Educational Performance Levels in Areas Affected by the Disability

Additional Comments: ☐

**Academic Areas: (Evaluator)** _Interdynamics_

Math Strengths:

Impact of disability on educational performance in general education curriculum:

Delonte has difficulty solving math problems that require multi-step operations.

Reading Strengths:

Impact of disability on educational performance in general education curriculum:

Delonte is frustrated by his inability to comprehend what he reads.

Score(s) When Available

Math Cal. SS 67  4.2
Math Rea. SS 61    38
See goal page:  3
Date: 1/7/2005

Rdg. Com  SS 59  6.5
Rdg. Basic SS 57
Written Ex. SS 58
See goal page:  3
Date: 1/7/2005

**Communication (Speech & Language) (Evaluator)** _Lorraine Manuel, MA SLP_

Strengths:

Articulation, oral motor, voice, fluency were found to be within normal limits.

Impact of disability on educational performance in general education curriculum:

Delonte is having difficulty with attending to and retaining information that is presented orally. He is also having difficulty with vocabulary developments, sentence formation, problem solving.

Score(s) When Available

Exp.Lang. SS 65
Rec-Lang. SS 68
Artic  Normal
Voice  Normal
Fluency  Normal
Exp. Voc. SS 70
Rec. Voc. SS 64
See goal page:
Date: 1/6/2005

**Motor/Health (Evaluator)** N/A

Strengths:

Impact of disability on educational performance in general education curriculum:

Score(s) /Results
When Available

See goal page:
Date:

**Social Emotional Behavioral Areas: (Evaluator)** _Social Worker_

Strengths:

Able to acknowledge and verbalize his inappropriate behavior.

Impact of disability on educational performance in general education curriculum:

Lack social/team skills and confidence in self.

Score(s) When Available

See goal page:
Date:

**Cognitive/Adaptive Behavior: (Evaluator)** N/A

Strengths:

Impact of disability on educational performance in general education curriculum:

Score(s) When Available

See goal page:
Date:

**Prevocational Skills: (Evaluator)** N/A

Strengths:

Impact of disability on educational performance in general education curriculum:

Score(s) When Available

See goal page:
Date:

| Student Name | Delonte Davis | | Managing School | | DCPS - IEP |
|---|---|---|---|---|---|
| Student ID Number | 9064261 | DOB 8/18/90 | Attending School | South East Academy | Page 3 of 4 |

| **VIII. SPECIALIZED SERVICES** | Additional Comments: ☐ | | Goal Number: ☐ 1 |
|---|---|---|---|

Area addressed by goal:  Reading Comprehension

**ANNUAL GOAL:** (including mastery criteria.)

The student will improve skills in reading comprehension one grade year by mastering 80% of short term objectives.

Provider(s): Special Education Teacher, Classroom Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| The student will recall the main idea of a reading selection with 80% accuracy on 4 out of 5 trials. | | Monthly |
| The student will recall details from a reading selection with 80% accuracy on 4 out of 5 trials. | | Monthly |
| The student will identify a topic sentence in a paragraph with 80% accuracy on 4 out of 5 trials. | | Monthly |
| The student will determine cause and effect relationships in material read with 80% accuracy on 4 out of 5 trials. | | Monthly |
| The student will draw logical conclusions from material read with 80% accuracy on 4 out of 5 trials. | | Monthly |
| | | |

| **EVALUATION PROCEDURE(S)** |
|---|
| ☒ Portfolio  ☐ Log  ☐ Chart  ☒ Test  ☒ Documented Observation  ☒ Report  ☐ Other _____ |

| Student Name | Delonte Davis | | Managing School | | DCPS - IEP |
|---|---|---|---|---|---|
| Student ID Number | 900 4261 | DOB 8/18/90 | Attending School | South East Academy | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**   Additional Comments: ☐                       Goal Number: 2

Area addressed by goal:  Arithmetic Skills

**ANNUAL GOAL:** (including mastery criteria.)

The student will improve skills in arithmetic one grade year by mastering 80% of short term objectives.

Provider(s): Special Education Teacher, Classroom Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| The student will recite division facts to 9 with 80% accuracy on 4 out of 5 trials. | | Monthly |
| The student will solve word problems involving addition and subtraction with 80% accuracy on 4 out of 5 trials. | | Monthly |
| The student will add like fractions with 80% accuracy on 4 out of 5 trials. | | Monthly |
| The student will identify the place value of a digit with 80% accuracy on 4 out of 5 trials. | | Monthly |
| The student will change fractions to decimals with 80% accuracy on 4 out of 5 trials. | | Monthly |
| | | |

**EVALUATION PROCEDURE(S)**

☒ Portfolio   ☐ Log   ☐ Chart   ☒ Test   ☒ Documented Observation   ☒ Report   ☐ Other _____

| Student Name | Delonte Davis | | Managing School | | DCPS - IEP |
|---|---|---|---|---|---|
| Student ID Number | 900 426 | DOB 8/18/90 | Attending School | South East Academy | Page 3 of 4 |

| VIII. SPECIALIZED SERVICES | Additional Comments: ☐ | Goal Number: 3 |
|---|---|---|

**Area addressed by goal:** Written Communication

**ANNUAL GOAL:** (including mastery criteria.)

The student will improve skills in written communication one grade year by mastering 80% of short term objectives.

**Provider(s):** Special Education Teacher, Classroom Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| The student will identify parts of speech of given words with 80% accuracy on 4 out of 5 trials. | | Monthly |
| The student will develop a basic outline with 80% accuracy on 4 out of 5 trials. | | Monthly |
| The student will express complete thought using a sentence with 80% accuracy on 4 out of 5 trials. | | Monthly |
| The student will write a simple narrative with 80% accuracy on 4 out of 5 trials. | | Monthly |
| The student will proofread written work with 80% accuracy on 4 out of 5 trials. | | Monthly |
| | | |

| EVALUATION PROCEDURE(S) |
|---|
| ☒ Portfolio  ☐ Log  ☐ Chart  ☒ Test  ☒ Documented Observation  ☒ Report  ☐ Other _____ |

| Student Name _Delonte Davis_ | Managing School | DCPS - IEP |
|---|---|---|
| Student ID Number _900 4261_   DOB _8/18/90_ | Attending School _South East Academy_ | Page 3 of 4 |

| VIII. SPECIALIZED SERVICES | Additional Comments: ☐ | Goal Number: _4_ |
|---|---|---|

Area addressed by goal:  Speech and Language Communication

**ANNUAL GOAL:** (including mastery criteria.)

Delonte will show growth in expressive and receptive language skills with 80% accuracy.

Provider(s): Speech Pathologist

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Demonstrate vocabulary expansion by naming, selecting target vocabulary items with 80% accuracy. | | Quaterly |
| Demonstrate vocabulary improvement by categorizing objects, picture, and ideas with 80% accuracy. | | Quaterly |
| Demonstrate ability to attend, retain, understand, sequence and follow oral directions with 80% accuracy. | | Quaterly |
| Demonstrate ability to improve the quality of his oral expression in structures speaking situations by employing appropriate grammatical, syntactical skills with 80% accuracy. | | Quaterly |
| Demonstrate ability to apply critical thinking to comprehend, describe, and solve problems with 80% accuracy. | | Quaterly |
| Demonstrate the ability to analyze, interpret, and explain presented information in a logical and sequential manner with 80% accuracy. | | Quaterly |

**EVALUATION PROCEDURE(S)**

☐ Portfolio  ☐ Log  ☐ Chart  ☐ Test  ☐ Documented Observation  ☐ Report  ☐ Other _____

| Student Name | Davis, Delonte | Managing School | | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | 9004261 | DOB 8/18/1990 | Attending School South East Academy PCS | Page 3 of 4 |

| VIII. SPECIALIZED SERVICES | Additional Comments: ☐ | Goal Number: 5 |
|---|---|---|

Area addressed by goal: Social Emotional

**ANNUAL GOAL:** (including mastery criteria.)

Improve interactions with family, peers, authority figures and socialization skills.

Provider(s): Social Worker

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Will recognize and maintain consistency in his mood changes and verbalize positive statements about self. | | Monthly |
| Student will respond in a positive manner to authority figures. | | Monthly |
| Student will acknowledge responsibility for his behavior and maintain consistency in self-control. | | monthly |
| Student will participate verbally in a social skills group to gain confidence and carry on friendly conversations with peers. | | monthly |
| Student will solve problems by talking in a quiet controlled manner with appropriate realistic decisions. | | Monthly |
| | | |

**EVALUATION PROCEDURE(S)**

☐ Portfolio  ☐ Log  ☐ Chart  ☐ Test  ☒ Documented Observation  ☐ Report  ☐ Other _____

| Student Name | Delonte Davis | | Managing School | | DCPS - IEP |
| Student ID Number | 9004261 | DOB 8/18/90 | Attending School | South East Academy | Page 4 of 4 |

**Additional Comments:** ☐

## IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION
### SERVICE ALTERNATIVES

Can curricular modification, accommodation and/or supplemental aids and services be used for a LRE setting in regular education? ☒ Yes ☐ No

Explanation for removal out of regular education classroom.

~~Delonte requires a small group, low student to teacher ratio learning environment.~~

Delonte requires a small group, low student to teacher ratio learning environment.

## X. Supplementary Aids and Services

| Classroom Needs (Do not name products or companies.) | SETTING GenEd | SpEd | Total | FREQUENCY Hr./ Min | D/W/M. | PROVIDER (by discipline) | BEGINNING DATE (mm/dd/yyyy) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Check and list modifications and/or accommodations for testing: ☐ None needed

| | |
|---|---|
| Timing/Scheduling: | Frequent breaks, extended time |
| Setting: | Small group |
| Presentation: | Repeated directions, read test to student |
| Response: | |
| Equipment: | |

## XI. STATE AND DISTRICT ASSESSMENTS:

☐ **Level I**  Tested with non-disabled peers under standard conditions without accommodations.

☐ **Level II**  (Describe accommodations for level II) Tested under standard conditions with special accommodations.

☒ **Level III**  (Describe non-uniform conditions for level III) Tested under non-standard conditions with permissible accommodations

☐ **Level IV**  (Describe the alternative assessment)

☐ **Level V**  Portfolio:

## XII. Areas Requiring Specialized Instruction and Related Services:

☒ Reading
☐ Physical/Sensory
☐ Transition
☒ Mathematics
☒ Social Emotional
☐ Vocational
☒ Written Expression
☐ Physical Development
☐ Independent Living
☐ Other:
☒ Speech/Language
☐ None

**Modifications:**
☐ Language Arts/English
☐ Social Sciences
☐ Biological & Physical Sciences
☐ Fine Arts

Apply annual goal(s), objectives and/or modifications to address barriers in each area checked above.

## XIII. PLACEMENT CONSIDERATIONS AND JUSTIFICATION

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
|---|---|---|
| General Education Classroom | Rejected | Continued school failure |
| Out of General Education Classroom | Rejected | Time away from non-disabled peers |
| Combination Gen. Ed/ Resource Classroom | Accepted | Time away from non-disabled peers |
| | | |
| | | |

Modification(s)/Accommodation(s) to address the harmful effects:

Participation in extra-curricular and non-academic subjects with non-disabled peers

Location for Services  South East Academy

## DOCUMENTED LEVEL OF SERVICE (PERM)
Complete and attach to MDT/IEP meeting notes

| | | |
|---|---|---|
| School  S.E. Academy | Principal  D. Goggins | Special Education Coordinator  J. Anthony |
| Date  5/24/05   Case Manager | | Technical Support Supervisor |
| Student  Delonte Davis | DOB 8/18/90  Age   Grade 8ᵗʰ  ID# 9004261 | SSN# |
| Parent  Christine Davis | Telephone (H) 202 678-5666 | (W) 202 679-0401 |

Address: 2701 Langston Place   Street #   Street   SE Quad   Apt. No   Washington City   DC State   20020 Zip Code

REFERRAL SOURCE: (Check)   ☐ 120 Day   ☐ Reeval.   ☐ HOD   ☐ SA   ☐ MA
☐ Nonpublic   ☐ Residential   ☐ Citywide   ☐ Courts   ☐ Local School   ☐ Other:

Previous least restrictive environment (LRE Setting):

---

## JUSTIFICATION FOR SETTING CONSIDERATION
(Submit TAT/MDT Documentation)
### SUPPORTIVE DATA/DOCUMENTATION

| 2. ACCOMMODATIONS/ MODIFICATIONS | 3. DATA REQUIREMENTS | | |
|---|---|---|---|
| Frequent breaks | Current IEP | Yes ☐ | No ☒ |
| Extended time | Signatures of required participants (MDT notes) | Yes ☒ | |
| Small group | Intervention Behavior Plan | Yes ☐ | |
| Repeated directions/retest student | Copies of current class work and homework assignments: | Yes ☐ | |
| | Medical Reports: | Yes ☐ | No ☐ |
| | Clinical Reports: | Yes ☐ | No ☐ |
| | Psychiatric Reports: | Yes ☒ | No ☐ |
| | Medications: | Yes ☐ | No ☐ |
| | Attendance Record | Yes ☐ | |
| | Copies of most recent evaluation(s) | Yes ☒ | |

| 4. Results of all interventions: (TAT, MDT, etc. and attach meeting notes.) | 5. Resources needed for program implementation |
|---|---|
| See meeting notes | |

---

### 6. CURRENT SETTING CONSIDERATIONS

| ROW | SETTING in neighborhood school (Determined through the IEP team.) | SERVICE PROVIDER (Based on documented need) | LEVEL OF SERVICE (Based on documented need) |
|---|---|---|---|
| 1 | ☒ in general education classroom setting | ☐ general educators with consultation from special education staff | ☐ between 0% and 20% of service time |
| 2 | ☐ combination general education and resource classroom | ☒ combination of general educators, special educators and related service providers | ☒ between 21 % and 60% of service time |
| 3 | ☐ *out of general education classroom | ☐ special educators and related service providers | ☐ between 61 % and 100% of service time |

*In providing or arranging for the provision of nonacademic and extracurricular service and activities, including meals, recess period, and the services and activities, each public agency shall ensure that each child with a disability participates with non-disabled children in those services and activities (300.306) to the maximum extent appropriate to the needs of that child. (300.553) Nonacademic settings).

### Check the level of need as indicated:
#### DIRECTIONS:

| | |
|---|---|
| If two or three boxes are checked in the Row 1, check LOW. If two or three boxes are checked in the Row 2, check MODERATE. If two or three boxes are checked in the Row 3, check HIGH. | If one box is checked in each row, check either MODERATE or HIGH, depending on the need of the student. |

### 7. LEVEL OF NEED

| ☐ LOW | ☒ MODERATE | ☐ HIGH |
|---|---|---|

07-02-2001                                 Attention: Technical Support Supervisor / PERM Compliance Team

| Student Name | Delonta Davis | | | Managing School | | DCPS - TRANSITION SERVICES PLAN PAGE 1 OF 2 |
| Student ID Number | 9064261 | DOB | 8/18/90 | Attending School | South East Academy ACS | |

Date Developed: 5/27/05

## DCPS TRANSITION SERVICES PLAN

Note: The MDT determines if the IEP must include a statement of transition service needs which focuses on the Courses of study if the student will turn 14 during the implementation of tile IEP. Furthermore, the MDT must include a detailed transition plan for a student who will turn 16 during the implementation of the IEP.

### I. Record student's post-secondary goals and interests.

Employment: Chef, Restaurant Owner

Community Participation: Help to build playgrounds and Feeding of needy families

Post-Secondary Education and Training: College, Culinary School

Independent Living: Own a home

### II. Courses of study leading to student's post-high school goals.

| Grade or School Year | Courses of Study |
| --- | --- |
| 2005-2006 | English I, Pre-Algebra, Biology I, World History, World Geography, D.C. History/Government, |
| | |
| | |
| | |

### III. Transition Services Needed.

Evaluate the student's present level of performance in the following areas: Academic, Career Courses, Community-based Training, Supported or Competitive Employment, Communication, Independent Living Skills, Community Travel, Transportation, Employability Skills, Social Skills, Community Resources, Educational, Financial, Career Training, Community-Based Instruction, Skill/Trade Training, Vocational, or Social Relationships.

| Transition Services | Coordinated Activities and Strategies | Agency Responsible |
| --- | --- | --- |
| Employment If service is not needed, provide explanation. | | |
| Community Participation If service is not needed, provide explanation. | | |
| Post – Secondary Education and Training If service is not needed, provide explanation. | | |
| Independent and Adult Living If service is not needed, provide explanation. | | |

# COMPENSATORY EDUCATION PLAN*

**Section I:**
Student Name _Leionte Davis_ DOB _8/18/90_ Sex _M_ Grade _8th_
Age _14_ Date of IEP _5/27/05_ Date of Proposal _5/27/05_ Home School
Attending School: _South East Academy PCS_ Disability: _Learning Disability_
Language _English_ Address: _2701 Langston Pl. S.E. Wash, DC. 20020_
Parent Name: _Christine Davis_ Phone(H): _____ (W):
Instructional/Related Services Missed: _Specialized Instruction  Psycho-Social Coun_
_Speech Lang Therapy_
Time Period for Delay/Disruption: _4 weeks_
Description of Compensatory Education due to ___ HOD** ___ SA** _X_ other: DCPS agrees to provide

_____ _Comp Ed will be provided in 60 hours of spec. instruction_
_____ _5 hours of psycho social couns._
_____ _5 hours of speech lang therapy_
_* If private provider, will begin *_
_in July_

**Section II:** Compensatory Education Services to be Provided:

| Skill Areas | Provider | Beginning Date | Duration |
|---|---|---|---|
| Spec. Instruction | Sp. Ed. Teacher / Tutor | 9/05 (or 6) (July) | 60 hours |
| Speech lang Therapy | Speech Pathologist | 9/05 | 5 hours |
| Psycho-Social Couns. | Psychologist /Social Worker | 9/05 | 5 hours |

Parent Signature: _Garashina Davis_ Principal Signature: _Dwight Thomas_, _, LEA_
MDT Members: _Che Dillon-Burke_ Position: _Advocate_
_Delores Pennaur_ _Social Worker_
_Theodore White_ _Special Ed Teacher_

**Section III:** Signatures for Services Rendered:

| Provider | Service | Total Hrs. Recd. | Date |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Principal Signature: _____ Date _____

**Section IV:** If the services on the plan are not completed by the end of the school year, or if the student transfers before the services are concluded, the IEP/MDT completes the bottom portion of this proposal, attaches the proposal, lesson objectives, and progress report to the new or current IEP, and files the IEP in the student's special education folder. For the transferring student, the special education records, inclusive of the IEP and compensatory education documents, are forwarded to the receiving school. Copies of documents must be forwarded to the Mediation and Compliance Unit.

| Services | Frequency | | Setting | Total Hrs. or Wks. Of Service Remaining |
|---|---|---|---|---|
| | Hr/Min | Wk/Mo | | |
| | | | | |
| | | | | |
| | | | | |

*Complete a MDT/IEP Meeting Note Page and attach meeting page and Compensatory Education Plan to IEP. Copy of the Plan must be forwarded to the Mediation and Compliance Unit, Division of Special Education within five (5) school days. **HOD/SA must be attached.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

**MULTIDISCIPLINARY TEAM**
**(MDT)**
**MEETING NOTES**

MDT REFERRAL DATE: _____

STUDENT: Delonta Davis    SCHOOL: SouthEast Academy PCS    DATE: 5/17/05

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| Dwight thomas | | DCPS / LEA |
| MaryEllen Gadea d Jesus PhD | | Psychologist DCPS/PGJ |
| Theodore Adams | | Std / SouthEast Academy |
| KRISTIN M. VAUGHN-RANSOM | Kim Vaughn-Ransom | Teacher-Math |
| Cheron Sutton-Brock | Cheron Sutton Brock | Advocate |
| HALLUMS BENSON | Hallums Benson, MSW LGSW | Social Worker |
| Sabrina Pinnock | Sal O? Knox CCC | Speech Path. |
| Juanishia Lee | Juanishia Lee | Sped Aide |

After introductions of the MDT and signing of the procedural safeguards by the parent's advocate, the purpose of the mtg. was discussed. Parent's advocate has asked the team to proceed without the presence of the parent.

Also, the purpose is to review outstanding evaluations (Sp-lang, psycho-ed, and social history/work). DCPS notes that all evals are Independent Educational Evaluations (IEE's)

Dr. de Jesus reviewed the Psych-ed evaluation concluded that she agrees with the Independent Educational Evaluation in the areas recommendation of the student in need of special educations services in the academic areas of reading writing, and math. Dr. de Jesus stated that there is insufficient

### DISTRICT OF COLUMBIA PUBLIC SCHOOLS
### WASHINGTON, DC

DCPS notes

..T REFERRAL DATE: _____

Page: 2 of 3

**CONTINUATION MEETING NOTES (IEP)**
**MEETING TYPE:** MDT

STUDENT: Delonte Davis          SCHOOL: South East Academy PCS    DATE: 5/17/05

evidence to diagnose depression but stated that the student could benefit from some social emotional counseling. Dr. deJesus concluded that the student, based on the IEE, has a learning disability.

Mrs. Sabrina Pinnock reviewed the speech language evaluation (Independent Ed. Eval.) IEE. Mrs. Pinnock stated that she agrees with the report, that the student is eligible to receive speech lang therapy. Mrs. Pinnock stated that she recommends for the student to receive speech lang therapy 1 hour per week in a group setting. Members of the MDT agrees with the recommendations of speech lang review and pathologist in regards to the 1 hour of services.

Mrs. Benson, social worker, reviewed the social work evaluation (IEE) In conclusion, Mrs. Benson and members of the team agrees with the findings of Social History Report. DCPS notes that the parent is at present to dispute or add-on to any of Social History.

Mrs. Ransom, gen. ed. teacher, gave a brief overview of the student's academics. Mrs. Ransom stated that she has noticed deficits within the student's reading and language arts skills but seems to be on average an average level within mathematics.

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## WASHINGTON, DC

DCPS notes

Page: _3_ of _3_

..DT REFERRAL DATE:_____

### CONTINUATION MEETING NOTES (IEP)
MEETING TYPE:_ MDT _

STUDENT: _Delante Davis_    SCHOOL: _South East Academy_   DATE: _5/17/05_
PCS

The sped teacher Mr. Adams added that he ~~agrees~~ agrees with the findings of the team.

In conclusion of the eligibility mtg, the MDT has found the student eligible to receive services as a student ~~is~~ with a ~~learning~~ Specific Learning Disability. The student, per the team's decision, will receive 15 hours of specialized instruction, 1 hour of speech lang therapy, and psycho-social counseling for 1 hour. The student will receive a total of 17 hours of services. Services will be provided in a ~~Combi~~ Combination (gen. ed./res. rm.) least restrictive environment. Although, after discussion of ESY, the student is not eligible for ESY services, ~~and~~ the student attending Summer School is ~~~~ needed. The team will reconvene to develop an I.E.P. at a later date.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

INDIVIDUALIZED EDUCATION PROGRAM
**(IEP)**
MEETING NOTES



STUDENT _Delonte Davis_          SCHOOL _Southeast Academy_ DATE: _5/27/05_
                                          _PCS_

| PARTICIPANTS: | PARTICIPANTS: (Sign Name) | DISCIPLINE |
|---|---|---|
| _Dwight Thomas_ | | _DCPS / LEA_ |
| _Christine Davis_ | _Christine Davis_ | _Mother_ |
| _Junnishia Lee_ | _Junishia Lee_ | _Sped Aide_ |
| _JoAnne Anthony_ | _JoAnne Anthony_ | _Special Educ. Coord._ |
| _Theodore Adams_ | | _Special Ed Teacher_ |
| _HALLUMS BENSON_ | _Hallums Benson_ | _Social Worker_ |
| _Krishna M. VAUGHAN-RANSOM_ | _m. Ranson_ | _Teacher (Math)_ |
| _Cheron Sutton-Brock_ | | _Advocate_ |

After introductions of the MDT and signing of the
procedural safeguards of the parent, the purpose of the mtg.
was ~~to to~~ discussed. The purpose of the mtg. is
to develop an IEP and discuss comp. ed.

~~the ideas~~
DCPS notes that 5/17/05, the MDT found the student eligible
to receive special education services as a student with a
learning disability. The MDT, on 5/17/05, also decided that the child

District of Columbia Public Schools
Division of Special Education
Washington, D.C.



IEP Continuation
Page

## IEP CONTINUATION PAGE

Student Name  Delonte Davis                          DOB 8/18/90 DATE 5/27/05

Student ID Number _____    Managing School _____

                                 Attending School  South East Academy PCS

INSTRUCTIONS: Use this addendum when additional space is needed on an IEP section or part. Enter the
*section/part, page number or addendum to identify each item being continued. Attach this addendum to the form.

Page 2 of 3  or Addendum _____

was eligible to receive 15 hours of specialized instruction,
1 hour of sp. lang. therapy, and 1 hour of psycho social counseling.

DCPS also notes that parent's advocate is not present for
today's mtg. It is now 2 o'clock and this meeting is
convening with the parent's permission.

Parent's advocate called and spoke to Mr. Adams informing
him that she was running late and to proceed once the
parent arrives. This call was made at approx 1:20 pm.
The meeting was scheduled for 1:30pm. Advocate arrived at 2:10 pm.

Mr. Adams reviewed the Academic goals and objectives
of the I.E.P.
Mrs. Benson reviewed the social-emotional goals of the I.E.P.
Mrs. Sutton-Brock has just arrived 2:10 pm. she has had
Mrs. Sutton-Brock has reviewed the the social-emotional, academic,
and speech lang goals and objectives. The IEP has been finalized.
After The student has not been found eligible to receive ESY
nor in need eligible/in need of Transportation services.
It is noted from the 5/17/05 meeting and today's mtg, summer school is recommended.



District of Columbia Public Schools
Division of Special Education
Washington, D.C.

**IEP Continuation Page**

## IEP CONTINUATION PAGE

Student Name _Delonte Davis_      DOB _8/18/90_ DATE _5/27/05_

Student ID Number _____    Managing School _____

                       Attending School _South East Academy PCS_

INSTRUCTIONS: Use this addendum when additional space is needed on an IEP section or part. Enter the *section/part, page number or addendum to identify each item being continued. Attach this addendum to the form.

Page _3_ of _3_   or Addendum _____

DCPS and Parent's advocate has made it clear to the parent that DCPS will be issuing placement to the student's neighborhood school. The student via will be placed into the student's local school. The parent has stated that she will be seeking another Charter School for Delonte to attend in the fall 05-06 school year. The MDT, DCPS, and parent's advocate have agreed that the student is owed **70** hours (total) of compensatory education. Comp Ed. will be issued 60 hours specialized instruction ~~tutorial services~~ tutorial services, 5 hours of speech therapy, and 5 hours psycho-social counseling.

Parent's advocate has asked for comp ed. to be issued at an independent agency. DCPS does not agree until a complete description of the program will be provided to DCPS. DCPS stated that they are unfamiliar with the program mentioned at the MDT mtg. Parent's advocate stated that she would fax a brochure next week to DCPS. The IEP was signed by members of the MDT. Transition plan was also developed. Delonte identified culinary arts as an interest. Advocate asked DCPS to consider MM Washington CSHS because of their culinary arts program. Advocate also told parent about program @ Maya Angelou PCS.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
DIVISION OF SPECIAL EDUCATION
825 North Capital Street, N.E., 6th Floor
Washington, D.C. 20002-4232

Caring for Our Students with Disabilities
A Procedural Manual for Parents

RECEIPT

I, _____Christine Davis_____, received a copy of *A Procedural*
(Parent/Guardian Name)

*Manual for Parents* from _____Dwight Thomas_____ /Title___DCPS / LEA-
(Person Issuing Document)

at _____South East Academy PCS_____.
(School)

_____5__ / _27_ / _05_____.
(Date)

_____Christine Davis_____
Parent/Guardian Signature

(This receipt is to remain in a designated file in the school.)

16