# Exhibit No. 6

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill*◊Δ<br>Brenda McAllister*◊Δ<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West♦◊ | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098 | Juan J. Fernandez!◊<br>Christina R. Busso♦◊<br>Tilman L. GeraldΔ<br>Roxanne D. Neloms<br>John A. Straus*◊ |
| * Admitted in Maryland Only<br>♦ Admitted in New York Only | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only<br>Δ Member of the DC Federal Bar |

October 12, 2004

**Via Facsimile Only**
Southeast Academy
645 Milwaukee Place, SE
Washington, DC 20032

    Re:    ***Renewed Request for Testing for Delonte Davis, DOB 8/18/90***

Attention Special Education Coordinator:

    This letter is regarding Delonte Davis, a student new to your school this year. During the 2003-2004 school year, Delonte attended Hine JHS. While attending Hine, Delonte's mother, Ms. Christine Davis, expressed concerns regarding Delonte's lack of academic progress. Due to her concerns, Ms. Davis requested comprehensive testing for Delonte so his academic performance may be examined and an appropriate program, including special education services as needed, be developed for him. The initial request was made on May 26, 2004 and a follow-up letter was sent on August 5, 2004. Both of these were sent to pertinent DCPS offices. Now that I understand that Delonte is attending Southeast Academy, I wish to call this evaluation request to your attention.

    The initial evaluation request was made pursuant to the Individuals with Disabilities Education Act, 34 C.F.R. §300.320, §300.531 and §300.532. However, since Delonte has begun attending a Charter School that serves as its own LEA, it is important to point out that both Southeast Academy *AND* DCPS are jointly responsible for ensuring that Delonte's assessments are completed in a timely manner. For your information, I am attaching here copies of the initial documents sent to DCPS. As you will read, Ms Davis is requesting comprehensive evaluations including, but not limited to the following testing areas: 1) **Psycho-Educational;** 2) **Speech and Language;** 3) **Social History;** 4) **Classroom Observation;** and 5) **Hearing and Vision Screening.**

    Although over 120 days have past since the initial request for testing, the parent requests that Southeast Academy and DCPS to work to complete these requested evaluations within the next 30 days. I look forward to working with you, and I appreciate you contacting me with any questions you may have at (202) 742-2016, or you may send documents by fax to my attention at (202) 742-2098. Thank you for your assistance!

                                                  Sincerely,

                                                  Christina Busso, Esq.

05 2176

**FILED**

NOV - 4 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

cc:    Office of Mediation and Compliance
        Office of Special Education
        Hine JHS

◊ *"Practice is limited solely to matters before the District of Columbia Public Schools' Office of Student Hearings under the District of Columbia Court of Appeals Rule 49(c)(5)."*

```
***********************
***   TX REPORT    ***
***********************

TRANSMISSION OK

TX/RX NO                3345
CONNECTION TEL                    94425524
SUBADDRESS
CONNECTION ID           MEDIATION & COMP
ST. TIME                10/12 16:24
USAGE T                 00'50
PGS. SENT               4
RESULT                  OK
```

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill*◊Δ<br>Brenda McAllister*◊Δ<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West♦◊ | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098 | Juan J. Fernandez!◊<br>Christina R. Busso♦◊<br>Tilman L. GeraldΔ<br>Roxanne D. Neloms<br>John A. Straus |
| * Admitted in Maryland Only<br>♦ Admitted in New York Only | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only<br>Δ Member of the DC Federal Bar |

# FAX COVER SHEET

**DATE:** October 12, 2004

**TO:** Office of Mediation and Compliance

**ATTN:** Monitor for Hine JHS

**FAX NO.:** 202-442-5524

**FROM:** Christina Busso, Esq.

**SUBJECT:** **Delonte Davis, DOB 8/18/90**

**NUMBER OF PAGES INCLUDING COVER SHEET:** 4

**COMMENTS:** Renewed Request for Evaluations

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              3347
CONNECTION TEL                    94425524
SUBADDRESS
CONNECTION ID         MEDIATION & COMP
ST. TIME              10/12 16:27
USAGE T               00'53
PGS. SENT             4
RESULT                OK
```

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez!◊ |
| Domiento C.R. Hill*◊Δ | 1220 L Street, NW | Christina R. Busso♦◊ |
| Brenda McAllister*◊Δ | Suite 700 | Tilman L. GeraldΔ |
| Roberta Gambale | Washington, DC 20005 | Roxanne D. Neloms |
| Miguel A. Hull | Telephone: (202) 742-2000 | John A. Straus |
| Christopher L. West♦◊ | Facsimile: (202) 742-2098 | |
| * Admitted in Maryland Only | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only |
| ♦ Admitted in New York Only | | Δ Member of the DC Federal Bar |

# FAX COVER SHEET

DATE:    October 12, 2004

TO:      Office of Mediation and Compliance

ATTN:    Monitor for Southeast Academy

FAX NO.: 202-442-5524

FROM:    Christina Busso, Esq.

SUBJECT: **Delonte Davis, DOB 8/18/90**

NUMBER OF PAGES INCLUDING COVER SHEET: 4

COMMENTS:  Renewed Request for Evaluations

```
*************************
***    TX REPORT    ***
*************************

TRANSMISSION OK

TX/RX NO                3346
CONNECTION TEL                  95620985
SUBADDRESS
CONNECTION ID
ST. TIME                10/12 16:25
USAGE T                 00'56
PGS. SENT               4
RESULT                  OK
```

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill*◊△<br>Brenda McAllister*◊△<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West♦◊ | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098 | Juan J. Fernandez!◊<br>Christina R. Busso♦◊<br>Tilman L. Gerald△<br>Roxanne D. Neloms<br>John A. Straus |
| * Admitted in Maryland Only<br>♦ Admitted in New York Only | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only<br>△ Member of the DC Federal Bar |

# FAX COVER SHEET

**DATE:** October 12, 2004

**TO:** Southeast Academy

**ATTN:** Special Education Coordinator

**FAX NO.:** 202-562-0985

**FROM:** Christina Busso, Esq.

**SUBJECT:** **Delonte Davis, DOB 8/18/90**

**NUMBER OF PAGES INCLUDING COVER SHEET:** 4

**COMMENTS:** Renewed Request for Evaluations

```
*********************
***  TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              3344
CONNECTION TEL              96983350
SUBADDRESS
CONNECTION ID
ST. TIME              10/12 16:22
USAGE T               00'57
PGS. SENT             4
RESULT                OK
```

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill*◊Δ<br>Brenda McAllister*◊Δ<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West♦◊ | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098 | Juan J. Fernandez!◊<br>Christina R. Busso♦◊<br>Tilman L. GeraldΔ<br>Roxanne D. Neloms<br>John A. Straus |
| * Admitted in Maryland Only<br>♦ Admitted in New York Only | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only<br>Δ Member of the DC Federal Bar |

# FAX COVER SHEET

**DATE:** October 12, 2004

**TO:** Hine JHS

**ATTN:** Special Education Coordinator

**FAX NO.:** 202-698-3350

**FROM:** Christina Busso, Esq.

**SUBJECT:** **Delonte Davis, DOB 8/18/90**

**NUMBER OF PAGES INCLUDING COVER SHEET:** 4

**COMMENTS:** Renewed Request for Evaluations

NOTE -- this student now attends

Southeast Academy Public Charter School

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              3348
CONNECTION TEL                    94425517
SUBADDRESS
CONNECTION ID         DCPS SPECIAL EDU
ST. TIME              10/12 16:31
USAGE T               00'49
PGS. SENT             4
RESULT                OK
```

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E Brown | Attorneys at Law | Juan J. Fernandez!◊ |
| Domiento C.R. Hill*◊∆ | 1220 L Street, NW | Christina R. Busso♦◊ |
| Brenda McAllister*◊∆ | Suite 700 | Tilman L. Gerald∆ |
| Roberta Gambale | Washington, DC 20005 | Roxanne D. Neloms |
| Miguel A. Hull | Telephone: (202) 742-2000 | John A. Straus |
| Christopher L. West♦◊ | Facsimile: (202) 742-2098 | |

\* Admitted in Maryland Only
♦ Admitted in New York Only

e-mail: Admin@Jeblaw.biz

! Admitted in Bolivia Only
∆ Member of the DC Federal Bar

# FAX COVER SHEET

DATE:       October 12, 2004

TO:         Office of Special Education

ATTN:       Monitor for Hine JHS

FAX NO.:    202-442-5517

FROM:       Christina Busso, Esq.

SUBJECT:    **Delonte Davis, DOB 8/18/90**

NUMBER OF PAGES INCLUDING COVER SHEET: 5

COMMENTS:   Renewed Request for Evaluations

```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO                3349
CONNECTION TEL                      94425517
SUBADDRESS
CONNECTION ID           DCPS SPECIAL EDU
ST. TIME                10/12 16:32
USAGE T                 00'52
PGS. SENT               4
RESULT                  OK
```

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill*◊△<br>Brenda McAllister*◊△<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West♦◊ | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098 | Juan J. Fernandez!◊<br>Christina R. Busso♦◊<br>Tilman L. Gerald△<br>Roxanne D. Neloms<br>John A. Straus |
| * Admitted in Maryland Only<br>♦ Admitted in New York Only | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only<br>△ Member of the DC Federal Bar |

# FAX COVER SHEET

DATE:       October 12, 2004

TO:         Office of Special Education

ATTN:       Monitor for Southeast Academy

FAX NO.:    202-442-5517

FROM:       Christina Busso, Esq.

SUBJECT:    **Delonte Davis, DOB 8/18/90**

NUMBER OF PAGES INCLUDING COVER SHEET: 5

COMMENTS:   Renewed Request for Evaluations