**Exhibit No. 7**

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill*◊∆<br>Brenda McAllister*◊∆<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West♦◊ | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098 | Juan J. Fernandez!◊<br>Christina R. Busso♦◊<br>Tilman L. Gerald∆<br>Roxanne D. Neloms<br>John A. Straus*◊ |
| * Admitted in Maryland Only<br>♦ Admitted in New York Only | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only<br>∆ Member of the DC Federal Bar |

October 18, 2004

**Via Facsimile Only**
Southeast Academy
645 Milwaukee Place, SE
Washington, DC 20032

Re: *Testing deadline past for Delonte Davis, DOB 8/18/90*

Attention Special Education Coordinator:

This letter is to follow up on my earlier letter sent to you on October 12, 2004 regarding special education testing for Delonte Davis, a student new to your school this year. I appreciate your prompt response to my letter.

As I now understand that Southeast Academy *DOES NOT* serve as its own LEA, DCPS remains primarily responsible for Delonte's testing. Since that is the case, there is not the need or reason to extend the 120-day deadline for special education testing imposed by IDEA and DCPS' own regulations. I will therefore reiterate that the parent's request for testing, initially made on May 26, 2004, requested that Delonte's testing include, but not be limited to: 1) **Psycho-Educational;** 2) **Speech and Language;** 3) **Social History;** 4) **Classroom Observation;** and 5) **Hearing and Vision Screening.**

As always, I look forward to working DCPS and with Southeast Academy, and I appreciate you contacting me with any questions you may have at (202) 742-2016, or you may send documents by fax to my attention at (202) 742-2098. Thank you for your assistance!

Sincerely,

Christina Busso, Esq.

cc: Office of Mediation and Compliance
Office of Special Education
Hine JHS

05 2176

**FILED**

NOV - 4 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

◊ *"Practice is limited solely to matters before the District of Columbia Public Schools' Office of Student Hearings under the District of Columbia Court of Appeals Rule 49(c)(5)."*

```
***********************
***   TX REPORT    ***
***********************

TRANSMISSION OK

TX/RX NO                    2005
CONNECTION TEL                            95620985
CONNECTION ID
ST. TIME                    10/18 16:25
USAGE T                     00'25
PGS. SENT                   2
RESULT                      OK
```

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez!◊ |
| Domiento C.R. Hill*◊∆ | 1220 L Street, NW | Christina R. Busso♦◊ |
| Brenda McAllister*◊∆ | Suite 700 | Tilman L. Gerald∆ |
| Roberta Gambale | Washington, DC 20005 | Roxanne D. Neloms |
| Miguel A. Hull | Telephone: (202) 742-2000 | John A. Straus |
| Christopher L. West♦◊ | Facsimile: (202) 742-2098 | |

* Admitted in Maryland Only
♦ Admitted in New York Only

e-mail: Admin@Jeblaw.biz

! Admitted in Bolivia Only
∆ Member of the DC Federal Bar

# FAX COVER SHEET

DATE:     October 18, 2004

TO:       Southeast Academy PCS

ATTN:     Ms. Joann Anthony, Special Education Coordinator

FAX NO.:  202-562-0985

FROM:     Christina Busso, Esq.

SUBJECT:  **Delonte Davis, DOB 8/18/90**

NUMBER OF PAGES INCLUDING COVER SHEET: **2**

COMMENTS:    Special Education testing

*Thank you for talking with me today!*
*Christina Busso*

```
***********************
***   TX REPORT   ***
***********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 2007 |
| CONNECTION TEL | 94425524 |
| CONNECTION ID | MEDIATION & COMP |
| ST. TIME | 10/18 16:27 |
| USAGE T | 00'25 |
| PGS. SENT | 2 |
| RESULT | OK |

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez!◊ |
| Domiento C.R. Hill*◊∆ | 1220 L Street, NW | Christina R. Busso♦◊ |
| Brenda McAllister*◊∆ | Suite 700 | Tilman L. Gerald∆ |
| Roberta Gambale | Washington, DC 20005 | Roxanne D. Neloms |
| Miguel A. Hull | Telephone: (202) 742-2000 | John A. Straus |
| Christopher L. West♦◊ | Facsimile: (202) 742-2098 | |

| | | |
|---|---|---|
| * Admitted in Maryland Only | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only |
| ♦ Admitted in New York Only | | ∆ Member of the DC Federal Bar |

# FAX COVER SHEET

**DATE:** October 18, 2004

**TO:** Office of Mediation and Compliance

**ATTN:** Monitor for Southeast Academy PCS

**FAX NO.:** 202-442-5524

**FROM:** Christina Busso, Esq.

**SUBJECT:** **Delonte Davis, DOB 8/18/90**

**NUMBER OF PAGES INCLUDING COVER SHEET: 2**

**COMMENTS:** Special Education testing

```
*********************
***   TX REPORT   ***
*********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 2008 |
| CONNECTION TEL | 96983350 |
| CONNECTION ID | |
| ST. TIME | 10/18 16:28 |
| USAGE T | 00'26 |
| PGS. SENT | 2 |
| RESULT | OK |

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill\*◊△<br>Brenda McAllister\*◊△<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West♦◊ | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098 | Juan J. Fernandez!◊<br>Christina R. Busso♦◊<br>Tilman L. Gerald△<br>Roxanne D. Neloms<br>John A. Straus |
| \* Admitted in Maryland Only<br>♦ Admitted in New York Only | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only<br>△ Member of the DC Federal Bar |

# FAX COVER SHEET

DATE:       October 18, 2004

TO:         Hine JHS

ATTN:       Special Education Coordinator

FAX NO.:    202-698-3350

FROM:       Christina Busso, Esq.

SUBJECT:    **Delonte Davis, DOB 8/18/90**

NUMBER OF PAGES INCLUDING COVER SHEET:    **2**

COMMENTS:   Special Education testing

```
***********************
***   TX REPORT    ***
***********************

TRANSMISSION OK

TX/RX NO              2006
CONNECTION TEL                        94425517
CONNECTION ID         DCPS SPECIAL EDU
ST. TIME              10/18 16:33
USAGE T               00'25
PGS. SENT             2
RESULT                OK
```

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill*◊∆<br>Brenda McAllister*◊∆<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West♦◊ | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098 | Juan J. Fernandez!◊<br>Christina R. Busso♦◊<br>Tilman L. Gerald∆<br>Roxanne D. Neloms<br>John A. Straus |
| * Admitted in Maryland Only<br>♦ Admitted in New York Only | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only<br>∆ Member of the DC Federal Bar |

# FAX COVER SHEET

DATE:       October 18, 2004

TO:         Office of Special Education

ATTN:       Monitor for Southeast Academy PCS

FAX NO.:    202-442-5517

FROM:       Christina Busso, Esq.

SUBJECT:    **Delonte Davis, DOB 8/18/90**

NUMBER OF PAGES INCLUDING COVER SHEET:    **2**

COMMENTS:   Special Education testing