# Exhibit No. 9



**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS**

Office of the Superintendent
Office of the General Counsel
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002-4232
202-442-5000   Fax: 202-442-5098
www.k12.dc.us

November 12, 2004

Christina Busso, Esquire
1220 L. Street, NW
Washington, D.C. 20005

**DISCLOSURE STATEMENT**

**VIA FACSIMILE 202-742-2098**

Subject: Due Process Hearing for Delonte Davis
DOB: 08/18/1990
Attending School: SouthEast Academy Public Charter School
Home School: Hine Junior High School

Dear Ms. Busso:

In lieu of the formal Due Process Hearing in the above-referenced matter, scheduled for Monday, November 22, 2004 at 11:00 a.m., the parties to this action, District of Columbia Public Schools (hereinafter DCPS), and parent's representative agree to resolve this matter pursuant to the following terms and conditions:

1. Parent/Counsel verifies that the student is a resident of the District of Columbia, has established residency, and has registered as attending or non-attending at their local school. If DCPS becomes aware subsequently to the executions of this settlement agreement that residency and/or registration has not been completed and/or established then any DCPS obligations under this agreement will not be completed until proof of registration and/or residency is provided to DCPS.

2. The Parent/Counsel verifies that the student's date of birth is August 18, 1990. The attending school is the SouthEast Academy Public Charter School, and the home school is Hine Junior High School.

3. Parent/Counsel agrees to cooperate fully with DCPS in the implementation of the terms of this settlement agreement. Any delay caused by the unavailability of the student, parent, or advocate as it pertains to testing, meeting dates, or compliance with the terms of this agreement will toll any deadlines herein by one day for each day of delay.

**05 2176**

**FILED**

NOV - 4 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DCPS Office of the General Counsel
Page 2

4. DCPS agrees within 30 days of the signing of this agreement to complete a Social History evaluation. If DCPS fails to complete this evaluation within 30 days from signing this agreement DCPS agrees to fund an independent evaluation, consistent with DCPS guidelines. Parent/counsel agrees that DCPS' liability is limited to costs not to exceed those specified in the Superintendent Directive Number 530.6, dated March 20, 2002.

5. DCPS agrees to fund independent evaluations, consistent with DCPS guidelines. Parent/counsel agrees that DCPS' liability is limited to costs not to exceed those specified in the Superintendent Directive Number 530.6, dated March 20, 2002. The evaluations DCPS agrees to fund are a Psycho-educational evaluation and a Speech and language evaluation.

6. DCPS agrees to conduct a MDT meeting within 20 school days of the receipt of the final independent evaluation or the receipt of the Social History evaluation if that evaluation is received after the receipt of the independent evaluations. If Delonte is eligible for special education and related services, an IEP will be developed at the MDT meeting.

7. If Delonte is eligible for special education and related services placement will be also be discussed and determined. For a public placement, a Prior Notice of Placement will be issued within 5 school days of the MDT meeting and for a private placement a PNOP will be issued within 30 calendar days of the MDT meeting. DCPS also agrees to discuss compensatory education, and if warranted a plan will be developed.

8. All meetings/conferences/evaluations shall be scheduled through counsel for the parent, via facsimile, at 202/742-2098.

9. Both parties agree that execution of this agreement will occur when the signature of both parties has been affixed below and counsel of DCPS has received transmittal of the signed agreement.

10. If for some reason DCPS is unable to comply with this agreement as of result of unforeseen circumstances beyond its control, DCPS will request that Parent/Counsel agree to extend the deadlines or negotiate new timelines, whichever appropriate. Parent/Counsel will not unreasonably deny any such request for extension/renegotiation.

11. Parent/Counsel agrees to contact DCPS Office of Mediation & Compliance personnel when there has been a failure to comply with the terms incorporated in this agreement in order to bring the case into compliance prior to filing a hearing request alleging DCPS' failure to comply.

12. This agreement is in full satisfaction and settlement of all the claims contained in the pending hearing request, and including all claims that the parent now asserts or could have asserted as of the date of this agreement.

13. Parent/Counsel agrees to accept reasonable attorney fees not to exceed Four Thousand ($4,000.00) Dollars, as full and final payment of the attorney fees and related costs incurred in this matter. Payment of the specified amount is contingent upon the submission of a certified, itemized invoice conforming to the DCPS attorney fee guidelines.

14. Parent/Counsel agrees that the hearing request that is subject of this Agreement will be immediately withdrawn and the written evidence of such withdrawal is required before any invoices will be processed.

DCPS Office of the General Counsel
Page 3

Sincerely,

*[signature]*

Jack L. Schreibman
Attorney Advisor


Agreed to: _*[signature]*_____    ___11/16/04___
             Christina Busso, Esq.                Date
             Counsel for Parent


Agreed to: _*[signature]*_____    ___11-12-04___
             Jack L. Schreibman, Esq.             Date
             Attorney Advisor

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill*◊Δ<br>Brenda McAllister*◊Δ<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West♦◊ | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098 | Juan J. Fernandez!◊<br>Christina R. Busso<br>Tilman L. GeraldΔ<br>Roxanne D. Neloms<br>John A. Straus |
| \* Admitted in Maryland Only<br>♦ Admitted in New York Only | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only<br>Δ Member of the DC Federal Bar |

November 15, 2004

*Via Facsimile Only*
District of Columbia Public Schools
Hearing Coordinator
825 North Capital Street, NE
Washington, DC 20002

  Re: **Notice of Withdrawal and Settlement**
     **Delonte Davis, DOB 8/18/90**

Attention Hearing Coordinator,

  Please withdraw the hearing scheduled to be heard on **Monday, November 22, 2004 at 9:00 am** for the above referenced student. Parties have reached an agreement in this matter.

  I appreciate your cooperation in this matter. Should you have any questions or concerns, please contact me at (202) 742-2016.

              Sincerely,

              Christina Busso, Esq.

cc: Jack Schreibman, Esq., DCPS Attorney Advisor

◊ *"Practice is limited solely to matters before the District of Columbia Public Schools' Office of Student Hearings under the District of Columbia Court of Appeals Rule 49(c)(5)."*

```
***********************
***   TX REPORT   ***
***********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 4233 |
| CONNECTION TEL | 94425556 |
| SUBADDRESS | |
| CONNECTION ID | |
| ST. TIME | 11/16 18:23 |
| USAGE T | 00'42 |
| PGS. SENT | 5 |
| RESULT | OK |

---

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez!◊ |
| Domiento C.R. Hill*◊∆ | 1220 L Street, NW | Christina R. Busso |
| Brenda McAllister*◊∆ | Suite 700 | Tilman L. Gerald∆ |
| Roberta Gambale | Washington, DC 20005 | Roxanne D. Neloms |
| Miguel A. Hull | Telephone: (202) 742-2000 | John A. Straus |
| Christopher L. West♦◊ | Facsimile: (202) 742-2098 | |
| | e-mail: Admin@Jeblaw.biz | |
| * Admitted in Maryland Only | | ! Admitted in Bolivia Only |
| ♦ Admitted in New York Only | | ∆ Member of the DC Federal Bar |

# FAX COVER SHEET

DATE: November 15, 2004

TO: Student Hearing Office

FAX NO.: 202-442-5556

FROM: Christina Busso, Esq.

SUBJECT: **Delonte Davis, DOB 8/18/90**

NUMBER OF PAGES INCLUDING COVER SHEET: **5**

COMMENTS: Notice of Settlement and Withdrawal

```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO                 4278
CONNECTION TEL                          94425098
SUBADDRESS
CONNECTION ID            OFF.OF GENERAL C
ST. TIME                 11/17 19:48
USAGE T                  00'46
PGS. SENT                5
RESULT                   OK
```

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez!◊ |
| Domiento C.R. Hill*◊∆ | 1220 L Street, NW | Christina R. Busso |
| Brenda McAllister*◊∆ | Suite 700 | Tilman L. Gerald∆ |
| Roberta Gambale | Washington, DC 20005 | Roxanne D. Neloms |
| Miguel A. Hull | Telephone: (202) 742-2000 | John A. Straus |
| Christopher L. West♦◊ | Facsimile: (202) 742-2098 | |
| | e-mail: Admin@Jeblaw.biz | |
| * Admitted in Maryland Only | | ! Admitted in Bolivia Only |
| ♦ Admitted in New York Only | | ∆ Member of the DC Federal Bar |

# FAX COVER SHEET

DATE:        November 15, 2004

TO:          Jack Schreibman, Esq.

FAX NO.:     202-442-5098

FROM:        Christina Busso, Esq.

SUBJECT:     **Delonte Davis, DOB 8/18/90**

NUMBER OF PAGES INCLUDING COVER SHEET: **5**

COMMENTS:    Notice of Settlement and Withdrawal