# Exhibit No. 10

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez!◊ |
| Domiento C.R. Hill*◊Δ | 1220 L Street, NW | Christina R. Busso |
| Brenda McAllister*◊Δ | Suite 700 | Tilman L. GeraldΔ |
| Roberta Gambale | Washington, DC 20005 | Roxanne D. Neloms |
| Miguel A. Hull | Telephone: (202) 742-2000 | John A. Straus |
| Christopher L. West♦◊ | Facsimile: (202) 742-2098 | |

------------------------------

\* Admitted in Maryland Only
♦ Admitted in New York Only

e-mail: Admin@Jeblaw.biz

------------------------------

! Admitted in Bolivia Only
Δ Member of the DC Federal Bar

December 16, 2004

**Via Facsimile Only**
Southeast Academy
645 Milwaukee Place, SE
Washington, DC 20032

**Re:**   ***Request for Status of Social History Testing for Delonte Davis, DOB 8/18/90***

Attention Special Education Coordinator:

This letter is to follow up on the Settlement Agreement executed on November 16, 2004 regarding Delonte Davis, a student new to your school this year. According to that Agreement, DCPS agreed to fund several independent evaluations including a Psycho-Educational and Speech and Language. Also, DCPS agreed to complete a Social History assessment by December 16, 2004. If that assessment is not completed by that time, DCPS agreed to fund this independently as well.

I am writing at this time to inquire as to the status of Delonte's Social History assessment. I appreciate you contacting me at your earliest convenience to advise me of the status of this testing. If I do not hear from you, I will presume that it is incomplete at this time and will take steps to have the Social History completed by a private provider.

Also, please note that I am awaiting the results from Delonte's Psycho-Educational and Speech and Language testing at this time. As soon as I receive these results I will forward them to you. According to the terms of the Settlement Agreement, please also note that after receiving the last completed independent report, DCPS is to convene an MDT/IEP meeting within twenty (20) school days. Please bear this in mind as you receive Delonte's assessment reports.

I look forward to working with you, and I appreciate you contacting me with any questions you may have at (202) 742-2016, or you may send documents by fax to my attention at (202) 742-2098. Thank you for your assistance!

Sincerely,

Christina Busso, Esq.

**05 2176**

cc:     Office of Mediation and Compliance
        Office of Special Education

**FILED**

◊ "Practice is limited solely to matters before the District of Columbia Public Schools' Office of Student Hearings under the District of Columbia Court of Appeals Rule 49(c)(5)."

NOV - 4 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

```
*********************
***   TX REPORT   ***
*********************
```

TRANSMISSION OK

| TX/RX NO | 4210 |
|---|---|
| CONNECTION TEL | 94425517 |
| CONNECTION ID | DCPS SPECIAL EDU |
| ST. TIME | 12/15 20:42 |
| USAGE T | 00'28 |
| PGS. SENT | 2 |
| RESULT | OK |

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill*◊Δ
Brenda McAllister*◊Δ
Roberta Gambale
Miguel A. Hull
Christopher L. West♦◊

* Admitted in Maryland Only
♦ Admitted in New York Only

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

e-mail: Admin@Jeblaw.biz

Juan J. Fernandez!◊
Christina R. Busso
Tilman L. GeraldΔ
Roxanne D. Neloms
John A. Straus

! Admitted in Bolivia Only
Δ Member of the DC Federal Bar

# FAX COVER SHEET

DATE:            December 15, 2004

TO:              Office of Special Education

                 ATTN: Monitor for Southeast Academy PCS

FAX NO.:         202-442-5517

FROM:            Christina Busso, Esq.

SUBJECT:         **Delonte Davis, DOB 8/18/90**

NUMBER OF PAGES INCLUDING COVER SHEET:  **2**

COMMENTS:        Request for status of social history testing

```
*********************
***   TX REPORT   ***
*********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 4211 |
| CONNECTION TEL | 94425524 |
| CONNECTION ID | MED&COMP/DCPS |
| ST. TIME | 12/15 20:43 |
| USAGE T | 00'27 |
| PGS. SENT | 2 |
| RESULT | OK |

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill*◊Δ
Brenda McAllister*◊Δ
Roberta Gambale
Miguel A. Hull
Christopher L. West◆◊

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

Juan J. Fernandez!◊
Christina R. Busso
Tilman L. GeraldΔ
Roxanne D. Neloms
John A. Straus

\* Admitted in Maryland Only
◆ Admitted in New York Only

e-mail: Admin@Jeblaw.biz

! Admitted in Bolivia Only
Δ Member of the DC Federal Bar

# FAX COVER SHEET

DATE:  December 15, 2004

TO:  Office of Mediation and Compliance

ATTN: Monitor for Southeast Academy PCS

FAX NO.:  202-442-5524

FROM:  Christina Busso, Esq.

SUBJECT:  **Delonte Davis, DOB 8/18/90**

NUMBER OF PAGES INCLUDING COVER SHEET:  **2**

COMMENTS:  Request for status of social history testing

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                4212
CONNECTION TEL                      95620985
CONNECTION ID
ST. TIME              12/15 20:44
USAGE T               00'27
PGS. SENT                2
RESULT                 OK
```

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill*◊△
Brenda McAllister*◊△
Roberta Gambale
Miguel A. Hull
Christopher L. West◊◊

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

e-mail: Admin@Jeblaw.biz

Juan J. Fernandez!◊
Christina R. Busso
Tilman L. Gerald△
Roxanne D. Neloms
John A. Straus

* Admitted in Maryland Only
◊ Admitted in New York Only

! Admitted in Bolivia Only
△ Member of the DC Federal Bar

# FAX COVER SHEET

**DATE:**          December 15, 2004

**TO:**            Southeast Academy PCS

                   ATTN: Special Education Coordinator

**FAX NO.:**       202-562-0985

**FROM:**          Christina Busso, Esq.

**SUBJECT:**       **Delonte Davis, DOB 8/18/90**

**NUMBER OF PAGES INCLUDING COVER SHEET:  2**

**COMMENTS:**      Request for status of social history testing