# Exhibit No. 11

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez!◊ |
| Domiento C.R. Hill*◊Δ | 1220 L Street, NW | Christina R. Busso |
| Brenda McAllister*◊Δ | Suite 700 | Tilman L. GeraldΔ |
| Roberta Gambale | Washington, DC 20005 | Roxanne D. Neloms |
| Miguel A. Hull | Telephone: (202) 742-2000 | John A. Straus |
| Christopher L. West♦◊ | Facsimile: (202) 742-2098 | |

\* Admitted in Maryland Only
♦ Admitted in New York Only

e-mail: Admin@Jeblaw.biz

! Admitted in Bolivia Only
Δ Member of the DC Federal Bar

January 26, 2005

**Via Facsimile Only**
Southeast Academy
645 Milwaukee Place, SE
Washington, DC 20032

Re:   *Psycho-Educational Testing results for Delonte Davis, DOB 8/18/90*

Attention Special Education Coordinator:

This letter is to follow up on the Settlement Agreement executed by DCPS on November 16, 2004. According to that Agreement, DCPS agreed to fund psycho-educational, speech and language, and social history testing for Delonte and then convene a subsequent MDT/IEP meeting.

I have just received the psycho-educational testing report for Delonte. I am attaching a copy for you to review in advance of the next MDT meeting. Please note that the evaluator is recommending special education services in academic areas for Delonte as well as social and emotional counseling services. Please be sure that appropriate staff members are included in the next MDT meeting to address these needs.

I will be forwarding you the next evaluation reports as soon as they are made available to me. As always, I look forward to working DCPS and with Southeast Academy, and I appreciate you contacting me with any questions you may have at (202) 742-2016, or you may send documents by fax to my attention at (202) 742-2098. Thank you for your assistance!

Sincerely,

Christina Busso, Esq.

cc:   Office of Mediation and Compliance
      Office of Special Education

05 2176

**FILED**

NOV - 4 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

◊ *"Practice is limited solely to matters before the District of Columbia Public Schools' Office of Student Hearings under the District of Columbia Court of Appeals Rule 49(c)(5)."*

```
***********************
***   TX REPORT    ***
***********************

TRANSMISSION OK

TX/RX NO                    0761
CONNECTION TEL                                  95620985
CONNECTION ID
ST. TIME                    01/26 14:25
USAGE T                     01'36
PGS. SENT                   9
RESULT                      OK
```

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill*◊△<br>Brenda McAllister*◊△<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West♦◊ | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098 | Juan J. Fernandez!◊<br>Christina R. Busso<br>Tilman L. Gerald△<br>Roxanne D. Neloms<br>John A. Straus |
| * Admitted in Maryland Only<br>♦ Admitted in New York Only | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only<br>△ Member of the DC Federal Bar |

## FAX COVER SHEET

**DATE:** January 26, 2005

**TO:** Southeast Academy PCS

ATTN: Special Education Coordinator

**FAX NO.:** 202-562-0985

**FROM:** Christina Busso, Esq.

**SUBJECT:** **Delonte Davis, DOB 8/18/90**

**NUMBER OF PAGES INCLUDING COVER SHEET:** **9**

**COMMENTS:** Independent Psycho-Educational testing results

```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO              0762
CONNECTION TEL                     94425517
CONNECTION ID         DCPS SPECIAL EDU
ST. TIME              01/26 14:27
USAGE T               01'33
PGS. SENT             9
RESULT                OK
```

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill*◊Δ<br>Brenda McAllister*◊Δ<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West♦◊ | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098 | Juan J. Fernandez!◊<br>Christina R. Busso<br>Tilman L. GeraldΔ<br>Roxanne D. Neloms<br>John A. Straus |
| * Admitted in Maryland Only<br>♦ Admitted in New York Only | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only<br>Δ Member of the DC Federal Bar |

# FAX COVER SHEET

DATE:       January 26, 2005

TO:         Office of Special Education

            ATTN: Monitor for Southeast Academy PCS

FAX NO.:    202-442-5517/5518

FROM:       Christina Busso, Esq.

SUBJECT:    **Delonte Davis, DOB 8/18/90**

NUMBER OF PAGES INCLUDING COVER SHEET:  **9**

COMMENTS:   Independent Psycho-Educational testing results

```
          *********************
          ***   TX REPORT    ***
          *********************

          TRANSMISSION OK

          TX/RX NO              0763
          CONNECTION TEL                         94425524
          CONNECTION ID         MED&COMP/DCPS
          ST. TIME              01/26 14:30
          USAGE T               01'17
          PGS. SENT             9
          RESULT                OK
```

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill*◊△<br>Brenda McAllister*◊△<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West◆◊ | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098 | Juan J. Fernandez!◊<br>Christina R. Busso<br>Tilman L. Gerald△<br>Roxanne D. Neloms<br>John A. Straus |
| * Admitted in Maryland Only<br>◆ Admitted in New York Only | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only<br>△ Member of the DC Federal Bar |

# FAX COVER SHEET

DATE:       January 26, 2005

TO:         Office of Mediation and Compliance

            ATTN: Monitor for Southeast Academy PCS

FAX NO.:    202-442-5524

FROM:       Christina Busso, Esq.

SUBJECT:    **Delonte Davis, DOB 8/18/90**

NUMBER OF PAGES INCLUDING COVER SHEET: **9**

COMMENTS:   Independent Psycho-Educational testing results