# Exhibit No. 12

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez!◊ |
| Domiento C.R. Hill*◊∆ | 1220 L Street, NW | Christina R. Busso |
| Brenda McAllister*◊∆ | Suite 700 | Tilman L. Gerald∆ |
| Roberta Gambale | Washington, DC 20005 | Roxanne D. Neloms |
| Miguel A. Hull | Telephone: (202) 742-2000 | John A. Straus |
| Christopher L. West♦◊ | Facsimile: (202) 742-2098 | |

\* Admitted in Maryland Only
♦ Admitted in New York Only

e-mail: Admin@Jeblaw.biz

! Admitted in Bolivia Only
∆ Member of the DC Federal Bar

January 31, 2005

**Via Facsimile Only**
Southeast Academy
645 Milwaukee Place, SE
Washington, DC 20032

    *Re:    Speech and Language Testing results for Delonte Davis, DOB 8/18/90*

Attention Special Education Coordinator:

    This letter is to follow up on the Settlement Agreement executed by DCPS on November 16, 2004. According to that Agreement, DCPS agreed to fund psycho-educational, speech and language, and social history testing for Delonte and then convene a subsequent MDT/IEP meeting within twenty (20) school days.

    I have just received the Speech and Language testing report for Delonte. I am attaching a copy for you to review in advance of the next MDT meeting. Please note that the evaluator is recommending speech and language therapy services to address Delonte's receptive and expressive language deficiencies. Please be sure that appropriate staff members are included in the next MDT meeting to address these needs.

    I will be forwarding you the last remaining evaluation report, Delonte's social history, as soon as it is made available to me. As always, I look forward to working DCPS and with Southeast Academy, and I appreciate you contacting me with any questions you may have at (202) 742-2016, or you may send documents by fax to my attention at (202) 742-2098. Thank you for your assistance!

05 2176

Sincerely,

Christina Busso, Esq.

**FILED**
NOV - 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

cc:    Office of Mediation and Compliance
       Office of Special Education

◊ *"Practice is limited solely to matters before the District of Columbia Public Schools' Office of Student Hearings under the District of Columbia Court of Appeals Rule 49(c)(5)."*

```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO                 0948
CONNECTION TEL                           95620985
CONNECTION ID
ST. TIME                 01/31 16:09
USAGE T                  01'04
PGS. SENT                   6
RESULT                   OK
```

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill*◊∆<br>Brenda McAllister*◊∆<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West♦◊ | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098 | Juan J. Fernandez!◊<br>Christina R. Busso<br>Tilman L. Gerald∆<br>Roxanne D. Neloms<br>John A. Straus |
| * Admitted in Maryland Only<br>♦ Admitted in New York Only | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only<br>∆ Member of the DC Federal Bar |

# FAX COVER SHEET

**DATE:** January 31, 2005

**TO:** Southeast Academy PCS

ATTN: Special Education Coordinator, MS. Anthony

**FAX NO.:** 202-562-0985

**FROM:** Christina Busso, Esq.

**SUBJECT:** **Delonte Davis, DOB 8/18/90**

**NUMBER OF PAGES INCLUDING COVER SHEET: 6**

**COMMENTS:** Independent Speech and Language Testing Results

```
***********************
***   TX REPORT   ***
***********************
```

TRANSMISSION OK

TX/RX NO              0949
CONNECTION TEL                     94425517
CONNECTION ID         DCPS SPECIAL EDU
ST. TIME              01/31 16:11
USAGE T               01'04
PGS. SENT             6
RESULT                OK

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| James E. Brown | Attorneys at Law | Juan J. Fernandez!◊ |
| Domiento C.R. Hill*◊∆ | 1220 L Street, NW | Christina R. Busso |
| Brenda McAllister*◊∆ | Suite 700 | Tilman L. Gerald∆ |
| Roberta Gambale | Washington, DC 20005 | Roxanne D. Neloms |
| Miguel A. Hull | Telephone: (202) 742-2000 | John A. Straus |
| Christopher L. West◆◊ | Facsimile: (202) 742-2098 | |

* Admitted in Maryland Only
◆ Admitted in New York Only

e-mail: Admin@Jeblaw.biz

! Admitted in Bolivia Only
∆ Member of the DC Federal Bar

# FAX COVER SHEET

DATE:       January 31, 2005

TO:         Office of Special Education

            ATTN: Monitor for Southeast Academy PCS

FAX NO.:    202-442-5517/5518

FROM:       Christina Busso, Esq.

SUBJECT:    **Delonte Davis, DOB 8/18/90**

NUMBER OF PAGES INCLUDING COVER SHEET:   **6**

COMMENTS:   Independent Speech and Language Testing Results

```
*********************
*** TX REPORT ***
*********************
```

TRANSMISSION OK

TX/RX NO                 0950
CONNECTION TEL                              94425524
CONNECTION ID            MED&COMP/DCPS
ST. TIME                 01/31 16:12
USAGE T                  00'54
PGS. SENT                6
RESULT                   OK

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| James E. Brown | Attorneys at Law | Juan J. Fernandez!◊ |
| Domiento C.R. Hill*◊∆ | 1220 L Street, NW | Christina R. Busso |
| Brenda McAllister*◊∆ | Suite 700 | Tilman L. Gerald∆ |
| Roberta Gambale | Washington, DC 20005 | Roxanne D. Neloms |
| Miguel A. Hull | Telephone: (202) 742-2000 | John A. Straus |
| Christopher L. West♦◊ | Facsimile: (202) 742-2098 | |

\* Admitted in Maryland Only          e-mail: Admin@Jeblaw.biz          ! Admitted in Bolivia Only
♦ Admitted in New York Only                                              ∆ Member of the DC Federal Bar

# FAX COVER SHEET

DATE:           January 31, 2005

TO:             Office of Mediation and Compliance

                ATTN: Monitor for Southeast Academy PCS

FAX NO.:        202-442-5524

FROM:           Christina Busso, Esq.

SUBJECT:        **Delonte Davis, DOB 8/18/90**

NUMBER OF PAGES INCLUDING COVER SHEET:    **6**

COMMENTS:       Independent Speech and Language Testing Results