# Exhibit No. 13

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill*◊∆<br>Brenda McAllister*◊∆<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West♦◊ | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098 | Juan J. Fernandez!◊<br>Christina R. Busso<br>Tilman L. Gerald∆<br>Roxanne D. Neloms<br>John A. Straus |
| * Admitted in Maryland Only<br>♦ Admitted in New York Only | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only<br>∆ Member of the DC Federal Bar |

February 3, 2005

**Via Facsimile Only**
Southeast Academy
645 Milwaukee Place, SE
Washington, DC 20032

*Re:   Social History Testing results for Delonte Davis, DOB 8/18/90*

Attention Special Education Coordinator, Ms. Anthony:

This letter is to follow up on the Settlement Agreement executed by DCPS on November 16, 2004. According to that Agreement, DCPS agreed to fund psycho-educational, speech and language, and social history testing for Delonte and then convene a subsequent MDT/IEP meeting.

I have just received the Social History report for Delonte. I am attaching a copy for you to review in advance of the next MDT meeting. Please note that the evaluator is recommending educational support services as well as family counseling and additional community-based supports. Please be sure that appropriate staff members are included in the next MDT meeting to address these needs.

As this is the final evaluation report, it is DCPS' duty to ensure that an MDT meeting is held within the timeframe specified by the November 16, 2004 Settlement Agreement, twenty (20) school days. The deadline therefore is Friday, March 4, 2005. Also please note that the Settlement Agreement specifies that all meetings should be scheduled through my office. As always, I look forward to working DCPS and with Southeast Academy, and I appreciate you contacting me with any questions you may have at (202) 742-2016, or you may send documents by fax to my attention at (202) 742-2098. Thank you for your assistance!

Sincerely,

Christina Busso, Esq.

cc:   Office of Mediation and Compliance
       Office of Special Education

**05 2176**

**FILED**

NOV – 4 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

◊ *"Practice is limited solely to matters before the District of Columbia Public Schools' Office of Student Hearings under the District of Columbia Court of Appeals Rule 49(c)(5)."*

```
***********************
***   TX REPORT     ***
***********************

TRANSMISSION OK

TX/RX NO              0665
CONNECTION TEL                    94425524
SUBADDRESS
CONNECTION ID         MED&COMP/DCPS
ST. TIME              02/03 14:55
USAGE T               01'10
PGS. SENT             6
RESULT                OK
```

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez!◊ |
| Domier to C.R. Hill*◊∆ | 1220 L Street, NW | Christina R. Busso |
| Brenda McAllister*◊∆ | Suite 700 | Tilman L. Gerald∆ |
| Roberta Gambale | Washington, DC 20005 | Roxanne D. Neloms |
| Miguel A. Hull | Telephone: (202) 742-2000 | John A. Straus |
| Christopher L. West♦◊ | Facsimile: (202) 742-2098 | |

\* Admitted in Maryland Only             e-mail: Admin@Jeblaw.biz             ! Admitted in Bolivia Only
♦ Admitted in New York Only                                                    ∆ Member of the DC Federal Bar

# FAX COVER SHEET

DATE:        February 3, 2005

TO:          Office of Mediation and Compliance

             ATTN: Monitor for Southeast Academy PCS

FAX NO.:     202-442-5524

FROM:        Christina Busso, Esq.

SUBJECT:     **Delonte Davis, 8/18/90**

NUMBER OF PAGES INCLUDING COVER SHEET:  **6**

COMMENTS:    Social History report and request for MDT meeting

```
***********************
***   TX REPORT    ***
***********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 0664 |
| CONNECTION TEL | 94425517 |
| SUBADDRESS | |
| CONNECTION ID | DCPS SPECIAL EDU |
| ST. TIME | 02/03 14:53 |
| USAGE T | 01'28 |
| PGS. SENT | 6 |
| RESULT | OK |

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez!◊ |
| Domiento C.R. Hill*◊Δ | 1220 L Street, NW | Christina R. Busso |
| Brenda McAllister*◊Δ | Suite 700 | Tilman L. GeraldΔ |
| Roberta Gambale | Washington, DC 20005 | Roxanne D. Neloms |
| Miguel A. Hull | Telephone: (202) 742-2000 | John A. Straus |
| Christopher L. West◆◊ | Facsimile: (202) 742-2098 | |

\* Admitted in Maryland Only
◆ Admitted in New York Only

e-mail: Admin@Jeblaw.biz

! Admitted in Bolivia Only
Δ Member of the DC Federal Bar

# FAX COVER SHEET

DATE:       February 3, 2005

TO:         Office of Special Education

            ATTN: Monitor for Southeast Academy PCS

FAX NO.:    202-442-5517/5518

FROM:       Christina Busso, Esq.

SUBJECT:    **Delonte Davis, 8/18/90**

NUMBER OF PAGES INCLUDING COVER SHEET:  **6**

COMMENTS:   Social History report and request for MDT meeting

```
*********************
***  TX REPORT  ***
*********************

TRANSMISSION OK

TX/RX NO                    0666
CONNECTION TEL                      95620726
SUBADDRESS
CONNECTION ID
ST. TIME                    02/03 14:57
USAGE T                     02'23
PGS. SENT                   6
RESULT                      OK
```

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E Brown | Attorneys at Law | Juan J. Fernandez!◊ |
| Domiemo C.R. Hill*◊∆ | 1220 L Street, NW | Christina R. Busso |
| Brenda McAllister*◊∆ | Suite 700 | Tilman L. Gerald∆ |
| Roberta Gambale | Washington, DC 20005 | Roxanne D. Neloms |
| Miguel A. Hull | Telephone: (202) 742-2000 | John A. Straus |
| Christopher L. West♦◊ | Facsimile: (202) 742-2098 | |

\* Admitted in Maryland Only       e-mail: Admin@Jeblaw.biz       ! Admitted in Bolivia Only
♦ Admitted in New York Only                                      ∆ Member of the DC Federal Bar

# FAX COVER SHEET

DATE:       February 3, 2005

TO:         Southeast Academy PCS

            ATTN: Sp. Ed. Coor, Ms. Anthony

FAX NO.:    202-562-0726

FROM        Christina Busso, Esq.

SUBJECT:    **Delonte Davis, 8/18/90**

NUMBER OF PAGES INCLUDING COVER SHEET:    **6**

COMMENTS:   Social History report and request for MDT meeting