# Exhibit No. 15



**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS**

*Office of the Superintendent*
**Office of the General Counsel**
*825 North Capitol Street, N.E., 9th Floor*
202-442-5000  Fax # 202-442-5098
www.k12.dc.us

April 7, 2005

James Brown & Associates, PLLC
Attn: Roxanne Neloms
1220 L. Street, NW, Suite 700
Washington, DC 20005

<u>PROPOSED SETTLEMENT AGREEMENT</u>

<u>VIA FACSIMILE 202/742-2098</u>

**Subject: Due Process Hearing for Delonte Davis
DOB: 8/18/90
Attending School: Southeast Academy Public Charter School
Home School:**

Dear Ms. Neloms:

　　In lieu of the formal Due Process Hearing in the above-referenced matter, scheduled for Thursday, April 7, 2005, at 3:00 p.m., the parties to this action, District of Columbia Public Schools (hereinafter DCPS), and parent's representative agree to resolve this matter pursuant to the following terms and conditions:

　　1. Parent/advocate verifies that the student is a resident of the District of Columbia, has established residency, and has registered as attending or non-attending at their local school. If DCPS becomes aware subsequently to the executions of this settlement agreement that residency and/or registration has not been completed and/or established then any DCPS obligations under this agreement will not be completed until proof of registration and/or residency is provided to DCPS.

　　2. The parent/counsel verifies that the student's date of birth is August 18, 1990, and that the attending school is Southeast Academy Public Charter School.

　　3. Parent/counsel agrees to cooperate fully with DCPS in the implementation of the terms of this settlement agreement. Any delay caused by the unavailability of the student, parent, or advocate as it pertains to testing, meeting dates, or compliance with the terms of this agreement will toll any deadlines herein by one day for each day of delay.

　　4. DCPS agrees to convene an MDT meeting within 20 days from the execution of this settlement agreement. At this MDT meeting an eligibility determination will be made, and if found eligible an IEP will be developed, a prior notice issued (5/30), and a comp ed plan developed, if warranted.

05 2176

*Children First*

**FILED**

NOV – 4 2005

**NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT**

Case 1:05-cv-02176-PLF Document 15-1 Filed 11/04/2005 Page 3 of 8

DCPS Office of the General Counsel
Page 2

     5.  All meetings/conferences/evaluations shall be scheduled through counsel for the parent, via facsimile, at (202) 742-2098.

     6.  Both parties agree that execution of this agreement will occur when the signature of both parties has been affixed below and counsel of DCPS has received transmittal of the signed agreement.

     7.  If for some reason DCPS is unable to comply with this agreement as of result of unforeseen circumstances beyond its control, DCPS will request that parent/counsel agree to extend the deadlines or negotiate new timelines, whichever appropriate.  Parent/Counsel will not unreasonably deny any such request for extension/renegotiation.

     8.  Parent/Counsel agrees to contact DCPS Office of Mediation & Compliance personnel when there has been a failure to comply with the terms incorporated in this agreement in order to bring the case into compliance prior to filing a hearing request alleging DCPS' failure to comply.

     9.  This agreement is in full satisfaction and settlement of all the claims contained in the pending hearing request, and including all claims that the parent now asserts or could have asserted as of the date of this agreement.

     10. Parent/Counsel agrees to accept reasonable attorney fees not to exceed Four Thousand ($4,000.00) Dollars, as full and final payment of the attorney fees and related costs incurred in this matter.  Payment of the specified amount is contingent upon the submission of a certified, itemized invoice conforming to the DCPS attorney fee guidelines.

     11. Parent/Counsel agrees that the hearing request that is subject of this Agreement will be immediately withdrawn and the written evidence of such withdrawal is required before any invoices will be processed.

Sincerely,

Rhondalyn D. Primes
Attorney Advisor

cc: Marshall Lammers

*Children First*

DCPS Office of the General Counsel
Page 3

Agreed to:

_____  4/7/05

Roxanne Neloms, Esquire
Counsel for Parent

_____

Rhondalyn D. Primes, Attorney Advisor

*Children First*

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez! |
| Domiento C.R. Hill*◊Δ | 1220 L Street, NW | Tilman L. Gerald |
| Brenda McAllister*◊Δ | Suite 700 | Roxanne D. Neloms |
| Roberta Gambale | Washington, DC 20005 | John A. Straus |
| Miguel A. Hull | Telephone: (202) 742-2000 | Dolores S. McKnight |
| Christopher L. West♦◊ | Facsimile: (202) 742-2098 | Marshall Lammers*◊ |

---

* Admitted in Maryland Only
♦ Admitted in New York Only

e-mail: Admin@Jeblaw.biz

---

! Admitted in Bolivia Only
Δ Member of the DC Federal Bar

April 7, 2005

*Via Facsimile Only*
District of Columbia Public Schools
Hearing Coordinator
825 North Capital Street, NE
Washington, DC 20002

> **Re:    Notice of Withdrawal and Settlement**
> **Delonte Davis, DOB 8/18/90**

Attention Hearing Coordinator,

Please withdraw the hearing scheduled to be heard on **Thursday, April 7, 2005 at 3:00 pm** for the above referenced student. Parties have reached an agreement in this matter.

I appreciate your cooperation in this matter. Should you have any questions or concerns, please contact me at (202) 742-2016.

Sincerely,

Marshall Lammers, Esq.

cc:    Rhondalyn D. Primes, Esq., DCPS Attorney Advisor

◊ "Practice is limited solely to matters before the District of Columbia Public Schools' Office of Student Hearings under the District of Columbia Court of Appeals Rule 49(c)(5)."

```
*********************
***    TX REPORT    ***
*********************


TRANSMISSION OK

TX/RX NO                    4042
CONNECTION TEL                          94425556
CONNECTION ID
ST. TIME                    04/07 14:23
USAGE T                     00'43
PGS. SENT                     5
RESULT                      OK
```

# James E. Brown & Associates, PLLC
### *A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill*◊Δ
Brenda McAllister*◊Δ
Roberta Gambale
Miguel A. Hull
Christopher L. West◆◊

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

e-mail: Admin@Jeblaw.biz

Juan J. Fernandez!
Tilman L. Gerald
Roxanne D. Neloms
John A. Straus
Dolores S. McKnight
Marshall Lammers*◊

* Admitted in Maryland Only
◆ Admitted in New York Only

! Admitted in Bolivia Only
Δ Member of the DC Federal Bar

# *FAX COVER SHEET*

TO:    Student Hearing Office

FROM:  Marshall M. Lammers, Esq,

DATE:  April 7, 2005

FAX NO: 202-442-5556

SUBJECT:  Notice of Withdrawal and Settlement

NUMBER OF PAGES INCLUDING COVER SHEET: 5

COMMENTS: Notice of Withdrawal and Settlement for Delonte Davis DOB 8/18/90

```
*********************
***    TX REPORT    ***
*********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 1559 |
| CONNECTION TEL | 94425098 |
| SUBADDRESS | |
| CONNECTION ID | OFF.OF GENERAL C |
| ST. TIME | 04/07 14:26 |
| USAGE T | 00'46 |
| PGS. SENT | 5 |
| RESULT | OK |

# James E. Brown & Associates, PLLC
### A Professional Limited Liability Company

| | | |
|---|---|---|
| James E. Brown | **Attorneys at Law** | Juan J. Fernandez! |
| Domiento C.R. Hill*◊△ | 1220 L Street, NW | Tilman L. Gerald |
| Brenda McAllister*◊△ | Suite 700 | Roxanne D. Neloms |
| Roberta Gambale | Washington, DC 20005 | John A. Straus |
| Miguel A. Hull | Telephone: (202) 742-2000 | Dolores S. McKnight |
| Christopher L. West◆◊ | Facsimile: (202) 742-2098 | Marshall Lammers*◊ |

\* Admitted in Maryland Only       e-mail: Admin@Jeblaw.biz       ! Admitted in Bolivia Only
◆ Admitted in New York Only                                          △ Member of the DC Federal Bar

# *FAX COVER SHEET*

TO:    Rhondalyn D. Primes

FROM:  Marshall M. Lammers, Esq,

DATE:  April 7, 2005

FAX NO: 202-442-5098

SUBJECT:  Notice of Withdrawal and Settlement

NUMBER OF PAGES INCLUDING COVER SHEET: 5

COMMENTS:  Notice of Withdrawal and Settlement for Delonte Davis DOB 8/18/90



Office of the General Counsel
9th Floor
825 North Capitol St., NE
Washington, DC 20002
(202) 442-5000
Fax (202) 442-5098

# **FACSIMILE**

|  |  |  |  |
|---|---|---|---|
| | | **Date:** | 04-07-05 |
| **TO:** | Marshall Lammers<br>Attorney at Law | **Fax No.:** | 202/72-2098 |
| **RE:** | Delonte Davis<br>Settlement Agreement | **Tele. No.:** | |
| **FROM:** | Rhondalyn Primes, Esq.<br>Attorney Advisor | **Tele. No.:** | 202-442-5161 |

**No. Pages, Including Cover Sheet:** _4_

**COMMENTS:**    Due to the fact that you are not licensed in DC my proposed settlement agreement names your colleague, Roxanne Neloms. If you agree with the terms have her sign and fax back to me. Let me know if I should replace Roxanne for another of your colleagues. Thanks for your assistance in this matter.

---

### **_CONFIDENTIALITY NOTICE_**

_The information contained in this telefacsimile has been transmitted by an attorney. It is privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If this communication has been received in error, please notify us immediately by telephone, and return the original message to us at the above address via first class prepaid US postage. Thank you._