# Exhibit No. 16

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez! |
| Domiento C.R. Hill*◊∆ | 1220 L Street, NW | Tilman L. Gerald |
| Brenda McAllister*◊∆ | Suite 700 | Roxanne D. Neloms |
| Roberta Gambale | Washington, DC 20005 | John A. Straus |
| Miguel A. Hull | Telephone: (202) 742-2000 | Dolores S. McKnight |
| Christopher L. West♦◊ | Facsimile: (202) 742-2098 | Marshall Lammers° |

\* Admitted in Maryland Only
♦ Admitted in New York Only

e-mail: Admin@Jeblaw.biz

! Admitted in Bolivia Only
∆ Member of the DC Federal Bar

April 28, 2005

**Via Facsimile Only**
Southeast Academy
645 Milwaukee Place, SE
Washington, DC 20032

Re:   *Social History Testing results for Delonte Davis, DOB 8/18/90*

Attention Special Education Coordinator, Ms. Anthony:

This letter to is request the status of the MDT meeting that DCPS is required to convene per a Settlement Agreement executed between DCPS and parent's counsel on April 7, 2005. That Settlement Agreement required an MDT meeting be convened in 20 days to make an eligibility decision for special education for Delonte, develop his IEP if eligible, determine placement and to develop a compensatory education plan if warranted. The deadline for this meeting was April 27, 2005. Obviously, that deadline has passed now and I have not received a meeting invitation or any communication regarding this meeting. Please contact me directly at 202-742-2016 to discuss this matter by the end of business Friday, April 29, 2005.

Sincerely,

Marshall M. Lammers, Esq.

cc:   Office of Mediation and Compliance
      Office of Special Education

05 2176

**FILED**

NOV - 4 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

◊ *"Practice is limited solely to matters before the D.C. Public Schools' Office of Student Hearings under D.C. Court of Appeals Rule 49(c)(5)."*
°*Admitted Only in Maryland and New Jersey; Supervision by James E. Brown, a member of the D.C. Bar.*

```
                    *********************
                    ***   TX REPORT   ***
                    *********************

TRANSMISSION OK

TX/RX NO              0200
CONNECTION TEL                        94425517
CONNECTION ID         DCPS SPECIAL EDU
ST. TIME              04/28 19:57
USAGE T               00'25
PGS. SENT             2
RESULT                OK
```

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez! |
| Domiento C.R. Hill*◊△ | 1220 L Street, NW | Tilman L. Gerald |
| Brenda McAllister*◊△ | Suite 700 | Roxanne D. Neloms |
| Roberta Gambale | Washington, DC 20005 | John A. Straus |
| Miguel A. Hull | Telephone: (202) 742-2000 | Dolores S. McKnight |
| Christopher L. West♦◊ | Facsimile: (202) 742-2098 | Marshall Lammers° |
| | | |
| * Admitted in Maryland Only | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only |
| ♦ Admitted in New York Only | | △ Member of the DC Federal Bar |

# FAX COVER SHEET

TO:     Office of Special Education

        ATTN: Monitor for Southeast Academy PCS

FROM: Marshall M. Lammers, Esq,

DATE: April 28, 2005

FAX NO: 202-442-5517/5518

SUBJECT: Request for Status of MDT meeting

NUMBER OF PAGES INCLUDING COVER SHEET: 2

COMMENTS: *Request for Status of MDT meeting for*
          *Student: Delonte Davis DOB 8/18/90*

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                0201
CONNECTION TEL                    94425517
CONNECTION ID           DCPS SPECIAL EDU
ST. TIME                04/28 19:58
USAGE T                 00'25
PGS. SENT               2
RESULT                  OK
```

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill*◊Δ<br>Brenda McAllister*◊Δ<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West♦◊ | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098 | Juan J. Fernandez!<br>Tilman L. Gerald<br>Roxanne D. Neloms<br>John A. Straus<br>Dolores S. McKnight<br>Marshall Lammers° |
| * Admitted in Maryland Only<br>♦ Admitted in New York Only | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only<br>Δ Member of the DC Federal Bar |

# FAX COVER SHEET

TO:     Office of Mediation and Compliance

        ATTN: Monitor for Southeast Academy PCS

FROM: Marshall M. Lammers, Esq.

DATE: April 28, 2005

FAX NO: 202-442-5517/5518

SUBJECT: Request for Status of MDT meeting

NUMBER OF PAGES INCLUDING COVER SHEET: 2

COMMENTS: *Request for Status of MDT meeting for
            Student: Delonte Davis DOB 8/18/90*

```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO                0202
CONNECTION TEL                              95620726
CONNECTION ID
ST. TIME                04/28 20:01
USAGE T                 00'44
PGS. SENT               2
RESULT                  OK
```

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Juan J. Fernandez! |
| Domiento C.R. Hill*◊Δ | 1220 L Street, NW | Tilman L. Gerald |
| Brenda McAllister*◊Δ | Suite 700 | Roxanne D. Neloms |
| Roberta Gambale | Washington, DC 20005 | John A. Straus |
| Miguel A. Hull | Telephone: (202) 742-2000 | Dolores S. McKnight |
| Christopher L. West◆◊ | Facsimile: (202) 742-2098 | Marshall Lammers° |

\* Admitted in Maryland Only
◆ Admitted in New York Only

e-mail: Admin@Jeblaw.biz

! Admitted in Bolivia Only
Δ Member of the DC Federal Bar

# FAX COVER SHEET

TO:     Southeast Academy PCS

    ATTN: Special Education Coordinator, Ms. Anthony

FROM: Marshall M. Lammers, Esq,

DATE: April 28, 2005

FAX NO: 202-562-0726 /0985

SUBJECT: Request for Status of MDT meeting

NUMBER OF PAGES INCLUDING COVER SHEET: 2

COMMENTS: *Request for Status of MDT meeting for
        Student: Delonte Davis DOB 8/18/90*