**Exhibit No. 19**

# STATE EDUCATION AGENCY
# DISTRICT OF COLUMBIA PUBLIC SCHOOLS

| | |
|---|---|
| In the Matter of: **Delonte Davis** ) <br> ) <br> Petitioner ) <br> ) <br> Vs. ) <br> **DCPS** ) <br> ) <br> Respondent ) | BEFORE A SPECIAL EDUCATION <br><br> HEARING OFFICER <br><br> DISTRICT OF COLUMBIA <br> PUBLIC SCHOOLS |

## SCHEDULING MEMORANDUM

1.  A due process complaint notice and request for due process hearing has been received by the Student Hearing Office in the State Enforcement & Investigation Division. Pursuant to 20 U.S.C. § 1415(f)(1)(B), prior to the opportunity for an impartial due process hearing, the Local Educational Agency shall convene a resolution meeting with the parent(s) and the relevant member or members of the IEP Team who have specific knowledge of the facts identified in the complaint <u>within 15 calendar days of receiving notice of the parents' complaint</u>. The meeting shall include a representative of the Local Educational Agency who has decision making authority. The Local Education Agency is responsible for scheduling the resolution meeting in consultation with the parent. <u>The Student Hearing Office does not schedule or participate in resolution meetings</u>.

2.  The complaint notice was filed on __7-13-05__.

3.  The deadline for the resolution meeting is __7-28-05__ unless the parent and Local Educational Agency agree in writing to waive such meeting, or agree to refer the case to a mediator for mediation.

### RESPONSE TO THE COMPLAINT

A.  *Prior Written Notice Not Issued by the Local Educational Agency*. If the Local Educational Agency has not sent a prior written notice to the parent regarding the subject matter contained in the parent's due process complaint notice, the Local Educational Agency shall, <u>within 10 days of receiving the complaint</u>, send to the parent a response that shall include:

    1.  An explanation why the Local Educational Agency proposed or refused to take action raised in the complaint;
    2.  A description of other options that the IEP Team considered and the reasons why those options were rejected;
    3.  A description of each evaluation procedure, assessment, record, or report the agency used as the basis for the proposed or refused action, and
    4.  A description of the factors that are relevant to the agency's proposal or refusal.

05 2176

**FILED**

NOV - 4 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Rev'd. 7/6/05

    B.    Prior written notice, if not already provided to the parent, must be sent by the Local Educational Agency to the complaining party no later than __7-23-05__.

    C.    *__Deficiency Notice__.* A complaint notice shall be deemed sufficient unless the party receiving the notice notifies the Student Hearing Office and the complaining party in writing, __within 15 days of receiving the notice of the complaint__, that the complaint does not satisfy the notice requirements specified in 20 U.S.C. 1415(b)(7)(A).

    D.    The deadline for filing a deficiency notice is __7-28-05__.

## DUE PROCESS HEARING

Pursuant to 20 U.S.C. § 1415(f)(1)(B)(ii) if the Local Educational Agency has not resolved the complaint to the satisfaction of the parents within 30 days of the receipt of the complaint, the due process hearing may occur, and all applicable time lines for scheduling a due process hearing will commence. A final hearing officer's decision must be issued within 45 days from the expiration of the 30-day resolution period.

## QUESTIONS AND INFORMATION

The staff with the Student Hearing Office does not provide legal advice. The parties should consult with legal counsel or other representative to answer any legal questions about your rights, duties, and responsibilities under the law. Information about the time, date, and location of the resolution meeting will be provided by the school or the Local Education Agency responsible for scheduling the meeting.

Rev'd. 7/6/05

*State Education Agency for the District of Columbia*
*State Enforcement and Investigation Division (SEID)*
*Special Education Programs*



# *Due Process Complaint Notice*

- The form is used to give notice of a complaint to the District of Columbia Public Schools, District of Columbia Public Charter Schools (DCPS or LEA) and/or parents with respect to any matter relating to the identification, evaluation, or educational placement of a child with a disability, or the provision of a free appropriate public education to that child. <u>A party may not have a due process hearing until the party, or the attorney representing the party, files a notice that meets the requirements of the Individuals with Disabilities Education Improvement Act (IDEIA).</u>

- The complaint must describe an alleged violation that occurred not more than two (2) years before the date that the parent or school system knew or should have known about the alleged action that is the basis of the complaint.

- Notice must be provided to the Student Hearing Office of the District of Columbia Public Schools, 825 North Capitol Street, NE, 8th Floor, Washington, DC 20002; fax number 202/442-5556.

- <u>Unless the other party agrees, the party requesting the due process hearing shall not be allowed to raise issues at the due process hearing that are not raised in this Due Process Complaint Notice.</u> Therefore, please be thorough in providing the information requested.

- Prior to the opportunity for an impartial due process hearing, the Local Educational Agency (LEA) shall convene a meeting (**called a "Resolution Session"**) with the parent(s) unless the parent(s) and the Local Educational Agency agree in writing to waive this meeting. You will be contacted by a representative of the Local Educational Agency to schedule the meeting. **The Student Hearing Office does NOT schedule resolution meetings.**

- Mediation is also available to all parties as an alternative to a resolution meeting or a Due Process Hearing.

**A.   INFORMATION ABOUT THE STUDENT:**

Student Name: _____    Birth Date: _____

Address: _____

Present School of Attendance: _____

   Is this a charter school? _____    (If yes, you must also provide a copy of this notice to the charter school principal or director)

Parent/Guardian of the Student: _____

Address (if different from the student's above): _____

Phone/Contact Number: _____    Fax Number (if applicable): _____

1

SEID DPCN Rev'd. 6/14/05

**B.  Individual Making the Complaint/Request for Due Process Hearing:**

Name: _____

Complete Address: _____

_____

Phone: (h) _____ (w) _____ (Fax) _____ (e-mail) _____

Relationship to the Student:

☐   Parent             ☐   Legal Guardian           ☐   Parent Surrogate

☐   Self/Student       ☐   Local Education Agency (LEA)

**C.  Legal Representative/Attorney (if applicable):**

Name: _____

Address: _____

_____

Phone: (w) _____ (Fax) _____ (e-mail) _____

Will attorney / legal representative attend the resolution session?   ☐ Yes   ☐ No

**D.  Complaint Made Against (check all that apply):**

☐ DCPS school (name of the school if different from page one) _____
☐ Charter school (name of the charter school if different from page one) _____
☐ Non-public school or residential treatment facility (name) _____
☐ Parent

**E.  Resolution Session Meeting Between Parent and LEA:**

I understand that it is my right to have a resolution meeting to resolve this complaint. I also understand that I may voluntarily waive this right if I choose. (Note: All parties must agree to waive the resolution meeting to avoid having this meeting.)

☐ I wish to waive the Resolution Session Meeting

**F.  Mediation Process:**

IDEIA requires that any time a party requests a due process hearing, mediation should be offered at no cost to the parent. Both parties can request mediation as an alternative to the Resolution Session Meeting or as an alternative to a Due Process Hearing. Please check all that apply:

☐   I am requesting mediation as an alternative to the resolution session meeting.
☐   I am requesting mediation and a due process hearing.
☐   I am requesting mediation **only** at this time.

2

SEID DPCN Rev'd. 6/14/05

G. **Facts and Reasons for the Complaint:**

In accordance with the Individuals with Disabilities Education Improvement Act (IDEIA), please complete the following questions (attach additional pages if needed):

1. What is the nature of the problem, including the facts relating to the problem, that will need to be addressed at a Resolution Session meeting, a Mediation Conference, and/or a Due Process Hearing?

2. To the extent known to you at this time, how can this problem be resolved?

H. **Accommodations and Assistance Needed:**

Please list any special accommodations you may require for a Resolution Session Meeting/Mediation Conference/Due Process Hearing.

- Interpreter (please specify the type)_____
- Special Communication (please describe the type)_____
- Special Accommodations for Disability (please be specific)_____
- Other_____

I. **Waiver of Procedural Safeguards:**

☐ I (parent/guardian) waive receiving a copy of the procedural safeguards at this time.

J. **Signature and Affirmation:**

I affirm that the information provided on this form is true and correct.

_____      _____
Signature of Applicant or Complaining Party        Date


_____      _____
Legal Representative (if applicable)               Date

Mail, fax or deliver this complaint notice to:
State Enforcement and Investigation Division
For Special Education Programs (SEID)
Student Hearing Office (SHO)
825 North Capitol Street, NE, 8th Floor
Washington, DC 20002
Fax number: 202/442-5556

3

SEID DPCN Rev'd: 6/14/05

*State Education Agency for the District of Columbia*
*State Enforcement and Investigation Division (SEID)*
*Special Education Programs*



# Due Process Complaint Disposition

- This form should be used by the parties to notify the Student Hearing Office about important information concerning the outcome of the resolution meeting.
- Please return to the Student Hearing Office of the District of Columbia Public Schools, 825 North Capitol Street, NE, 8th Floor, Washington, DC 20002, Fax number 202/442-5556.

**A. STUDENT AND CASE INFORMATION:**

Student Name: _____   Birth Date: _____
                First            MI            Last

SHO Case Number: _____ (if applicable)

**B. PARENT / GUARDIAN:**

Name: _____
        First                                                           Last

Complete Address: _____

_____

_____

Phone: _____  _____  _____
        Home              Work or alternative phone no.    Fax No. if applicable

**C. LOCAL EDUCATION AGENCY REPRESENTATIVE:**

Full Name _____   Title _____

Address _____

_____

_____

Phone: _____  _____
        Office              Fax

1

SEID DRN Rev'd. 6/14/05

_____   The complaint has been resolved and the parties have reached agreement to the satisfaction of the parent / guardian. The due process complaint notice and the request for a due process hearing should be dismissed and withdrawn. The parties are aware that the agreement may be voided by any party within 3 business days of the date the agreement is signed. The parties have agreed to wait at least 3 business days before filing this form with the Student Hearing Office.

_____   The resolution session was unsuccessful. The case should proceed to a due process hearing.

_____   The resolution session was unsuccessful. The parties have agreed to try mediation.

_____   The parties mutually agree to waive the resolution session and request mediation and the assignment of a mediator to this case.

_____   The parties mutually agree to waive the resolution session and request that this case proceed to a due process hearing on the merits.

_____   The parent has failed to participate in a resolution meeting as required under the law. A due process hearing should not be scheduled until further notice

**J.   Signature and Affirmation:**

I affirm that the information provided on this form is true and correct. I also affirm my receipt of the Procedural Safeguards Manual or I have waived my right to receive the Procedural Safeguards Manual.

_____            _____
Signature of Parent/Guardian                                              Date

_____            _____
Local Educational Agency Representative                          Date

Mail, fax or deliver this form to:
State Enforcement and Investigation Division
For Special Education Programs (SEID)
Student Hearing Office (SHO)
825 North Capitol Street, NE, 8th Floor
Washington, DC 20002
Fax number: 202/442-5556

2

SEID DRN Rev'd 6/14/05

**Complaint Intake Unit**
825 North Capitol Street, NE – 8th Floor
Washington, D.C. 20002

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
State Enforcement & Investigation Division
for Special Education Programs

# Fax

| Name: Marshall M. Lammers, Esq | Pages: 8 |
| Fax Number: 202·742·2098 | Date: 7·13·05 |
| Telephone No: 202·742·2000 | |

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

• Comments: Re: DeJonte Davis

The document(s) accompanying this telecopy transmission contains confidential information that is legally privileged. The information is intended only for use of the individual or entity named Above, if you are not the intended recipient you are hereby notified that any disclosure, copying, Distribution or the taking of any action in reliance of the contents of this copied information is Strictly prohibited. If you receive this telecopy in error, please immediately notify us by telephone For return of the original document to us.