# Exhibit No. 20

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**OFFICE OF ACADEMIC SERVICES**

## RESOLUTION MEETING CONFIRMATION
### (RMC)

__ PUBLIC      _x_ DPCS CHARTER      __ LEA CHARTER      __ NONPUBLIC      __ PRIVATE/RELIGIOUS

**Delonte Davis**
Student

**10-18-90**
DOB

**South East Academy**
School

Dear **Ms. Christine Davis**:
Parent/Guardian

Pursuant to the Individuals With Disabilities Education Improvement Act of 2004 § 615 (f)(1)(B), this is a confirmation of your meeting to discuss your pending due process complaint and the facts that support it. The goal of the resolution meeting is to discuss the complaint and provide an opportunity for DCPS to resolve it. The IDEA 2004 provides that prior to an impartial due process hearing a resolution meeting must be held within 15 (fifteen) days of your filing your complaint. The resolution meeting must include the local education agency, DCPS and the parent of the child.

Therefore, your participation is required by IDEA 2004 and essential in an attempt to resolve your concerns. The District of Columbia Public Schools hopes that you will make every effort to attend this meeting. As previously stated, the resolution meeting is required prior to a due process hearing. Please be advised that failure to attend this meeting may result in a waiver of your right to a due process hearing.

The date, time and place of the meeting are printed below.

**July 27, 2005**
Date

**11:30 AM**
Time

**DCPS – Union Square**
**825 North Capitol Street, N.E.**
**Sixth Floor**
**Washington, D.C. 20002**
Location

**Elizabeth DeZiel**
Sent By

05 2176

FILED

NOV - 4 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RMC Letter of Confirmation to the Parent
7-14-05

```
*************************
***    TX REPORT      ***
*************************

TRANSMISSION OK

TX/RX NO              2908
CONNECTION TEL              92027422098
SUBADDRESS
CONNECTION ID         Brown & Associat
ST. TIME              07/20 01:58
USAGE T               00'24
PGS. SENT             2
RESULT                OK
```

825 North Capitol St, NE
6th floor
Washington, DC 20002
Phone: 202-442-4800 (x5511)
Fax: 202-442-5524



# Fax

| | | | |
|---|---|---|---|
| **To:** Roberta Gambale, Esq. | | **From:** Elizabeth DeZiel | |
| **Fax:** 202-742-2098 | | **Date:** July 20, 2005 | |
| **Phone:** 202-742-2000 | | **Pages:** 1 (+ cover) | |
| **Re:** Defonte Davis | | **CC:** | |

☐ Urgent    X For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

•Comments: