# Exhibit No. 22

## DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## WASHINGTON, D.C.

\_ PUBLIC  \_x\_DPCS CHARTER  \_ LEA CHARTER  \_ NONPUBLIC  \_ PRIVATE/RELIGIOUS

## RESOLUTION MEETING NOTES

Meeting Confirmation Date: 7-19-05          Meeting Held: 7-27-05

Student: Delonte Davis     DOB: 10-18-90    School: South East Academy

| PARTICIPANTS: (Print Name) | PARTICIPANTS (Sign Name) | POSITION |
|---|---|---|
| Delonte Davis | Delonte D— | Student |
| Christine Davis | Christine Davis | Parent |
| Shavon Settinbrock / Cheron Sutton-Brock | Ch. Sutton-Brock | Advocate |
| Marshall Lamers | | Counsel admitted in NJ+PA supervised by Alberto |
| Dwight Thomas | | DCPS Program Specialist |
| Elizabeth DeZiel | Elizabeth DeZiel | Resolution Specialist |
| Kathy Rodi | Katherine G. Rodi | Attorney-Advisor |

\_\_\_\_ Resolved          X Unresolved

The Resolution Session began with introductions. The parent was offered the Procedural Safeguards Manual; she took it and signed for the copy. The LEA stated the intention of the Resolution Session. The LEA asked the parent to state what the issue and concerns are from her viewpoint. Attorney whispered in parent's ear and seemed to be delaying process. The LEA asked that we move forward and stated we are willing to resolve this issue today. The parent asked if the session was to remain confidential. The LEA cannot agree to that given this is to be a conversation; we are not at trial or in mediation. Attorney asked that the parent be allowed to ask questions before moving forward. Attorney, advocate, parent and student stepped out in hall. The LEA asked again if we are in agreement the student will attend Seeds of Tomorrow. Once the student has completed the 70 hours of comp ed. The LEA will reimburse up to and not to exceed $2100. The 70 hours of comp ed to be rendered as 60 educational, 5 S/L, and 5 counseling. The LEA agrees to reimburse based on DCPS Sup Directive 530-6 cost guidelines.

The LEA asked if there was anything else. The parent asked about attorney fees. The LEA stated this cannot be discussed at a Resolution Session. The LEA is not given any authority under the law to discuss attorney fees. The LEA asked again if there was anything else. The parent asked again about fees. The LEA counsel stepped in for clarification. The parent stated those are her only issue right now.

RESOLUTION MEETING NOTES          Page \_\_1\_\_          July 11, 2005

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

\_\_ PUBLIC     \_x\_ DPCS CHARTER     \_\_ LEA CHARTER     \_\_ NONPUBLIC     \_\_ PRIVATE/RELIGIOUS

## RESOLUTION MEETING NOTES

Meeting Confirmation Date: 7-19-05        Meeting Held: 7-27-05

Student: Delonte Davis     DOB: 10-18-90     School: South East Academy

The LEA asked the parent if she feels the issues in the complaint have been resolved. The parent responded, she is unable to discuss the issue. The LEA laid it on the table stating we would like to see this case resolved so student can get on with his education. The LEA stated it sounded as though the parent did not want to see case resolved. The parent stated that is not true. The LEA stated again we can resolve this today. The LEA reminded the parent that complaints can be filed by the parent without an attorney. The forms are located on the 8th floor. The LEA is clearly offering 70 hours of comp ed – exactly what the parent is asking for. If this is not resolved today it will go to hearing within 45 days and school will have started. Then comp ed would have to be done with DCPS tutor at the home during school year. The LEA stated, if the parent can agree today to resolve issue than student can start tomorrow at Seeds of Tomorrow. The attorney stated that parent would like to withdraw her complaint stating the LEA is weighing on the parent. The attorney continued to whisper in parent's ear. The parent stated, she needed to leave to get to work. The LEA asked the parent if she does not want her son to start tomorrow. The parent stated she is okay with what the LEA is offering, although she is concerned about her attorney and the work he put in. She is also concerned she will be stuck with all the fees. The Resolution Session ended based on the parent's request.

**State Education Agency for the District of Columbia**
**State Enforcement and Investigation Division (SEID)**
**Special Education Programs**



# Due Process Complaint Disposition

- This form should be used by the parties to notify the Student Hearing Office about important information concerning the outcome of the resolution meeting.
- Please return to the Student Hearing Office of the District of Columbia Public Schools, 825 North Capitol Street, NE, 8th Floor, Washington, DC 20002, Fax number 202/442-5556.

## A. STUDENT AND CASE INFORMATION:

Student Name: Delonte Davis
 First  MI  Last
Birth Date: 10-18-90

SHO Case Number: _____ (if applicable)

## B. PARENT / GUARDIAN:

Name: Christine Davis
 First  Last

Complete Address: 2701 Langston Place, SE Washington, DC 20020

Phone: 202-248-7541
 Home   Work or alternative phone no.   Fax No. if applicable

## C. LOCAL EDUCATION AGENCY REPRESENTATIVE:

Full Name: Elizabeth DeZiel   Title: Resolution Specialist

Address: 825 North Capitol Street, NE Washington, DC 20002

Phone: 202-442-5511   202-442-5524
 Office   Fax

1

SEID DRN Rev'd. 6/14/05

___    The complaint has been resolved and the parties have reached agreement to the satisfaction of the parent / guardian. The due process complaint notice and the request for a due process hearing should be dismissed and withdrawn. The parties are aware that the agreement may be voided by any party within 3 business days of the date the agreement is signed. The parties have agreed to wait at least 3 business days before filing this form with the Student Hearing Office.

_X_    The resolution session was unsuccessful. The case should proceed to a due process hearing.

___    The resolution session was unsuccessful. The parties have agreed to try mediation.

___    The parties mutually agree to waive the resolution session and request mediation and the assignment of a mediator to this case.

___    The parties mutually agree to waive the resolution session and request that this case proceed to a due process hearing on the merits.

___    The parent has failed to participate in a resolution meeting as required under the law. A due process hearing should not be scheduled until further notice

## J. Signature and Affirmation:

I affirm that the information provided on this form is true and correct. I also affirm my receipt of the Procedural Safeguards Manual or I have waived my right to receive the Procedural Safeguards Manual.

_____    _____
Signature of Parent/Guardian    Date

*Elizabeth Dezel*    7·27·05
Local Educational Agency Representative    Date

Mail, fax or deliver this form to:
State Enforcement and Investigation Division
For Special Education Programs (SEID)
Student Hearing Office (SHO)
825 North Capitol Street, NE, 8th Floor
Washington, DC 20002
Fax number: 202/442-5556

2

SEID DRN Rev'd. 6/14/05

Resolution Meeting - Delonte Davis
Notes by: Katherine Rodi, Esq.
   Attorney-Advisor, DCPS
   July 27, 2005

- Procedural rights given to parent
- Questions about notes
   - Elizabeth explained why she was taking notes
- Dwight Thomas:
   - 70 hours of comp ed
   - DCPS will not reimburse
   - can resolve → slowing things by counsel
- ED reminded that it was a meeting for parent
- Agree -
   - can attend ~~summercamp~~ SEEDS of Tomorrow for summer
   - under superintendent's guideline
   - 70 hours - spec inst, S/L, counseling
   - DC will reimburse up to $2100 on supt directive 530.6 for services to be rendered.
- Conversation about attorney's fee →
- mother requested → meeting end
- mother was alright w/ it
   - doesn't have money

   — K Rodi

## DCPS IDEA Complaint-Resolution Process
## Telephone Contact Log

**Student: Delonte Davis**  **DOB: 10-18-90**

| Date(s) | Person Contacted & Telephone No. | Outcome(s) of Contact |
|---|---|---|
| 7-14-05 | Christine Davis – Parent 202-248-7541 | Not able to leave message |
| 7-14-05 | Office at South East Academy | Outgoing message stated school no longer open |
| 7-14-05 | Chartering Board | Confirmed the license for the school had been revoked. The last day of operation was 6-30-05. Chartering Board was able to give me emergency contact info for student. |
| 7-14-05 | Lendia Johnson – emergency contact 202-678-8872 | No answer |
| 7-18-05 | SETS and SES for Charters | Worked to determine where the student was placed after doors closed on Charter |
| 7-19-05 | Lendia Johnson – emergency contact 202-678-8872 | Spoke to someone at number and was given a different number to reach parent |
| 7-19-05 | Christine Davis – Parent 202-678-5666 | Reached a minor and was told Christine was on the way home. I explained I would try back later. |
| 7-19-05 | Christine Davis – Parent 202-678-5666 | Called back late afternoon and reached parent. I explained resolution process and confirmed a date and time |
|  |  |  |
|  |  |  |
|  |  |  |

DCPS  June 16, 2005

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**OFFICE OF ACADEMIC SERVICES**

**RESOLUTION MEETING CONFIRMATION**
**(RMC)**

__ PUBLIC     _x_ DPCS CHARTER     __ LEA CHARTER     __ NONPUBLIC     __ PRIVATE/RELIGIOUS

<u>Delonte Davis</u>
Student

<u>10-18-90</u>
DOB

<u>South East Academy</u>
School

Dear <u>Ms. Christine Davis</u>:
    Parent/Guardian

Pursuant to the Individuals With Disabilities Education Improvement Act of 2004 § 615 (f)(1)(B), this is a confirmation of your meeting to discuss your pending due process complaint and the facts that support it. The goal of the resolution meeting is to discuss the complaint and provide an opportunity for DCPS to resolve it. The IDEA 2004 provides that prior to an impartial due process hearing a resolution meeting must be held within 15 (fifteen) days of your filing your complaint. The resolution meeting must include the local education agency, DCPS and the parent of the child.

Therefore, your participation is required by IDEA 2004 and essential in an attempt to resolve your concerns. The District of Columbia Public Schools hopes that you will make every effort to attend this meeting. As previously stated, the resolution meeting is required prior to a due process hearing. Please be advised that failure to attend this meeting may result in a waiver of your right to a due process hearing.

The date, time and place of the meeting are printed below.

<u>July 27, 2005</u>
    Date

<u>11:30 AM</u>
    Time

DCPS – Union Square
825 North Capitol Street, N.E.
Sixth Floor
<u>Washington, D.C. 20002</u>
    Location

<u>Elizabeth DeZiel</u>
    Sent By

RMC Letter of Confirmation to the Parent
7-14-05

```
*************************
***   TX REPORT       ***
*************************

TRANSMISSION OK

TX/RX NO              2908
CONNECTION TEL              92027422098
SUBADDRESS
CONNECTION ID         Brown & Associat
ST. TIME              07/20 01:58
USAGE T               00'24
PGS. SENT             2
RESULT                OK
```

825 North Capitol St, NE
6th floor
Washington, DC 20002
Phone: 202-442-4800 (x5511)
Fax: 202-442-5524



# Fax

| To: | Roberta Gambale, Esq. | From: | Elizabeth DeZiel |
|---|---|---|---|
| Fax: | 202-742-2098 | Date: | July 20, 2005 |
| Phone: | 202-742-2000 | Pages: | 1 (+ cover) |
| Re: | Delonte Davis | CC: | |

☐ Urgent    X For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

•Comments:

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**OFFICE OF ACADEMIC SERVICES**

**RESOLUTION MEETING CONFIRMATION**
**(RMC)**

__ PUBLIC      _x_ DPCS CHARTER      __ LEA CHARTER      __ NONPUBLIC      __ PRIVATE/RELIGIOUS

<u>**Delonte Davis**</u>
Student

<u>**10-18-90**</u>
DOB

<u>**South East Academy**</u>
School

*Courtesy Copy*

Dear <u>**Ms. Christine Davis:**</u>
         Parent/Guardian

Pursuant to the Individuals With Disabilities Education Improvement Act of 2004 § 615 (f)(1)(B), this is a confirmation of your meeting to discuss your pending due process complaint and the facts that support it. The goal of the resolution meeting is to discuss the complaint and provide an opportunity for DCPS to resolve it. The IDEA 2004 provides that prior to an impartial due process hearing a resolution meeting must be held within 15 (fifteen) days of your filing your complaint. The resolution meeting must include the local education agency, DCPS and the parent of the child.

Therefore, your participation is required by IDEA 2004 and essential in an attempt to resolve your concerns. The District of Columbia Public Schools hopes that you will make every effort to attend this meeting. As previously stated, the resolution meeting is required prior to a due process hearing. Please be advised that failure to attend this meeting may result in a waiver of your right to a due process hearing.

The date, time and place of the meeting are printed below.

<u>**July 27, 2005**</u>
Date

<u>**11:30 AM**</u>
Time

**DCPS – Union Square**
**825 North Capitol Street, N.E.**
**Sixth Floor**
<u>**Washington, D.C. 20002**</u>
         Location

<u>**Elizabeth DeZiel**</u>
         Sent By

RMC Letter of Confirmation to the Parent
7-14-05

STATE EDUCATION AGENCY
SPECIAL EDUCATION
DISTRICT OF COLUMBIA PUBLIC SCHOOLS AND CHARTER SCHOOLS
825 North Capitol Street, N.E.
Washington, D.C. 20002-4232

Caring for Our Students with Disabilities
A Procedural Manual for Parents

RECEIPT

I, _Christine Davis_____, received a copy of *A Procedural*
　(Parent/Guardian Name)

*Manual for Parents* from _Elizabeth DeZiel_____ /Title _Resolution Specialist_
　　　　　　　　　　(Person Issuing Document)

at _DCPS 825 N. Capitol_____.
　　　(School)

_7_ / _27_ / _05_ .
　　(Date)

_Christine Davis_ (signature)
Parent/Guardian Signature

(This receipt is to remain in a designated file in the school.)