# Exhibit No. 25

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill*◊<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098 | Juan J. Fernandez!<br>Tilman L. Gerald<br>Roxanne D. Neloms<br>John A. Straus<br>Delores Scott McKnight<br>Marshall Lammers° |
| * Admitted in Maryland Only | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only<br>Δ Member of the DC Federal Bar |

July 28, 2005

**Via Facsimile Only**
District of Columbia Public Schools
Hearing Coordinator
825 North Capitol Street, NE
Washington, DC 20002

Re: Notice of No Resolution for student Delonte Davis DOB 10/18/90

Attention Hearing Coordinator,

This letter is to notify you that the parent in this case has met with DCPS in a resolution meeting as required pursuant to IDEIA Section 615(f)(1)(B). At this meeting no resolution was reached between the parent and DCPS. At this time the parent, through counsel, requests that a Due Process Hearing be scheduled in order to receive a determination on the matter.

I appreciate your cooperation in this matter. Should you have any questions or concerns, please contact me at (202) 742-2016.

Sincerely,

Roberta Gambale, Esq.

**FILED**
NOV - 4 2005     05 2176

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

◊ Of Counsel. Practicing pursuant to Rule 49 (c)(6) of the D.C. Court of Appeals.

° Admitted Only in Maryland and New Jersey; Supervision by Roberta Gambale and James E. Brown, members of the D.C. Bar. Rule 49(c)(8).

**STATE EDUCATION AGENCY FOR THE DISTRICT OF COLUMBIA**
**STATE ENFORCEMENT AND INVESTIGATION DIVISION (SEID)**
**SPECIAL EDUCATION PROGRAMS**

| | |
|---|---|
| Christine Davis on behalf of <br> Delonte Davis, a minor <br> 2701 Langston Pl, SE <br> Washington, DC 20020 <br><br> Attending School: South East Academy PCS <br> Home School: Hine JHS <br><br> v. <br><br> District of Columbia Public Schools ("DCPS") <br> 825 North Capitol, Street, NE <br> Washington, DC 20002 | **Request for a Hearing Date** |

**COMES NOW,** Christine Davis, (hereinafter "complainant"), by and through her attorneys, the Law Offices of James E. Brown & Associates, PLLC (hereinafter "counsel"), and requests that hearing date be scheduled in the above referenced matter pursuant to the timelines set forth in the IDEIA.

The complaint was filed on or about July 12th, 2005.

A Resolution Session was scheduled for July 27th, 2005 but resolution did not occur.

Roberta L. Gambale, Esq.
James E. Brown & Associates, PLLC
1220 L Street, NW Suite 700
Washington, DC 20005
202-742-2021
Counsel for the Complainant

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              4348
CONNECTION TEL                        94425556
CONNECTION ID
ST. TIME              07/28 16:29
USAGE T               00'25
PGS. SENT             3
RESULT                OK
```

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill*◊<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098 | Juan J. Fernandez!<br>Tilman L. Gerald<br>Roxanne D. Neloms<br>John A. Straus<br>Delores Scott McKnight<br>Marshall Lammers° |
| * Admitted in Maryland Only | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only<br>Δ Member of the DC Federal Bar |

# FAX COVER SHEET

TO:     Office of Student Hearings

        ATTN: Sharon Newsome

FROM: Marshall M. Lammers, Esq.

DATE: June 28, 2005

FAX NO: 202-442-5556

SUBJECT: Request for Hearing Date

NUMBER OF PAGES INCLUDING COVER SHEET: 3

COMMENTS: *Request for Hearing Date for*
          *Student: Delonte Davis DOB 10/18/90*