# Exhibit No. 26

# JAMES E. BROWN & ASSOCIATES, PLLC

### *A Professional Limited Liability Company*

| James E. Brown | Attorneys at Law | Tilman L. Gerald |
|---|---|---|
| Domiento C.R. Hill ◊ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Delores Scott McKnight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers° |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |
| ------------------------- | e-mail: Admin@Jeblaw.biz | ------------------------- |
| | | ! Admitted in Bolivia Only |

August 17, 2005

**Via Facsimile Only**

District of Columbia Public Schools
Hearing Coordinator
825 North Capitol Street, NE
Washington, DC 20002

Re:    **Second hearing date for student Delonte Davis DOB 10/18/90**

Attention Hearing Coordinator,

This letter is to notify you that the parent in this case has met with DCPS in a resolution meeting as required pursuant to IDEIA Section 615(f)(1)(B). At this meeting no resolution was reached between the parent and DCPS. *Thirty days have now passed since the filing of the complaint*, and the matter is not resolved to the parent's satisfaction. At this time the parent, through counsel, requests again that a Due Process Hearing be scheduled in order to receive a determination on the matter.

I appreciate your cooperation in this matter. Should you have any questions or concerns, please contact me at (202) 742-2016.

Sincerely,

Roberta Gambale, Esq.

**FILED**

NOV – 4 2005

05 2176

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

◊ Admitted Only in Maryland. Practicing Pursuant to Rule 49(c)(8); Supervision by Roxanne Neloms and Christopher West, Members of the D.C. Bar.
° Admitted Only in Maryland and New Jersey. Practicing Pursuant to Rule (c)(8); Supervision by James E. Brown and Roberta Gambale, Members of the D.C. Bar.

**STATE EDUCATION AGENCY FOR THE DISTRICT OF COLUMBIA**
**STATE ENFORCEMENT AND INVESTIGATION DIVISION (SEID)**
**SPECIAL EDUCATION PROGRAMS**

| | |
|---|---|
| Christine Davis on behalf of )<br>Delonte Davis, a minor )<br>2701 Langston Pl, SE )<br>Washington, DC 20020 )<br>)<br>Attending School:   South East Academy PCS )<br>Home School:   Hine JHS )<br>)<br>v.   )<br>)<br>District of Columbia Public Schools ("DCPS") )<br>825 North Capitol, Street, NE )<br>Washington, DC 20002 )<br>)<br>) | **Request for a Hearing Date** |

**COMES NOW**, Christine Davis, (hereinafter "complainant"), by and through her attorneys, the Law Offices of James E. Brown & Associates, PLLC (hereinafter "counsel"), and requests that hearing date be scheduled in the above referenced matter pursuant to the timelines set forth in the IDEIA.

The complaint was filed on or about July 12th, 2005.

A Resolution Session was held on July 27th, 2005 but resolution did not occur.

The complaint has not been resolved to the parent's satisfaction within thirty (30) days of the filing of the complaint.

Roberta L. Gambale, Esq.
James E. Brown & Associates, PLLC
1220 L Street, NW Suite 700
Washington, DC 20005
202-742-2021
Counsel for the Complainant

```
**********************
***   TX REPORT   ***
**********************

TRANSMISSION OK

TX/RX NO              0351
CONNECTION TEL                   94425556
CONNECTION ID
ST. TIME             08/18 10:44
USAGE T              00'49
PGS. SENT               7
RESULT               OK
```

# James E. Brown & Associates, PLLC
## *A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill °
Roberta Gambale
Miguel A. Hull
Christopher L. West
Juan J. Fernandez!

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

e-mail: Admin@Jeblaw.biz

Tilman L. Gerald
Roxanne D. Neloms
John A. Straus
Dolores S. McKnigh
Marshall Lammers*

! Admitted in Bolivia Only

# *FAX COVER SHEET*

TO: Office of Student Hearings

Attn: Sheila Hall; with copies for:

Kelly Evans Executive Director
State Enforcement and Investigations Division for Special Education; and

Hearing Officer David Smith, Student Hearing Office

FROM: Marshall Lammers, Esq.

DATE:  August 17, 2005

FAX NO: 202-442-5556

SUBJECT: Request for Hearing Date

NUMBER OF PAGES INCLUDING COVER SHEET: 7

COMMENTS: Request for Hearing Date for D.D. DOB 10/18/90