**Exhibit No. 27**

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*
| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill ◊<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West<br>Juan J. Fernandez! | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098<br><br>e-mail: Admin@Jeblaw.biz | Tilman L. Gerald<br>Roxanne D. Neloms<br>John A. Straus<br>Dolores S. McKnight<br>Marshall Lammers*<br><br>! Admitted in Bolivia Only |

September 7, 2005

**Via Facsimile and/or Hand Delivery**
Student Hearing Office
District of Columbia Public Schools
825 North Capitol Street, NE,
Washington, DC 20002

Attention: Ms. Newsome and Hearing Officer:

This letter is to inform the student hearing office and the attorney advisor that Delonte Davis, DOB: 10/18/90, who has a hearing on September 14, 2005 at 3pm, has now been registered at the M.M. Washington Career Senior High School. This enrollment took place after the Complaint was filed, and after a resolution meeting was held by DCPS on July 27, 2005. His home school remains the same.

Sincerely,

Marshall Lammers

Cc: Rhondalyn Primes, Esq., DCPS Attorney Advisor

FILED
NOV - 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT
05 2176

◊ *Admitted Only in Maryland. Practicing Pursuant to Rule 49(c)(8); Supervision by Roxanne Neloms and Christopher West, Members of the D.C. Bar.*
\* *Admitted Only in Maryland and New Jersey. Practicing Pursuant to Rule (c)(8); Supervision by James E. Brown and Roberta Gambale, Members of the D.C. Bar.*

```
*********************
***  TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              1226
CONNECTION TEL                        94425097
CONNECTION ID
ST. TIME              09/07 11:32
USAGE T               00'20
PGS. SENT             2
RESULT                OK
```

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill ◊ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Dolores S. McKnight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers* |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |

e-mail: Admin@Jeblaw.biz

! Admitted in Bolivia Only

# FAX COVER SHEET

TO:     Office of General Counsel, DCPS

        Attn: Rhondalyn Primes

FROM:   Marshall M. Lammers

DATE:   September 7, 2005

FAX NO: 202-442-5098/5097

SUBJECT: Update to Student's Attending School

NUMBER OF PAGES INCLUDING COVER SHEET: 2

COMMENTS: *Update to Delonte Davis DOB: 10/18/90*

09/07/2005 11:31 FAX 202 742 2098   Brown & Associates   ☑001

```
          *********************
          ***   TX REPORT   ***
          *********************

     TRANSMISSION OK

     TX/RX NO              1224
     CONNECTION TEL                        94425556
     CONNECTION ID
     ST. TIME              09/07 11:30
     USAGE T               00'19
     PGS. SENT             2
     RESULT                OK
```

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill ○ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Dolores S. McKnigh |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers* |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |

e-mail: Admin@Jeblaw.biz

! Admitted in Bolivia Only

# FAX COVER SHEET

TO: Office of Student Hearings, DCPS

Attn: Sharon Newsome

FROM: Marshall M. Lammers

DATE: September 7, 2005

FAX NO: 202-442-5556

SUBJECT: Update to Student's Attending School

NUMBER OF PAGES INCLUDING COVER SHEET: 2

COMMENTS: *Update to Delonte Davis DOB: 10/18/90*