# Exhibit No. 28

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown<br>Domiento C.R. Hill*◊Δ<br>Brenda McAllister*◊Δ<br>Roberta Gambale<br>Miguel A. Hull<br>Christopher L. West♦◊ | Attorneys at Law<br>1220 L Street, NW<br>Suite 700<br>Washington, DC 20005<br>Telephone: (202) 742-2000<br>Facsimile: (202) 742-2098 | Juan J. Fernandez!<br>Tilman L. Gerald<br>Roxanne D. Neloms<br>John A. Straus<br>Dolores S. McKnight<br>Marshall Lammers° |
| * Admitted in Maryland Only<br>♦ Admitted in New York Only | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only<br>Δ Member of the DC Federal Bar |

September 7, 2005

**VIA Hand Delivery**
Rhondalyn Primes, Attorney Advisor
District of Columbia Public Schools
825 North Capitol Street, NE, 9th Floor
Washington, DC 20002

    Re:  Five-Day Disclosure for Delonte Davis / DOB: 10/18/90
          Student at M.M. Washington Career Senior High School

Dear Ms. Primes:

For the upcoming hearing scheduled for Wednesday, September 14, 2005 at 9:00 a.m. or any subsequent hearing regarding this student and pursuant to 34 C.F.R. 300.509 (a)(3); Assistance to States for the Education of Children with Disabilities, 70 Fed. Reg. 35782, 35872 (June 21, 2005) (to be codified at 34 C.F.R. pt. 300); and D.C. MUN. REGS. tit. 5, § 3031.2 (2003), and in addition to any documents and witnesses that the District of Columbia Public Schools ("DCPS") may disclose, the parent may rely on the following documents and witnesses:

### Witnesses[a]

1. Delonte Davis, student;
2. Christine Davis, mother or designee;
3. Marshall Lammers, James E. Brown & Associates, PLLC, or designee;
4. Cheron Sutton-Brock, Educational Advocate, James Brown & Associates, PLLC, or designee; and
5. Claudia Martinez, Legal Assistant, James Brown & Associates, PLLC, or designee.

### Documents

DD-01 Letter to Student Hearing Office from M. Lammers 9/7/05;
DD-02 Due Process Hearing Request 7/12/05;
DD-03 Scheduling Memorandum 7/13/05;
DD-04 Petitioner's Motion 7/22/05;
DD-05 Letter to Hearing Coordinator at SHO in request of hearing date 8/17/05;
DD-06 Letter to Hearing Coordinator at SHO in notice of no resolution meeting 7/28/05;

**FILED**
NOV - 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

[a] **Witnesses may testify via telephone**
◊ Admitted Only in Maryland. Practicing Pursuant to Rule 49(c)(8); Supervision by Roxanne Neloms and Christopher West, Members of the D.C. Bar.
* Admitted Only in Maryland and New Jersey. Practicing Pursuant to Rule (c)(8); Supervision by James E. Brown and Roberta Gambale, Members of the D.C. Bar

05 2176

Disclosures for Delonte Davis
Page 2

    DD-07 Memorandum from C. Sutton-Brock to M. Lammers 6/2/05;
    DD-08 IEP with MDT meeting notes 5/27/05;
    DD-09 Psychoeducational Evaluation 1/7/05;
    DD-10 Speech and Language Evaluation 12/28/04;
    DD-11 Social Work Evaluation Report 1/25/05;
    DD-12 Report Cards; and
    DD-13 Report Cards SY 2002-2003

    Parent reserves the right to rely on any documents presented by DCPS that the parent deems relevant in this case.

    Parent will object to the testimony of any expert witnesses if a curriculum vitae and/or résumé is not provided with the DCPS' 5-day disclosure.

    Additionally, parent reserves the right to introduce any and all witnesses and/or documents for the purpose of impeachment and rebuttal.

    If you should have any questions or wish to discuss any aspect of this case before the hearing, please contact me at (202) 742-2016.

    Please note that Marshall Lammers, Delores Scott McKnight or Roberta Gambale may serve as the attorney of record for the hearing.

                                                       Sincerely,

                                                  Marshall Lammers, Esq.

                                                  Roberta Gambale, Esq.

Attachments
cc:   Sharon Newsome, Hearing Coordinator