# Exhibit No. 29



**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS**

**Office of the Superintendent**
Office of the General Counsel
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002-4232
202-442-5000   Fax: 202-442-5098
www.k12.dc.us

September 7, 2005

James Brown & Associates, PLLC
Attn: Roberta Gambale
1220 L. Street, NW, Suite 700
Washington, D.C. 20005

AMENDED
**DISCLOSURE STATEMENT**

**VIA FACSIMILE 202/742-2098**

**Subject: Due Process Hearing for Delonte Davis
DOB:    10/18/90
Attending School: Southeast Academy Public Charter School
Home School:**

Dear Ms. Gambale:

At the upcoming due process hearing in the above-referenced matter, scheduled for Wednesday, September 14, 2005, at 9:00 a.m., and pursuant to 34 C.F.R. 300.509(a)(3), in addition to any documents and witnesses disclosed by the parent, DCPS may rely upon any of the following witnesses/documents[1]:

### Witnesses

Marylee Phelps, Interim Chief, Special Education Reform, DCPS or designee(s)
Dwight Thomas, or his designee(s), Placement Specialist, DCPS
Kathi Rodi, or her designee(s), OGC

### Documents

| | |
|---|---|
| DCPS 01 | Resolution Meeting Notes, July 27, 2005 |
| DCPS 02 | Compensatory Education Plan, dated May 27, 2005 |
| DCPS 03 | IEP Meeting Notes, dated May 27, 2005 |
| DCPS 04 | IEP, dated May 27, 2005 |

DCPS reserves the right to amend this disclosure as documents become available.

---
[1] Witnesses may testify by telephone.

**FILED**
NOV - 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 2176

DCPS Office of the General Counsel
Page 2

DCPS reserves the right to object to expert testimony by any person whose curriculum vita has not been disclosed to DCPS at least five (5) business days prior to the hearing for this student.

DCPS reserves the right to examine any witnesses called or identified as a potential witness by the representative of the student as though the witness was called by DCPS.

DCPS reserves the right to rely upon and/or use any documents/witnesses presented and/or disclosed by the parent that DCPS deems relevant in this case. Also, DCPS reserves the right to call rebuttal witnesses in its case.

If you wish to discuss any aspect of this case further, or have questions, please contact me at (202) 442-5161.

Sincerely,

Rhondalyn Primes
Attorney Advisor

cc: Student Hearing Office