# Exhibit No. 30

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
OFFICE OF MANAGEMENT SERVICES
CONFIDENTIAL

| | |
|---|---|
| In the Matter of ) | IMPARTIAL |
| ) | DUE PROCESS HEARING |
| Delonte Davis ) | |
| Date of Birth: 10/18/90 ) | |
| ) Hearing Date – 9/14/05 | |
| ) at 9:00 a.m. | |
| ) Held at: 825 North Capitol Street, NE | |
| ) Eighth Floor | |
| ) Washington, DC 20002 | |

To:   Due Process Hearing Officer
      825 North Capitol Street, NE, 8th Floor
      Washington, DC 20002

## MOTION TO DISMISS

Petitioner, District of Columbia Public Schools, ("DCPS") by and through its attorneys, the Office of the General Counsel, files this Motion to Dismiss this action, and in support states as follows:

1. On July 12, 2005, the Parent's attorney, Roberta Gambale, of James E. Brown & Associates filed a hearing request on behalf of parent, Christine Davis.

2. This hearing request identifies Delonte Davis' ("Delonte") present school of attendance as Southeast Academy of Scholastic Excellence ("SEASE"). Andre's home school is not identified. The hearing request is attached as DCPS Exhibit 1.

3. SEASE was a public charter school in Washington, DC whose charter was revoked on June 30, 2005. The last day of classes at SEASE was June 24, 2005.

4. Section 615(b)(7)(A)(2) provides:

    procedures that require either party, or the attorney
    representing a party, to provide due process complaint

**FILED**
NOV - 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 2176

> notice to the other party, in the complaint filed under paragraph (6), and forward a copy of such notice to the state educational agency, and (i) that shall include—(1) the name of the child, the address of the child (or available information in the case of the homeless child), and the **name of the school the child is attending**

*Individuals with Disabilities Education Improvement Act of 2004, Pub. L. No. 108-446, Sec. 1010, § 615(b)(7)(A)(2)(2004).*

5. In this matter, Parent's counsel has failed to name Delonte's present school of attendance, as SEASE no longer exists.

6. The hearing request fails to inform DCPS of Delonte's present school of attendance. This is critical because Parent's counsel is alleging allegations and seeks relief against a school that Delonte no longer attends.

WHEREFORE, DCPS respectfully requests that the hearing request in this matter be dismissed pursuant to *Individuals with Disabilities Education Improvement Act of 2004, Pub. L. No. 108-446, Sec. 1010, § 615(b)(7)(A)(2)(2004).*

Respectfully submitted,

*[signature]*

Rhondalyn Primes, DCPS
Attorney-Advisor

2