# Exhibit No. 33

# District of Columbia Public Schools
## *Office of Compliance*
## STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
FAX: (202) 442-5556



## *FACSIMILE SHEET*

Date: 9/9/05

TO: R. Gamsale

FROM: STUDENT HEARING OFFICE

RE: Delonte Davis / HOD

TOTAL NUMBER OF PAGES, INCLUDING COVER:

COMMENTS:

**CONFIDENTIALITY NTOICE:** The information accompanying this facsimile is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the content of this telecopied information is strictly prohibited.

**FILED**

NOV - 4 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 2176

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## STATE ENFORCEMENT & INVESTIGATONS DIVISION

David R. Smith, Due Process Hearing Officer
825 North Capital Street, 8th Floor, N.E.
Washington, DC 20002
(202) 442-5432 (phone); (202) 442-5556(fax)

| | |
|---|---|
| In the Matter of ) | IMPARTIAL DUE PROCESS |
| ) | |
| Delonte Davis ) | |
| Date of Birth: October 18, 1990 ) | |
| Petitioner, ) | HEARING OFFICER'S DECISION |
| ) | |
| ) | Respondent's Motion to Dismiss |
| ) | |
| v. ) | |
| ) | |
| ) | |
| District of Columbia Public Schools ) | |
| 825 North Capitol Street, NW ) | |
| Washington, DC 20002 ) | |
| ("DCPS" or "District") ) | |
| ) | Complaint Notice Filing Date: |
| Respondent. ) | July 12, 2005 |

## PETITIONER'S MOTION FOR A DEFAULT JUDGMENT AGAINST RESPONDENT

Counsel for Petitioner:

Roberta Gambale, Esq.
1220 L Street, NW
Suite 700
Washington, D.C. 20005

Counsel for DCPS:

Rhondalyn Primes, Esq.
Office of the General Counsel
District of Columbia Public Schools,
9th Floor
825 North Capitol Street, NW
Washington, DC 20002

1

**SUMMARY:**

1. This matter comes before the undersigned Hearing Officer in accordance with the Individuals With Disabilities Education Improvement Act of 2004, 20 U.S.C. 1400 *et seq.* ("IDEIA").

2. Respondent filed a Motion to Dismiss this matter on September 7, 2005. In the Motion, Respondents contends that the matter should be dismissed because Petitioner has failed to identify the student's present school of attendance. Based on the Motion, the allegations of a denial of FAPE pertained to the Southeast Academy of Scholastic Excellence, a Public Charter School, that Respondent contends is no longer in existence.

**ORDER:**

Petitioner shall submit a response to the Motion to the Student Hearing Office and Respondent within 20 days of the issuance of this Order.

Date: 9-8-05

Issued: 9/9/05

David R. Smith, Esq.
Impartial Hearing Officer

2