# Exhibit No. 34

```
***********************
***   TX REPORT   ***
***********************


TRANSMISSION OK

TX/RX NO              1471
CONNECTION TEL                    94425556
CONNECTION ID
ST. TIME              09/12 09:05
USAGE T               02'28
PGS. SENT             19
RESULT                OK
```

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

James E. Brown
Domiento C.R. Hill ◊
Roberta Gambale
Miguel A. Hull
Christopher L. West
Juan J. Fernandez!

Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098

e-mail: Admin@Jeblaw.biz

Tilman L. Gerald
Roxanne D. Neloms
John A. Straus
Dolores S. McKnigh
Marshall Lammers*

! Admitted in Bolivia Only

# FAX COVER SHEET

TO:    Office of Student Hearings

    Attn: Hearing Officer Smith

FROM: Marshall Lammers.

DATE:  September 12, 2005

FAX NO: 202-442-5556

**FILED**

NOV - 4 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 2176

SUBJECT:  Copy of Response to Respondent's Motion to Dismiss, Motion to Strike Resolution Meeting Notes, and HOD issued on 9/9/05

NUMBER OF PAGES INCLUDING COVER SHEET:

COMMENTS: This fax is to supply you with a copy of the Response and Motion filed on September 8, 2005. The attached Response is required by your HOD, issued on 9/9/05.