# Exhibit No. 35

# James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| | | |
|---|---|---|
| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill ◊ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Dolores S. McKnight |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers° |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |
| | e-mail: Admin@Jeblaw.biz | ! Admitted in Bolivia Only |

September 15, 2005

**Via Facsimile Only**

Ms. Sharon Newsome, Hearing Coordinator
Student Hearing Office
District of Columbia Public Schools
825 North Capitol Street, NE, 8th Floor
Washington, DC 20002

> Re: **Request for a copy of the tape recording of the Administrative Due Process Hearing that took place on September 14, 2005 at 9:00 am before Hearing Officer Banks regarding Delonte Davis, DOB: 8/18/90**

Dear Ms. Newsome:

Please accept this letter as official notice that the parent, by and through counsel, pursuant to 34 C.F.R. Sec. 300.509(a)(4) of the Individuals with Disabilities Education Act and Individuals with Disabilities Education Improvement Act of 2004, Pub. L. No. 108-446, Sec. 101, § 615(h)(3), as well as the applicable rules and regulations of the District of Columbia Public School's Board of Education, hereby requests **a copy of the audio record** and *a written transcript* of the record from the administrative due process hearing referenced above. The matter was before Hearing Officer Ms. Banks.

Please notify my office as soon the Audio Copy of the Hearing Record is available so that I can have it picked up from your office.

Please *also* notify me when you have the written transcript prepared and it is available so that I can have it picked up from your office.

FILED
NOV - 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

◊ *Admitted Only in Maryland. Practicing Pursuant to Rule 49(c)(8); Supervision by Roxanne Neloms and Christopher West, Members of the D.C. Bar.*
° *Admitted Only in Maryland and New Jersey. Practicing Pursuant to Rule (c)(8); Supervision by James E. Brown and Roberta Gambale, Members of the D.C. Bar.*

You can contact me at 202-742-2016. As always, I look forward to working with you and the rest of your staff at the District of Columbia Public Schools in ensuring that this student is provided a Free and Appropriate Public Education under the law.

Sincerely,

Roberta Gambale, Esq.

```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO              1664
CONNECTION TEL                    94425556
CONNECTION ID
ST. TIME              09/15 10:36
USAGE T               00'24
PGS. SENT             3
RESULT                OK
```

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| James E. Brown | Attorneys at Law | Tilman L. Gerald |
| Domiento C.R. Hill ◊ | 1220 L Street, NW | Roxanne D. Neloms |
| Roberta Gambale | Suite 700 | John A. Straus |
| Miguel A. Hull | Washington, DC 20005 | Dolores S. McKnigh |
| Christopher L. West | Telephone: (202) 742-2000 | Marshall Lammers° |
| Juan J. Fernandez! | Facsimile: (202) 742-2098 | |

e-mail: Admin@Jeblaw.biz

! Admitted in Bolivia Only

# FAX COVER SHEET

TO: Office of Student Hearings

    Attn: Sharon Newsome

FROM: Marshall Lammers for Roberta Gambale

DATE: September 15, 2005

FAX NO: 202-442-5556

SUBJECT: Audio Record AND Transcript Request for D.D., 8/18/90

NUMBER OF PAGES INCLUDING COVER SHEET:

COMMENTS: *Audio Record AND Transcript Request for D.D., 8/18/90, hearing date September 14, 2005 at 9:00am.*