# Exhibit No. 36