UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHRISTINE DAVIS,<br>Parent and next friend of D.D.,[1] a minor,<br><br>    Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-2176 (PLF)<br>)<br>)<br>)<br>)<br>) |

## JOINT MEET AND CONFER STATEMENT

Pursuant to LCvR 16.3, the parties respectfully submit the foregoing:

1. This case can be decided by dispositive motion.

2. The parties do not anticipate the need for joining parties or amending the pleadings. At this time, the parties do not believe that the factual and legal issues can be agreed upon or narrowed.

3. The parties do not believe that this matter should be assigned to a magistrate judge.

4. The parties will discuss settlement, but do not believe that it is possible at this time.

5. Defendants do not believe that ADR will be beneficial in this case. Plaintiff is open to the possibility of ADR.

6. This case can be decided by dispositive motion. The parties propose the following schedule:

---

[1] The minor will be referred to as D.D., pursuant to LCvR 5.4(f)(2).

    a. Defendants will file the Administrative Record, including the transcript from the administrative hearing, no later than Friday, February 24, 2006.

    b. Plaintiff will file its Motion for Summary Judgment no later than 45 days from the date of filing of the administrative record.

    c. Defendants will file their Cross-Motion for Summary Judgment and their Opposition no later than 45 days from the date of filing of Plaintiff's Motion for Summary Judgment.

    d. Plaintiff will file its Opposition and Reply no later than 30 days from the date of the filing of Defendants' Cross-Motion for Summary Judgment and Opposition.

    e. Defendants will file their Reply no later than 30 days from the filing of Plaintiff's Opposition and Reply.

7. The parties do not believe that there is a need for disclosures under Fed. R. Civ. Pro. 26(a)(1).

8. At this time, the parties do not believe that discovery will be necessary.

9. The parties do not believe that there will be a need for expert witnesses.

10. The instant case is not a class action.

11. There is no need to bifurcate discovery or trial.

12. There is no need for a pretrial conference at this time.

13. At this point, there is no need to set a trial date.

14. The parties do not believe there are any other matters to consider at this time, except that the parties are currently discussing Claim III of the Complaint, regarding the availability of the transcript.

Respectfully submitted,

| | |
|---|---|
| ROBERT J. SPAGNOLETTI<br>Attorney General of the District of Columbia<br><br>GEORGE C. VALENTINE<br>Deputy Attorney General<br>Civil Litigation Division<br><br>**/s/ Edward P. Taptich**<br>EDWARD P. TAPTICH [#012914]<br>Chief, Equity Section 2<br><br>**/s/ Eden I. Miller**<br>EDEN I. MILLER [#483802]<br>Assistant Attorney General<br>441 Fourth Street, N.W., Sixth Floor South<br>Washington, D.C. 20001<br><br>Counsel for Defendants | **/s/ Tilman Gerald**<br>D.C. Bar No. 928796<br>James E. Brown & Associates, PLLC<br>1220 L Street, NW, Suite 700<br>Washington, DC 20005<br><br>Counsel for Plaintiff |