UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTINE DAVIS,<br>Parent and next friend of D.D., a minor,<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.,*<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-2176 (PLF)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of the January 13, 2006, Joint Meet and Confer Statement and representations made in court by counsel at the Initial Scheduling Conference, it is hereby

**ORDERED** that this case shall proceed with the following deadlines:

a. Defendants will file the Administrative Record, including the transcript from the administrative hearing, no later than Friday, February 24, 2006;

b. Plaintiff will file its Motion for Summary Judgment no later than 45 days from the date of filing of the administrative record;

c. Defendants will file their Cross-Motion for Summary Judgment and their Opposition no later than 45 days from the date of filing of Plaintiff's Motion for Summary Judgment;

d. Plaintiff will file its Opposition and Reply no later than 30 days from the date of the filing of Defendants' Cross-Motion for Summary Judgment and Opposition; and

  e. Defendants will file their Reply no later than 30 days from the filing of Plaintiff's Opposition and Reply.

 It is **FURTHER ORDERED** that:

Deadlines may be continued only by leave of the Court.

_____     _____
Date              Paul L. Friedman
                United States District Court Judge

2