# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTINE DAVIS, <br> Parent and next friend of D.D., a minor, <br><br> Plaintiff, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-2176 (PLF) |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD

Attached is an index of the administrative record in this proceeding. The record documents themselves (with a copy of this Notice and the attached index) are in paper form and are being maintained in the case file in the Clerk's Office. These documents will be available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

Consistent with LCvR 5.4(f), Defendants have redacted personal information about the minor D.D.[1] Copies of both the redacted and unredacted versions of these documents are being served on counsel for the Plaintiff, by U.S. mail, simultaneous with the filing of the redacted record with the Clerk.

                                                                  Respectfully submitted,

                                                                   ROBERT J. SPAGNOLETTI
                                                                   Attorney General of the District of Columbia

                                                                  GEORGE C. VALENTINE
                                                                   Deputy Attorney General
                                                                   Civil Litigation Division

---

[1] Defendants have redacted the minor's name, date of birth, and Social Security Number. As an added precaution, Defendants have also redacted the minor's street address and home phone number.

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH [#012914]
Chief, Equity Section 2

**/s/ Eden I. Miller**
EDEN I. MILLER [#483802]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
February 24, 2006          Washington, D.C. 20001