<u>Davis v. District of Columbia</u>
Civil Action No. 05-2176 (PLF)

# INDEX OF RECORD

**Description**      **Page**

- Certification of Record

- Hearing Officer's Decision ("HOD"), issued 10/6/05     1

- Hearing Attendance Sheet     8

- HOD on Respondent's Motion to Dismiss, issued 9/9/05     9

- District of Columbia Public Schools ("DCPS") Amended Disclosure Statement, dated 9/7/05     11

- DCPS Motion to Dismiss and Disclosure Statement, with Exhibits, dated 9/7/05     14

    - DCPS Exhibit 1, Resolution Meeting Notes, dated 7/27/05     18

    - DCPS Exhibit 2, Compensatory Education Plan, dated 5/27/05     29

    - DCPS Exhibit 3, Individualized Educational Program ("IEP") Meeting Notes, dated 5/27/05     31

    - DCPS Exhibit 4, IEP, dated 5/27/05     35

- Letter to DCPS Student Hearing Office ("SHO"), stating that D.D. was enrolled at M.M. Washington Career Senior High School     48

- Student's Disclosure Statement with Exhibits     50

    - DD Exhibit 1, Letter to SHO from M. Lammers, dated 9/7/05     52

    - DD Exhibit 2, Student's Due Process Complaint, dated 7/12/05     56

    - DD Exhibit 3, Scheduling Memorandum, dated 7/13/05     63

    - DD Exhibit 4, Petitioner's Motion and Response, dated 7/22/05, and DCPS' Response to Due Process Complaint     72

    - DD Exhibit 5, Student's Second Request for Hearing, dated 8/17/05     82

<u>Davis v. District of Columbia</u>
Civil Action No. 05-2176 (PLF)

- - DD Exhibit 6, Student's Notice of No Resolution and Request for Hearing, dated 7/28/05 — 86
  - DD Exhibit 7, Settlement Agreement, dated 4/7/05 Also, includes Notice of Withdrawal and Settlement, dated 4/7/05 — 90
  - DD Exhibit 8, Internal Memorandum from C. Sutton-Brock to M. Lammers, regarding IEP and Meeting Notes, dated 6/2/05 — 98
  - DD Exhibit 9, IEP with Meeting Notes, dated 5/27/05 — 101
  - DD Exhibit 10, Psychoeducational Evaluation Report, dated 1/7/05 — 123
  - DD Exhibit 11, Speech and Language Evaluation Report, dated 1/6/05 — 131
  - DD Exhibit 12, Social Work Evaluation Report, dated 1/25/05 — 136
  - DD Exhibit 13, Report Cards — 141
  - DD Exhibit 14, Report Cards for SY 2002-2003 — 144
- Student's Second Request for Hearing, dated 8/17/05 — 148
- Student's Notice of No Resolution and Request for Hearing, dated 7/28/05 — 155
- Petitioner's Motion for a Finding Against DCPS Verdict, and Response to Respondent's Response, dated 7/22/05 — 158
- DCPS' Response to Due Process Complaint Notice, dated 7/25/05 — 166
- Complaint Intake Unit Checklist and Fax Receipts — 170
- DCPS Scheduling Memorandum — 173
- Facsimile Copy of Student Hearing Notice — 175
- Student's Due Process Complaint, filed by fax 7/12/05 — 176
- Transcript of Hearing, dated 9/14/05 — 182 *et seq.*