IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHRISTINE DAVIS**<br>**By his parent and next friend**<br>**D.D., A MINOR**<br>**Plaintiff**<br><br>v.<br><br>**DISTRICT OF COLUMBIA, <u>et al.</u>**<br>**Defendants** | **Civil Action No.**<br>**1:05CV02176 PLF** |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

  **COMES NOW**, the Plaintiff, by and through counsel, Tilman L. Gerald, Esquire and James E. Brown & Associates, PLLC and pursuant to Local Rule 7.1 and Rule 56 of the Federal Rules of Civil Procedure, respectfully moves this Honorable Court for entry of summary judgment against the Defendants, jointly and severally, for the reasons that are more specifically set forth in the attached Memorandum of Points and Authorities filed contemporaneously herewith and incorporated herein by reference as though set forth in its entirety.

  Wherefore, these premises considered, Plaintiff respectfully prays that this Honorable Court grant her motion and provide, if this Honorable Court deems it necessary, an opportunity to present oral argument.

Respectfully submitted


_____/s/_____
Tilman L. Gerald
Unified Bar No. 928796
James E. Brown & Associates, PLLC
1220 L Street, N. W., Suite 700
Washington, D.C. 20005

*Attorney for Plaintiff*
**Christine Davis**