UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHRISTINE DAVIS,<br>Parent and next friend of D.D.,[1] a minor,<br><br>    Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.,*<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No. 05-2176 (PLF)/(DAR)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE
THEIR CROSS-MOTION FOR SUMMARY JUDGMENT AND THEIR
OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

    Pursuant to Fed. R. Civ. Pro 6(b)(1), Defendants respectfully request an enlargement of time to file their Cross-Motion for Summary Judgment and their Opposition to Plaintiff's Motion for Summary Judgment from May 25, 2006, to and including June 13, 2006.

    Defendants seek this enlargement because of unexpected, pressing matters in the undersigned counsel's cases, including a preliminary injunction motion. Defendants are unaware of any harm or prejudice to Plaintiff that a granting of this enlargement would cause.[2]

    Pursuant to LCvR 7(m), on May 11 and May 15, 2006, the undersigned counsel called Plaintiff's counsel to inquire if he would consent to this enlargement. As of the

---

[1] The minor will be referred to as D.D., pursuant to LCvR 5.4(f)(2).
[2] Defendants note that, as indicated by the relief sought by Plaintiff, this case is primarily about attorneys' fees and costs—it is not a case in which Plaintiff alleges an on-going denial of educational services. As such, there would be no harm to the Plaintiff by this brief enlargement.

time of filing, the undersigned counsel has not heard back from him and so assumes that he does not consent to this enlargement request.

## **MEMORANDUM OF POINTS AND AUTHORITIES**

1. Rule 6(b)(1), Federal Rules of Civil Procedure; and

2. The inherent powers of the Court.

                Respectfully submitted,

                ROBERT J. SPAGNOLETTI
                Attorney General of the District of Columbia

                GEORGE C. VALENTINE
                Deputy Attorney General
                Civil Litigation Division

                **/s/ Edward P. Taptich**
                EDWARD P. TAPTICH [#012914]
                Chief, Equity Section 2

                **/s/ Eden I. Miller**
                EDEN I. MILLER [#483802]
                Assistant Attorney General
                441 Fourth Street, N.W., Sixth Floor South
                Washington, D.C. 20001
                (202) 724-6614
                (202) 727-3625 (fax)
May 15, 2006            Eden.Miller@dc.gov