UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTINE DAVIS, <br> Parent and next friend of D.D., a minor, <br><br> Plaintiff, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.,* <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-2176 (PLF)/(DAR) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

Upon consideration of Defendants' Motion for Enlargement of Time to File Their Cross-Summary Judgment Motion and Their Opposition to Plaintiff's Motion for Summary Judgment, any oppositions and replies thereto, and the record herein, it is hereby **ORDERED,** on this _____ day of May, 2006, that**:**

1. Defendants' Motion is **GRANTED**; and it is

2. **FURTHER ORDERED** that Defendants' time to file their Cross-Motion and their Response to Plaintiff's Motion is enlarged to and including Tuesday, January 13, 2006.

_____
DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE