# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CHRISTINE DAVIS, | ) | |
| Parent and next friend of D.D., a minor, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-2176 (PLF/DAR) |
| | ) | |
| DISTRICT OF COLUMBIA, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of Defendants' Motion for Summary Judgment and Plaintiff's Cross-Motion for Summary Judgment, the Oppositions and Replies thereto, and the record herein, it is, on this _____ of _____, 2006, hereby **ORDERED** that:

1. Defendants' Motion for Summary Judgment is **GRANTED**; and it is further **ORDERED** that

2. Plaintiff's Motion for Summary Judgment is **DENIED.**

_____
DEBORAH ROBINSON
UNITED STATES DISTRICT MAGISTRATE JUDGE