UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CHRISTINE DAVIS,** | : | |
| **Parent and next friend of D.D., a minor** | : | |
| | : | |
| Plaintiff | : | Civil Action No. 05-2176(PLF/DAR) |
| | : | |
| v. | : | |
| | : | |
| **DISTRICT OF COLUMBIA** | : | |
| | : | |
| Defendant | : | |
| | : | |

**PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND HER OPPOSITION TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

**COMES NOW**, the Plaintiff, by and through her counsel, Tilman L. Gerald and Roxanne D. Neloms, and James E. Brown and Associates P.L.L.C. hereby submits her Reply to the Defendant's Opposition to Plaintiff's Motion for Summary Judgment and her Opposition to Defendant's Motion for Summary Judgment for the reasons that are more specifically set forth in the attached Memorandum of Points and Authorities and filed contemporaneously herewith.

Respectfully Submitted,

/s/
Tilman L. Gerald [928796]
Roxanne D. Neloms[478157]
James E. Brown & Associates, PLLC
1220 L Street, N.W., Suite 700
Washington, D.C. 20005
(202)742-2000
(202)742-2098(fax)
***Attorneys for Plaintiffs***