UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CHRISTINE DAVIS,** | : | |
| **Parent and next friend of D.D., a minor** | : | |
| | : | |
| Plaintiff | : | Civil Action No. 05-2176(PLF/DAR) |
| | : | |
| v. | : | |
| | : | |
| **DISTRICT OF COLUMBIA** | : | |
| | : | |
| Defendant | : | |
| | : | |

**PLAINTIFF'S STATEMENT OF MATERIAL FACTS
IDENTIFIED BY THE DEFENDANT AS TO WHICH
THERE IS A GENUINE DISPUTE**

_____Following are the Plaintiff's responses to the Defendant's Statement of Material Facts as to Which There is No Genuine Dispute filed on June 13, 2006. Letters and numbers listed below correspond to those enumerated in the Defendant's Statement:

| **Defendant's Fact No.** | **Plaintiffs' Position** |
|---|---|
| 1-8 | Not disputed. |
| 9 | Disputed. The Defendant did not offer to immediately fund D.D. at Seeds of Tomorrow in satisfaction due process claims but rather stated that the "... LEA will reimburse up to and include $2,100..." A.R. 19. |
| 10-11 | Disputed. These are not material facts and in fact are characterizations of the Defendant. |
| 12-13 | Not disputed. |

1

| | |
|---|---|
| 14 | Disputed. This statement is not a material fact and only serves to demonstrate the rationale of the Defendant in trying to effect a chasm between Plaintiff and her counsel. |
| 15-16 | Disputed. These statements are not material, are self serving and demonstrate the calculated manner in which the Defendant attempts use Resolution Meetings to intimidate and otherwise to abridge the rights of the Plaintiff under IDEIA as the notes were taken and used against the expressed wishes of Plaintiff who requested that all discussions at that meeting remain confidential. |
| 17-21 | Not disputed. |
| 22 | The Hearing Officer accepted testimony but did not take any testimony regarding the substance of Plaintiffs' claims as were specifically set forth in the Due Process Complaint. The testimony was limited in scope to the what occurred at the Resolution meeting. |
| 23-36 | Not disputed. |
| 37-38 | Disputed. This statement is a characterization of the Defendant. At no time relevant hereto has the Defendant ever offered to fund D.D.'s placement at and transportation to Seeds of Tomorrow as Plaintiff requested in her Due Process Complaint. Defendant <u>only</u> offered to reimburse the Plaintiff after D.D. had completed the 70 hours of compensatory education that he was found to need. |

| | |
|---|---|
| 39-45 | Disputed. These statements are not material and were made by a purportedly impartial hearing officer to serve as the rationale for an obviously partial and erroneous ruling. |

Respectfully submitted,

_____/s/_____
Tilman L. Gerald [928796]
Roxanne Neloms [478157]
1220 L Street, N. W., Suite 700
Washington, D.C. 20005
202.742.2000
202.742.2098-facsimile

***ATTORNEYS FOR PLAINTIFFS***