UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHRISTINE DAVIS,<br>Parent and next friend of D.D.,[1] a minor,<br><br>    Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-2176 (PLF)/(DAR)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO REPLY TO
PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. Pro 6(b)(1), Defendants respectfully request an enlargement of time to reply to Plaintiff's Opposition to the Defendants' Motion for Summary Judgment, from July 24, 2006, to and including August 11, 2006.

When Defendants sought their enlargement of time to file their Summary Judgment Motion on May 15, 2006, they did not ask for an enlargement of time for the remaining deadlines. Thus, their Reply is due July 24, 2006, pursuant to the January 19, 2006, Scheduling Order. In that Order, the Court gave Defendants 30 days after the submission of Plaintiff's Opposition to file their Reply, as the parties agreed to in their January 13, 2006, Proposed Scheduling Order. Notably, Plaintiff utilized the agreed upon 30 days when she filed her Opposition and Reply on July 13, 2006, rather than the June 24, 2006, deadline initially specified in the January 19, Scheduling Order.

Defendants are unaware of any harm or prejudice to Plaintiff that a granting of this enlargement would cause.[2]

---

[1] The minor will be referred to as D.D., pursuant to LCvR 5.4(f)(2).

Pursuant to LCvR 7(m), on July 17, 2006, the undersigned counsel called Plaintiff's counsel to inquire if he would consent to this enlargement. As of the time of filing, the undersigned counsel has not heard back from him and so assumes that he does not consent to this enlargement request.

## MEMORANDUM OF POINTS AND AUTHORITIES

1. Rule 6(b)(1), Federal Rules of Civil Procedure; and
2. The inherent powers of the Court.

                                Respectfully submitted,

                                ROBERT J. SPAGNOLETTI
                                Attorney General of the District of Columbia

                                GEORGE C. VALENTINE
                                Deputy Attorney General
                                Civil Litigation Division

                                **/s/ Edward P. Taptich**
                                EDWARD P. TAPTICH [#012914]
                                Chief, Equity Section 2

                                **/s/ Eden I. Miller**
                                EDEN I. MILLER [#483802]
                                Assistant Attorney General
                                441 Fourth Street, N.W., Sixth Floor South
                                Washington, D.C. 20001
                                (202) 724-6614
                                (202) 727-3625 (fax)
July 20, 2006                    Eden.Miller@dc.gov

---

[2] Defendants note that, as indicated by the relief sought by Plaintiff, this case is primarily about attorneys' fees and costs—it is not a case in which Plaintiff alleges an on-going denial of educational services. As such, there would be no harm to the Plaintiff by this brief enlargement.