UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTINE DAVIS, <br> Parent and next friend of D.D., a minor, <br><br> Plaintiff, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-2176 (PLF)/(DAR) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

Upon consideration of Defendants' Motion for Enlargement of Time to File Their Reply to Plaintiff's Opposition to their Motion for Summary Judgment, any oppositions and replies thereto, and the record herein, it is hereby **ORDERED,** on this _____ day of July, 2006, that**:**

1. Defendants' Motion is **GRANTED**; and it is

2. **FURTHER ORDERED** that Defendants' time to file their Reply to Plaintiff's Opposition to Their Motion for Summary Judgment is enlarged to and including Friday, August 11, 2006.

_____
DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE