EXHIBIT
1

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CHRISTINE DAVIS,                                   :
Parent and next friend of D.D., a minor            :
                                                   :
    Plaintiff,                                     :
                                                   :        Civil Action No. 05–2170
DISTRICT OF COLUMBIA, et al.                       :        PLF/DAR
                                                   :
    Defendants.                                    :
_____           :

### AFFIDAVIT OF ROXANNE D. NELOMS

I, Roxanne D. Neloms, first being duly sworn under oath and deposes and states as follows:

1.     That I am admitted to the bar of the District of Columbia having been admitted in 2002.

2.     That I have practiced in the area of special education law since 2003 and have handled over 250 cases in that span of time.

3.     That from time to time I have taken continuing legal education courses in this area to stay abreast of new developments and cases in special education as well.

4.     That I am one of the attorneys of record during the course of this appeal and that my hourly charges for work I performed during that period, March of 2006 to November 2006, was Two Hundred and Thirty-Five Dollars ($235.00) per hour.

5.     That from September 2001 until September 2003, I was a law clerk for the Honorable Judge William P. Green for the Court of Appeals for Veteran Claims.

ROXANNE D. NELOMS

DATED: January 24, 2007

Subscribed and sworn before me this 24th day of January 2007.

_____
Notary Public

**Kelly Dau**
Notary Public, District of Columbia
My Commission Expires 1-1-2010