UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHRISTINE DAVIS, :
Parent and next friend of D.D., a minor :
:
Plaintiff, :
: Civil Action No. 05–2170
DISTRICT OF COLUMBIA, et al. : PLF/DAR
:
Defendants. :
_____:

### AFFIDAVIT OF DOMIENTO C.R. HILL

I, Domiento C.R. Hill, first being duly sworn under oath and deposes and states as follows:

1. That I am admitted to the bars of Maryland and the District of Columbia having been admitted in 2002 and 2006, respectively.

2. That I have practiced in the area of special education law since 2001 and have handled over 1,500 cases in that span of time.

3. That from time to time I have taken continuing legal education courses in this area to stay abreast of new developments and cases in special education as well.

4. That I am one of the attorneys working on the appeal in this matter and that my hourly charges for work I performed during that period, November of 2005, was Two Hundred and Thirty-Five Dollars ($235.00) per hour.

5. That from September of 1999 until February of 2001, I was employed by the law firms of Jordan Burt and Shulman Rogers, where I worked in complex class action class action litigation defense.

*[signature]*

DOMIENTO C.R. HILL

DATED: January 24, 2007

Subscribed and sworn before me this 24th day of January 2007.

_____ *[signature: Kelly Dau]*
Notary Public

Kelly Dau
Notary Public, District of Columbia
My Commission Expires 1-1-2010

2