UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTINE DAVIS,<br>Parent and next friend of D.D., a minor<br><br>Plaintiff<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*<br><br>Defendants | :<br>:<br>:<br>:<br>:  Civil Action No. 05-2170<br>:  PLF/DAR<br>:<br>:<br>:<br>:<br>: |

### DECLARATION OF JAMES E. BROWN

I, James E. Brown, Esquire, hereby declares and states as follows:

1. That I am the principal James E. Brown & Associates, PLLC and I submit this Declaration in support of the Motion for An Award of Attorney Fees and Costs incurred on behalf of the Plaintiff.

2. That Marshall M. Lammers, Esquire, graduated from the Washington College of Law, *cum laude*, in May 2004. (See copy of Mr. Lammers' curriculum vitae attached hereto as Exhibit 1).

3. He was admitted to the bars of the states of New Jersey and Maryland in 2004.

4. That prior to coming to work as an attorney in my office, Mr. Lammers was employed at the law offices of Pamela Meredith, where has was engaged in an administrative law practice..

5. That as an attorney in my office Mr. Lammers was responsible for representing clients in administrative due process hearings under the IDEA.

6.   That I am familiar with the prevailing market rates for legal services in the Washington, D.C. area. The rates charged by Mr. Lammers are the current market rates that would have been charged to paying clients and are well within the range of prevailing rates in the District of Columbia market for in special education and related legal matters.

8.   That the billing rate of Mr. Lammers was $195 per hour for work he performed on behalf of D.D. The hourly billing rate of $195 for an attorney with Mr. Lammers' experience and expertise is reasonable.

9.   That the time records, as reflected in the statement of services, represents the time that Mr. Lammers worked on this case in preparing it to be filed in the District Court..

10.  That the statement of services attached hereto as exhibit 2 contains a description of of the time that the attorneys in my office, Mr.Lammers, Ms.Neloms, Mr. Gerald and Mr. Hill, worked on this matter. I have reviewed the statement of services, and believe it is accurate and reasonable for the time billed. I believe that the said attorneys exercised reasonable and prudent billing judgment for the time he billed and in my judgment does not include any time for unrelated or unnecessary matters. I further believe that they endeavored to avoid any unnecessary duplication of work.

11.  Throughout the representation of the Plaintiff in this matter, my firm has attempted to represent the interest of Plaintiff to the fullest and most efficient way possible. The time for which this firm is claiming compensation is detailed in Exhibit 2 and was reasonably and necessarily expended on behalf of the Plaintiff in this case.

In accordance with 28 U.S.C Section 1746, I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 25th of January 2007.

_____
James E. Brown, Esquire

Washington, District of Columbia
The foregoing instrument was subscribed and sworn before me this 25th day of January, 2007
by James E. Brown
_____ Notary Public
Kelly Nau
My commission expires 1-1-10