# Marshall M. Lammers, Esq.
136 Roberts Lane #201 ▪ Alexandria, VA 22314 ▪ (202) 210-9343 ▪ marshall_lammers@hotmail.com

## WORK EXPERIENCE

### Legal Experience

**Law Office of Pamela Meredith, Washington, DC, January 2004 – present**
*Law Clerk, Attorney*
- Research and assess federal and state case law and statutes, federal and state administrative agency decisions, and proposed legislation materials for impact on space law issues, including litigation, federal procurement contracts, federal licensing and export controls;
- Review contracts and agreements involving launch services, procurement, legal consulting, construction, technical consulting, technology export control, and insurance;
- Prepare and review, petitions, applications and communications to federal government agencies, e.g., Department of State, Department of Homeland Security, and Federal Aviation Administration;
- Address client issues involving: International Traffic in Arms Regulations, Commercial Space Launch Act, FCC Satellite Licensing Regulation, State Insurance Codes, NASA Procurement Regulations.

**Intelsat Global Services Corporation,** Washington, DC, February 2003 – August 2003
*Intern/Law Clerk,* Office of Import/Export Control
- Reviewed internal technology export control policies and ensured compliance with International Traffic in Arms Regulations, Commerce Control List restrictions and international treaties;
- Provided team leadership and project management for several internal technology access control programs;
- Drafted and reviewed petitions, applications and communications with Department of Commerce and Department of Defense;
- Designed and implemented a digital tracking program for export controlled technical documents.
- Address client issues involving: International Traffic in Arms Regulations, Commercial Space Launch Act, Commercial Space Activities Regulations, Department of Commerce Control List Restrictions, Foreign Corrupt Practices Act.

### Technical Skills and Experience

**Springhouse Computer School,** Exton, Pennsylvania, September 2000 – August 2001
*Technical Instructor / Course Curriculum Designer*
- Prepared and provided instruction in software and network management, and computer hardware installation, maintenance and repair;
- Provide training through classroom instruction, practical lab work and specialized presentations.

**New Horizons Computer Learning Center,** Greensboro, North Carolina, July 1999 – July 2000
*Senior Technical Instructor*
- Prepared and provided instruction in software and network management, and computer hardware installation, maintenance and repair;
- Provide training through classroom instruction, practical lab work and specialized presentations;
- Managed troubleshooting and diagnosis of company and client computer assets.

**The Rural Health Group**, Jackson, North Carolina, July 1998 -- June 1999
*Medical Intern/ Systems Administrator / Rural Telemedicine Manager*
- Managed, integrated, and extended computer networks spanning 8 locations, including Windows NT and Novell servers;
- Conducted videoconferences and digital communications management and planning;
- Managed a telemedicine program for educational and physician conferencing and remote medical treatment.

## *EDUCATION*

**Washington College of Law - The American University**, Washington, DC
  Juris Doctor, *Cum Laude,* May 2004
  Honors and Activities:
    American University Journal of Gender, Social Policy and the Law, Senior Staff;
    First Year Moot Court Competition, First Place;
    Student Bar Association, Vice President of Student Affairs;
    Civil Practice Law Clinic, Student Attorney.

**Guilford College**, Greensboro, NC
  B.S., Psychology May 1998
  Honors and Activities:
    Judicial Board and Academic Honor Board, Chair;
    Dean's List; Honors College;
    Presidential and Honors Scholarship recipient.

## *LICENSES AND CERTIFICATES*

**Maryland State Bar,** *Admitted December 2004*

**New Jersey State Bar,** *Admitted December 2004*

**Microsoft Corporation, 1999**
- Microsoft Certified Systems Engineer (NT 4.0, Windows 2000 and XP);
- Microsoft Certified Trainer.

**Computing Technology Industry Association, 1999**
- A+ Certified Computer Technician;
- Network+ Certified Network Technician.