

EXHIBIT 4

James E. Brown & Associates, PLLC
A Professional Limited Liability Company
1220 L Street, NW Suite 700
Washington, DC  20005

Invoice submitted to:
Davis, Delonte

January 25, 2007

In Reference To:  Delonte Davis
Invoice #10006

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/19/2005 ML | Researched attorney fee requirement in settlements for appeal | | 3.00<br>195.00/hr | 585.00 |
| 9/21/2005 ML | Draft work on Appeal | | 2.00<br>195.00/hr | 390.00 |
| 10/7/2005 ML | Drafting work on Appeal | | 1.42<br>195.00/hr | 276.90 |
| 10/24/2005 ML | Draft work on Appeal | | 1.50<br>195.00/hr | 292.50 |
| 10/27/2005 ML | Research and draft work on appeal from 10/6/05 HOD. | | 2.00<br>195.00/hr | 390.00 |
| 10/28/2005 ML | Research and draft work on appeal from 10/6/05 HOD. | | 3.00<br>195.00/hr | 585.00 |
| 10/31/2005 ML | Research and draft work on appeal from 10/6/05 HOD. | | 2.00<br>195.00/hr | 390.00 |
| 11/2/2005 ML | Draft work on appeal. | | 2.00<br>195.00/hr | 390.00 |
| 11/3/2005 ML | Draft work on appeal. | | 1.50<br>195.00/hr | 292.50 |
| 11/4/2005 DH | Receive appeal prepared by associate, review, and complete drafting appeal of the student's case, file in district court. | | 5.42<br>235.00/hr | 1,273.70 |

Davis, Delonte                                                                                                                Page    2

|            |    |                                                                                                                                                                            | Hrs/Rate         | Amount   |
|------------|----|----|---|---|
| 11/10/2005 | ML | Prepare digital copies of an exhibits and create CD volumes.                                                                                                                | 1.50<br>195.00/hr | 292.50   |
| 3/24/2006  | RN | Review of administrative case file for D.D.,                                                                                                                                | 1.50<br>235.00/hr | 352.50   |
| 3/27/2006  | RN | Review of administrative record; read complaint and answer filed by plaintiff and defendant.                                                                                | 1.00<br>235.00/hr | 235.00   |
|            | RN | Began to draft statement of material facts and relevant factual background information.                                                                                     | 3.83<br>235.00/hr | 900.05   |
| 3/28/2006  | RN | Researched issues presented in plaintiff's original complaint.                                                                                                              | 2.83<br>235.00/hr | 665.05   |
|            | RN | Conduct educational research for summary judgment. Reviewed the following cases: Rameriz; Herbin; Johnson; Jeff D.                                                          | 4.00<br>235.00/hr | 940.00   |
| 3/31/2006  | RN | Reviewed case law; extraction of facts to complete SMJ background facts.                                                                                                    | 7.50<br>235.00/hr | 1,762.50 |
| 4/3/2006   | RN | Begin drafting of Plaintiff's Motion for Summary Judgment.                                                                                                                  | 7.50<br>235.00/hr | 1,762.50 |
| 4/4/2006   | RN | Continue working on Summary Judgment Motion.                                                                                                                                | 6.42<br>235.00/hr | 1,508.70 |
| 4/7/2006   | RN | Completed final revision of Summary Judgment Motion, provide a copy of the motion to T.G. for his review; discussed information contained in the motion; added new information suggested by T.G.'s review. | 1.00<br>235.00/hr | 235.00   |
| 4/10/2006  | RN | Revised Summary Judgment Motion after receiving comments and edits from T.G., filed motion with district court.                                                             | 4.50<br>235.00/hr | 1,057.50 |
| 7/5/2006   | RN | Research reply and Defedants' Opposition.                                                                                                                                   | 2.75<br>235.00/hr | 646.25   |
|            | RN | Began draft of reply to the Defendants' Opposition to Motion for SMJ and Opposition to Defendant's Cross Motion for SMJ.                                                    | 2.00<br>235.00/hr | 470.00   |
| 7/6/2006   | RN | Continued drafting Opposition and Reply Motions; conference with T.G. and D.H. over strategy of motion.                                                                     | 2.00<br>235.00/hr | 470.00   |
| 7/11/2006  | RN | Continued drafting the reply.                                                                                                                                               | 2.00<br>235.00/hr | 470.00   |
| 7/12/2006  | RN | Reviewing caselaw contained in the Defendants' Opposition to Plaintiff's Motion for Summary Judgment; begin drafting response.                                              | 2.75<br>235.00/hr | 646.25   |

Davis, Delonte                                                                                                                   Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/13/2006 | RN | Reviewed memorandum, incorporating changes suggested by supervising attorneys. Continued revisions and completed Reply to Opposition for Summary Judgment and Opposition to Defendants' Cross Motion for Summary Judgment. | 2.75 235.00/hr | 646.25 |
| 7/19/2006 | RN | Review of Defendants' Reply to our Opposition to Cross Motion for Summary Judgment. | 0.92 235.00/hr | 216.20 |
| 10/19/2006 | RN | Preparation of motion to strike Defendants' Partial Objections to the Report and Recommendations of the Magistrate Judge; discussion with TG about the motion. | 2.00 235.00/hr | 470.00 |
| 10/23/2006 | RN | Completion of the motion to strike. Reviewed research gathered. | 1.58 235.00/hr | 371.30 |
| 11/16/2006 | RN | Assisted TG with filing Plaintiff's Reply to the Defendant's Partial Objections with the Report and Recommendations of the Magistrate. | 1.83 235.00/hr | 430.05 |
|  | TG | Work on reply to Defendant's Partial Objections to the Report and Recommendations with the Magistrate. | 1.83 405.00/hr | 741.15 |
| 12/30/2006 | TG | Work on Plaintiffs' Reply to Defendant's Partial Objections to the Magistrate's Report and Recommendations with D.H. | 3.00 405.00/hr | 1,215.00 |
| 1/2/2007 | TG | Finish work on Plaintiffs' Reply to Defendant's Partial Objections to the Magistrate's Report and Recommendations with D.H. | 2.00 405.00/hr | 810.00 |
|  |  | For professional services rendered | 92.83 | $22,179.35 |

Additional Charges :

| | | |
|---|---|---|
| 11/4/2005 | Filing Fees; Clerk, US District Court | 250.00 |
| 11/29/2005 | Process Server Fees | 83.33 |
|  | Total additional charges | $333.33 |
|  | Total amount of this bill | $22,512.68 |