UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTINE DAVIS, <br> Parent and next friend of D.D., a minor, <br><br> Plaintiff, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-2176 (PLF) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

Upon consideration of the Plaintiff's Motion for Attorneys' Fees and Costs, the Defendants' Opposition thereto, the Plaintiff's Reply, and the record herein, it is, on this _____ day of _____, 2007, hereby

**ORDERED** that, because the Plaintiff is not a "prevailing party" in the proceedings before this Court, the Plaintiff's Motion for Attorneys' Fees and Costs is **DENIED.**

PAUL L. FRIEDMAN
United States District Court Judge