# Exhibit 2



- **For Lawyers**
- **For the Public**
- **Inside the Bar**

**Search Results**

Search again.

Records matching your search criteria: 1

1. **Marshall M Lammers**
    MNCPPC
    8787 Georgia Avenue
    Silver Spring MD 20910

    Email: marshall_lammers@hotmail.com
    Phone: 301-495-4626
    Membership Status: Active
    Disciplinary history: None
    Date of admission: November 14, 2005

    [ Save contact ]



Program on Negotiation at Harvard Law School
Program of Instruction for Lawyers @ PON
JUNE 2007



The District of Columbia Bar | 1250 H Street NW, sixth floor | Washington DC 20005-5937 | 202-737-4700 | **Directions/Parking**
©2007 District of Columbia Bar. All rights reserved. **Privacy Policy** | **Disclaimer** | **Author guidelines**