UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTINE DAVIS,<br>Parent and next friend of D.D., a minor,<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.,*<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-2176 (PLF)<br>)<br>)<br>)<br>)<br>) |

**PREACIPE**

In light of the Plaintiff's pending request for attorneys' fees, and the related issue of the Plaintiff's prevailing party status, the Defendants, through counsel, respectfully notify this Court that the Plaintiff has withdrawn her due process hearing request on remand. See attachment.

    Respectfully submitted,

    LINDA SINGER
    Acting Attorney General
    for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    **/s/ Edward P. Taptich**
    EDWARD P. TAPTICH
    Chief, Equity Section 2
    Bar Number 012914

|  |  |
|---|---|
|  | **/s/ Eden I. Miller** |
|  | EDEN I. MILLER |
|  | Assistant Attorney General |
|  | Bar Number 483802 |
|  | 441 Fourth Street, N.W., Sixth Floor South |
|  | Washington, D.C. 20001 |
|  | (202) 724-6614 |
|  | (202) 727-3625 (fax) |
| March 1, 2007 | E-mail: Eden.Miller@dc.gov |