# JAMES E. BROWN & ASSOCIATES, PLLC
*A Professional Limited Liability Company*
Attorneys at Law
1220 L Street, NW
Suite 700
Washington, DC 20005
Telephone: (202) 742-2000
Facsimile: (202) 742-2098
e-mail: Admin@Jeblaw.biz

James E. Brown
Domiento C.R. Hill
Roberta Gambale
Miguel A. Hull
Christopher L. West

Juan J. Fernandez!+
Tilman L. Gerald
John A. Straus
Roxanne D. Neloms
Omar Karram
Christie Fontaine-Covington

! DC Bar Special Legal Consultant
+ Admitted in Bolivia

February 27, 2007

*Via facsimile*
Sharon Newsome, Hearing Coordinator
Student Hearing Office
District of Columbia Public Schools
825 North Capitol St., NE, 9th floor
Washington, D.C. 20002

Re: Delonte Davis-Withdrawal of due process hearing request dated 10-20-06

Dear Ms. Newsome:

The parent of Delonte Davis hereby *withdraws* without prejudice the due process hearing requested, which is set for hearing for February 28, 2007 at 11:00 am and 1:00 pm. This withdrawal is solely limited to the specific issues raised in the hearing request and is not intended to effect any of the parent's or student's other rights under the Individuals with Disabilities Education Act ("IDEA"); D.C. Code; or District of Columbia Municipal Regulations ("DCMR").

Thank you for your attention and please do not hesitate to contact me if you have any question or comments.

Yours truly,

Miguel A. Hull

Cc: Daniel McCall, Esq. DCPS Office of the General Counsel